IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2006 APR -3 A 9: 37
U.S. DISTRICT COURT
MIDDLE DIST. ALA.

## DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS

Michael R. Bush
(Petitioner)

V.

2:06CV292-T

Paul Whaley, et. al.
(Respondent(s))

I, Michael R. Bush  #149363 declare that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

1. Are you presently employed?   Yes ( )   No (xx)
   a. If the answer is "yes", state the amount of your salary or wages per month, and give the name and address of your employer: _____
   b. If the answer is "no", state the date of last employment and the amount of the salary and wages per month which you received: May of 2003 $1200.00

2. Have you received within the past twelve months any money from any of the following sources?
   a. Business, profession or form of self-employment?   Yes ( ) No (xx)
   b. Rent payments, interest or dividends?   Yes ( ) No (xx)
   c. Pensions, annuities or life insurance payments?   Yes ( ) No (xx)
   d. Gifts or inheritances?   Yes (xx) No ( )
   e. Any other sources?   Yes ( ) No (xx)

   If the answer to any of the above is "yes", describe each source of money and state the amount received from each during the past twelve months: Gift from family. Approximately $25.00 per month.

PAGE 2

3. Do you own cash, or do you have money in a checking or savings account?
   Yes (X) No ( )    (Include any funds in prison accounts.)
   If the answer is "yes", state the total value of the items owned: $.17

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?
   Yes ( ) No (xx)
   If the answer if "yes", describe the property and state its approximate value:

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support:
   Michael Ronald Bush/son. None because of incarceration.
   Daniel Allen Bush/son. None because of incaceration.
   Steven Anthony Bush/son. None because of incarceration.

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct. Executed on March 20, 2006. (date).

_____
Signature of Petitioner

CERTIFICATE

I hereby certify that the petitioner herein has the sum of $ 0.17 on account to his credit at the Limestone Correctional Facility institution where he is confined. I further certify that petitioner likewise has the following securities to his credit according to the records of said N/A institution:

_____
Authorized Officer of Institution

## INFORMATION REGARDING PRISONER ACCOUNTS

The Prison Litigation Reform Act, Pub. L. No. 104-134, §804, requires a prisoner seeking to proceed *in forma pauperis* to submit information regarding his prison or jail trust account for the six months preceding the filing of the complaint. This information must be obtained from the appropriate official of each prison or institution at which the prisoner is or was confined within the past six months. This information **must** be certified by prison or jail personnel and **must** include both the total deposits made to the prisoner's account each and every month for the preceding six months and the average monthly balance in the account each and every month during the preceding six months. Information for **six full** months must be provided.

### CERTIFICATION

I hereby certify that prisoner __Michael Bush__ has been incarcerated in this institution since __Sept. 9__, __2003__, and that he has the sum of $__0.17__ in his prison or jail trust account on this the __23__ day of __March__, __2006__. I further certify that the information provided below is true and correct.

|  | Month/Year | Total Deposits Received | Average Account Balance |
|---|---|---|---|
| Month 1 | Sep 2005 | $15.00 | $1.59 |
| Month 2 | Oct 2005 | $25.00 | $3.99 |
| Month 3 | Nov 2005 | $25.00 | $3.07 |
| Month 4 | Dec 2005 | $45.00 | $6.85 |
| Month 5 | Jan 2006 | $20.00 | $4.32 |
| Month 6 | Feb 2006 | $23.00 | $5.62 |
| Current month (if less than full month) | Mar 2006 | $25.00 | $1.23 |

__Beverly Burnett__
Signature of Authorized Officer of Institution

__LCF__
Name of Institution

```
                        STATE OF ALABAMA
                     DEPARTMENT OF CORRECTIONS
                    LIMESTONE CORECTIONAL FACILITY


AIS #: 149363        NAME: BUSH, MICHAEL              AS OF: 03/23/2006

                   # OF         AVG DAILY           MONTHLY
         MONTH     DAYS          BALANCE            DEPOSITS
---------------------------------------------------------------------

          MAR       8             $1.28              $0.00
          APR      30             $5.01             $25.00
          MAY      31             $1.15             $24.00
          JUN      30             $6.88             $38.00
          JUL      31             $9.20             $25.00
          AUG      31             $1.68              $0.00
          SEP      30             $1.59             $15.00
          OCT      31             $3.99             $25.00
          NOV      30             $3.07             $25.00
          DEC      31             $6.85             $45.00
          JAN      31             $4.32             $20.00
          FEB      28             $5.02             $23.00
          MAR      23             $1.23             $25.00
```