IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED

2006 APR -3 A 9: 37

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DIST. ALA.

| | |
|---|---|
| MICHAEL R. BUSH, ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | CIVIL ACTION No. |
| ) | 2:06CV292-T |
| PAUL WHALEY, Director of Classification ) | (Supplied by Clerk) |
| For the Alabama Department of Corrections, | |
| RICHARD ALLEN, Commissioner for the ) | |
| Alabama Department of Corrections, | |
| TROY KING, Attorney General for the State ) | |
| of Alabama, | |
| L. N. HAGEN, or his successor, Director of the Alabama ) | |
| Department of Public Safety, | |
| ) | |
| Respondents. | |

**MOTION AND REQUEST FOR PLAINTIFF TO PROCEED PSEUDONYMOUS**

**COMES** now Your Plaintiff in the above styled cause and moves this Honorable Court to proceed as a pseudonymous for reasons set forth below and in his supporting memorandum of law.

**1.** Your Plaintiff avers that because of the nature and substance of this proceeding that the disclosure of his full and legal name will cause irreparable and irreversible prejudice and stigmatization.

**2.** Your Plaintiff would argue that the sole purpose of this action is to estop the stigmatizing labeling of him as a convicted sex offender. The disclosure of his name

before a resolution of this cause will defeat the purpose of this action and deny him due process of law.

3. Your Petitioner has set forth sufficient facts, supported by competent authorities, which show likelihood of success.

4. Your Plaintiff would argue that he alone will suffer the prejudice and no party to this action will be prejudiced if he were allowed to proceed with anonymity.

**PRAYER:**

Wherefore, Your Plaintiff prays that after a review of his pleadings, this Honorable Court will grant him relief by allowing him to proceed as *"John Doe"* for the purposes of this cause.

Respectfully submitted this 29th day of March, 2006.

_____

Michael R. Bush, Plaintiff
#149363
L.C.F.  Dorm 12
28779 Nick Davis Road
Harvest, Alabama 35749-7009

Pursuant to 28 U.S.C. §1746, I Michael R. Bush, declare and certify under the penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on this 29th day of March, 2006.

*[signature]*
Michael R. Bush, Plaintiff