IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MICHAEL R. BUSH, #149363, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06-CV-292-MHT |
| | ) |
| PAUL WHALEY, et al., | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

Upon review of the motion for preliminary injunction filed by the plaintiff on April 3, 2006 (Court Doc. No. 3), and for good cause, it is

ORDERED that on or before April 28, 2006 the defendants shall show cause why this motion should not be granted. The Clerk is hereby DIRECTED to serve a copy of the motion for preliminary injunction on the defendants and to provide a copy of the same to the General Counsel for the Alabama Department of Corrections, the Attorney General for the State of Alabama, and General Counsel for the Alabama Department of Public Safety.

DONE, this 4th day of April, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE