IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **MICHAEL R. BUSH,**         ) | |
| )                           | |
| Plaintiff,                  ) | |
| )                           | CIVIL ACTION NO. |
| v.                          ) | 2:06cv292-MHT |
| )                           | (WO) |
| **PAUL WHALEY, Director of**  ) | |
| **Classification for the**    ) | |
| **Alabama Department of**     ) | |
| **Corrections, et al.,**      ) | |
| )                           | |
| Defendants.                 ) | |

### ORDER

It is ORDERED that plaintiff's motion for temporary restraining order, contained in the complaint (doc. no. 1), is denied.

It is further ORDERED that this cause is referred back to the United States Magistrate Judge for further appropriate proceedings.

DONE, this the 4th day of April, 2006.

                                           /s/ Myron H. Thompson
                                      **UNITED STATES DISTRICT JUDGE**