Bush

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Kay P. Hope
☑ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

1. Article Addressed to:

Richard Allen, Commissioner
Alabama Dept. of Corrections, Legal Division
P. O. Box 301501
Montgomery, AL 36130-1501

D. Is delivery address different from item 1? ☐ Yes
   Enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☑ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2:06cv292 (Cmp/mot PI/Order #8)   40 exp

2. Article Number (Transfer from service label)
7005 1160 0001 2962 3755

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540