Brush

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Paul Whaley
Alabama Department of Corrections
P. O. Box 301501
Montgomery, AL 36130-1501

2:06cv292 (cmp/mOtPI/order-40 dys)

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Paul Whaley_    ☐ Agent
                   ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
_Paul Whaley_                    _4-9-06_

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☐ Certified Mail     ☐ Express Mail
   ☐ Registered         ☐ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)             ☐ Yes

2. Article Number
   (Transfer from service label)    7005 1160 0001 2962 3748

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540