Bush

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Hon. Troy King
   Attorney General for the
   State of Alabama
   11 South Union Street
   Montgomery, AL 36130

2:06CV292 (Cmp, Order & Order #7)
motion #3
40 cys

2. Article Number (Transfer from service label)

   7005 1160 0001 2962 3731

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X B. Garrett
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail      ☐ Express Mail
   ☐ Registered         ☒ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

PS Form 3811, February 2004       Domestic Return Receipt       102595-02-M-1540