


**Bob Riley**
GOVERNOR

**State of Alabama**
**Alabama Department of Corrections**
301 S. Ripley Street
P. O. Box 301501
Montgomery, AL 36130

**Donal Campbell**
COMMISSIONER

November 10, 2004

ADMINISTRATIVE REGULATION                     OPR: CLASSIFICATION
NUMBER                          400

## CLASSIFICATION OF INMATES

I. **GENERAL**

   This Alabama Department of Corrections (ADOC) Administrative Regulation (AR) establishes responsibilities, policies, and procedures for initial inmate classification at Tutwiler Prison for Women (Tutwiler) and the Receiving and Classification Center (RCC) and for reclassification at all institutions.

II. **POLICY**

   Inmates incarcerated in the ADOC will be classified into groups by security level, custody, and program needs as defined in the ADOC Classification Manual. The ADOC Classification Manual is the document of direction in all matters of inmate classification and procedures thereunto.

III. **DEFINITION(S) AND ACRONYM(S)**

   A. Central Review Board (CRB): The CRB is composed of Central Classification Division Classification Supervisors who review the security level, custody, and placement recommendations for inmates made by institutional classification specialists and supervisors, for approval, denial, or amendment.

   B. Receiving and Classification Center (RCC): The Receiving and Classification Center for male inmate is located at the Kilby Correctional Institution, for female inmates it is located at Tutwiler Prison for Women.

   C. Job Board: The institutional Job Board will be composed of the Warden or designee, ICS Officer, Job Supervisors, Classification Personnel where available, and other personnel as required to be designated by the institutional standard operating procedures (SOPs) to consider initial inmate job assignments, inmate job changes, and any other institutional inmate assignment as deemed appropriate. The Warden is ultimately responsible for all decisions made by the institutional Job Board.

   D. ICS: Inmate Control System


EXHIBIT II

    E.    <u>Institutional Classification Committee</u>:  This committee reviews the security level, custody, and placement of inmates at the institution and submits their recommendations to the CRB. This committee is made up of a Classification Specialist, a Warden or designee, and a Psychologist Associate if a Psychologist is unavailable.

    F.    <u>Classification</u>:  The process of sorting inmates into groups by security level, custody, and program needs using interviews, tests, scoring instruments, and behavior records as well as official court documents and reports from police and other criminal justice agencies.

    G.    <u>Reclassification</u>:  The process of periodically reviewing the progress of inmates to determine what, if any, revisions should be made to the placement of inmates within a particular group as to security level, custody, and/or program.

    H.    <u>Security Levels</u>:  The rating assigned to the various institutions and placement options within the ADOC and to inmates through classification procedures for the purpose of placement within the ADOC.

    I.    <u>Custody Levels</u>:  A level of supervision required for an inmate at the institution, within the ADOC, where the inmate is confined. An inmate can be assigned a custody level of maximum, close, medium, minimum-in, minimum-out, or community.

## IV.    RESPONSIBILITIES

    A.    The Deputy Commissioner of Operations is responsible for the classification function.

    B.    The Director of Classification is responsible for:

        1.    Implementing and evaluating plans and programs for classification.

        2.    Reviewing and drafting classification regulations.

        3.    Implementing policy and procedures.

        4.    Supervising Central Review Board (CRB).

        5.    Advising institutional classification staff.

        6.    Developing and updating the classification manual.

    C.    The Assistant Director of Classification is responsible for assisting the Director of Classification at both the central and institutional offices.

    D.    The CRB is responsible for reviewing and determining the final action to be taken

        on recommendations for institutional security levels, custody levels, program needs, and assignment of inmates as recommended by the institutional classification committee.

    E.    The responsibilities of the Warden or designee to the classification committee include input to classification decision-making based upon the offender's behavior which might affect custody and security level.

## V. PROCEDURES

    A.    Initial Receiving and Central Classification at RCC and Tutwiler:

        1.    The institutional Classification Supervisor is responsible for the coordination of the reception, admission, and processing of inmates received at RCC and Tutwiler and for the ongoing classification of inmates.

        2.    The classification committee, headed by the classification specialist or supervisor, is responsible for providing orientation, scheduling interviews, processing procedures, data compilation and entry, and recommendations consistent with the Classification Manual.

        3.    The Psychologist or Psychologist Associate are responsible for the following:

            a.    Performing psychometric evaluation of inmates.

            b.    Conducting interviews as appropriate.

            c.    Assembling relevant information to the inmate's probable adjustment.

            d.    Providing recommendations for assignment and treatment.

            e.    Serving as a member of the institutional classification committee.

    B.    Institutional Reclassifications:

        1.    The Classification Supervisor, in accordance with the Classification Manual shall:

            a.    Implement the classification system as set forth in the Classification Manual.

            b.    Supervise the institutional classification staff.

        2.    The Classification Specialist is the chairperson for the institutional reclassification committee and shall:

        a. Schedule annual reclassification and other reclassification (progress review) dates.

        b. Obtain and verify all of the information used in the progress reviews.

        c. Provide inmates with the information regarding all classification matters.

        d. Providing recommendations for assignment and treatment.

        e. Serving as a member of the institutional classification committee.

3. Reasons for reclassification prior to the annual date include, but are not limited to:

        a. The receipt of new information or circumstances which may warrant a change in custody level or institution assignment (such as new convictions or detainers).

        b. The inmate has completed a recommended program and requires updated recommendations.

        c. The Warden directs review of the inmate's status for administrative purposes.

        d. The inmate's current disciplinary conviction record suggests the need for increased supervision.

## VI. DISPOSITION

Any forms will be disposed of and retained according to the Departmental Records Disposition Authority (RDA).

## VII. FORMS

The forms prescribed in this regulation may be found in the ADOC Classification Manual.

## VIII. SUPERCEDES

This regulation supercedes AR 400, dated April 10, 1985, and AR 401, dated April 3, 1985, and all changes.

## IX. PERFORMANCE

    A. Code of Alabama, 1975, Section 14-1-1

B.   ADOC Classification Manual

_____
Donal Campbell, Commissioner