IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MICHAEL R. BUSH, #149363, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06-CV-292-MHT |
| | ) |
| PAUL WHALEY, et al., | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

Upon review of the response filed by defendants Whaley, Allen and King on April 28, 2006, and for good cause, it is

ORDERED that on or before May 16, 2006 the defendants shall file a supplement to their response which addresses the plaintiff's assertion that their "determination was based solely upon a Presentence Investigation Report that was later proven to be erroneous and inaccurate by the ADOC's own admission" that "the plea was not a plea of guilty [to a sexual offense] (as stated before), but was a result of a plea of *nolo contendere*." *Plaintiff's Complaint* at 12.

DONE, this 2nd day of May, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE