IN THE CIRCUIT COURT OF
MONTGOMERY COUNTY, ALABAMA

MICHAEL BUSH, )
AIS #149363, )
 )
      Petitioner, )
 )
vs. ) CIVIL ACTION NO.
 ) CV-2004-018
 )
PAUL WHALEY, et al., )
 )
      Respondents. )

## MOTION TO DISMISS, or in the alternative, MOTION FOR SUMMARY JUDGMENT

Come now the Respondents, by and through undersigned counsel and move that this Petition for Writ of Certiorari be denied and dismissed, or in the alternative, be converted to a motion for summary judgment, based upon the following:

1. A petition for writ of certiorari is an extraordinary writ and should only be granted in the rarest of cases.

2. All of the allegations in the complaint are directed toward the Alabama Department of Corrections classification of the Petitioner as a sex offender. The Petitioner is a sex offender under the definition of Megan's Law, § 15-20-20, Code Of Alabama, 1975.

3. Petitioner does not state a claim upon which relief can be granted against the Respondents, pursuant to Rule 12(b)(6), A.R.C.P.

4. Respondents supply the Court with the attached affidavit of Paul Whaley, Director of Classification for ADOC, for review and to refute the allegations of Petitioner.

EXHIBIT 1
Page 1 of 7

WHEREFORE, the premises considered, this Petition for Writ of Certiorari is due to be denied and dismissed, or in the alternative, converted to a motion for summary judgment and that summary be granted in favor of the Respondents, and that cost be assessed against the Petitioner. In addition, Respondents pray that this action be deemed as "frivolous" as defined by the Prison Litigation Reform Act.

Respectfully submitted,

Charles M. Crook
General Counsel
Deputy Attorney General

*Albert S. Butler* (signature)

Albert S. Butler
Assistant General Counsel
Assistant Attorney General

**OF COUNSEL:**
Alabama Department of Corrections
101 South Union Street
Post Office Box 301501
Montgomery, Alabama 36130-1501
(334) 353-3885

**EXHIBIT 1**
**Page 2 of 7**

## CERTIFICATE OF SERVICE

    I hereby certify that I have served a copy of the foregoing pleading upon:

Inmate Michael Bush, AIS # 149363
Limestone Correctional Facility
28779 Nick Davis Road
Harvest, AL 35749-7009

by placing same in the United States Mail, first class postage prepaid and properly addressed this 13th day of May, 2004.

_____
Albert S. Butler
Assistant General Counsel
Assistant Attorney General

EXHIBIT 1

Page 3 of 7

MICHAEL R. BUSH 149363,
   PETITIONER

V.                                                              CC 04-018

PAUL WHALEY,
   RESPONDENT

### AFFIDAVIT

My name is Paul Whaley II and I am presently employed as the Director of Classification, Alabama Dept. of Corrections, P O Box 301501, Montgomery, Alabama 36130. I am over the age of twenty-one years. I have 25 years' experience with the Alabama Dept. of Corrections, all in the area of inmate classification. I worked at Kilby as the institutional classification specialist for five years managing a caseload as well as performing intake and reclassification duties. Following that, I served 9 ½ years as a member of the Central Review Board where the vast majority of classification determinations statewide relative to placements, programs, custodies, institutional assignments and security levels were made. I have served as the Director of Classification for 11 years. I have attended specialized training with the National Institute of Corrections. I hold Masters' degrees in both Criminal Justice and Counseling. I hold a specialized instructor's certificate (#647) issued by the Peace Officers' Standards and Training Commission. I have given presentations around this state to Circuit Judges, District Attorneys, and attorneys for CLE credit. I am qualified to testify to the following with respect to the issues raised in this pleading.

Inmate Michael R. Bush #149363 S is a career criminal predator currently serving a 16 year sentence for various drug crimes.

In his complaint, inmate Bush has gone to great lengths to rationalize his past record, specifically crimes involving sexual batter upon a child. The fact remains, however, that this crime is a matter of record (exhibit A) and that he was found guilty (hence convicted) of the offense in question (exhibit B). How the plea was entered is immaterial for the purpose of identifying this offender as a sexual predator. Inasmuch as inmate Bush was found guilty of the crime in question, there is no issue of "due process" being required to re-establish that fact. As this was a crime against a child, it is entirely appropriate that this offender be identified as a Megan's Law offender for the time he is

**EXHIBIT 1**
**Page 4 of 7**

Page 2 Michael R. Bush 149363

confined in the custody of the Department of Corrections.

No right of this criminal has been violated.

_____
Paul Whaley II

STATE OF ALABAMA:
MONTGOMERY COUNTY:

SWORN TO AND SUBSCRIBED before me this the 2nd day of March 2004.

_____
Notary Public

**EXHIBIT 1**
**Page 5 of 7**

Cone/12867                                    Judge Kuder/vb/220035

## JUDGEMENT OF GUILT
## AND PLACING DEFENDANT ON PROBATION

STATE OF FLORIDA                              In The Circuit Court
VS. Plaintiff                                 of Escambia County, Florida
MICHAEL RUSSELL BUSH                          Case No. 92-0290
Defendant

This cause coming on this day to be heard before me, and you, the defendant MICHAEL RUSSELL BUSH, being now present before n.e. and you having:
ENTERED A PLEA OF NOLO CONTENDRE TO
the offense of Attempted Sexual Battery/Use of Force the court hereby adjudges you to be guilty of said offense; and

It appearing to the satisfaction of the Court that you are not likely again to engage in a criminal course of conduct, and that the ends of justice and the welfare of society do not require that you should suffer the penalty authorized by law:

Now, therefore, it is ordered and adjudged that the imposition of sentence are hereby withheld, and that you are hereby placed on probation for a period of eight (8) years under the supervision of the Department of Corrections and its Officers, such supervision to be subject to the provisions of the laws of this State.

It is further ordered that you shall comply with the following conditions of probation:
(1) Not later than the fifth day of each month, you will make a full and truthful report to your Probation Officer on the form provided for that purpose.
(2) You will pay to the State of Florida the amount of Fifty Dollars ($50) per month toward the cost of your supervision unless otherwise waived in compliance with Florida Statutes.
(3) You will not change your residence or employment or leave the county of your residence without first procuring the consent of your Probation Officer.
(4) You will neither possess, carry or own any weapons or firearm without first securing the consent of your Probation Officer.
(5) You will live and remain at liberty without violating any law. A conviction in a court of law shall not be necessary in order for such a violation to constitute a violation of your probation.
(6) You will not use intoxicants to excess; nor will you visit places where intoxicants, drugs or other dangerous substances are unlawfully sold, dispensed or used.
(7) You will work diligently at a lawful occupation and support any dependents to the best of your ability as directed by your Probation Officer.
(8) You will promptly and truthfully answer all inquiries directed to you by the Court or the Probation Officer, and allow the Officer to visit in your home, at your employment site or elsewhere, and you will comply with all instructions he may give you.
(9) The court retains jurisdiction to place you in the Probation and Restitution Center upon recommendation of your Probation/Community Control Officer without the finding of Violation of Probation/Community Control.
(10) You shall submit to and pay for urinalysis as directed by your probation officer.
(11) Pay $2?..50 cost.
(12) Pay $30.00 State Attorney fee.

EXHIBIT 1
Page 6 of 7

(13) Make restitution as determined.

The defendant received ten (10) years State Prison which was suspended.

You are hereby placed on notice that the Court may at any time rescind or modify any of the conditions of your probation, or may extend the period of probation as authorized by law, or may discharge you from further supervision; and that if you violate any of the conditions of your probation, you may be arrested and the Court may revoke your probation and impose any sentence which it might have imposed before placing you on probation.

It is further ordered that when you have reported to the Probation Officer and have been instructed as to the conditions of probation you shall be released from custody if you are in custody and if you are at liberty on bond, the sureties thereon shall stand discharged from liability.

It is further ordered that the Clerk of this Court file this order in his office, record the same in the Minutes of the Court, and forthwith provide certified copies of same to the Probation Officer for his use in compliance with the requirements of law.

DONE AND ORDERED IN OPEN COURT this 27th day of May, 1992.

_____
JUDGE

I acknowledge receipt of a certified copy of this order and that the conditions have been explained to me.

Date: _____   Probationer _____

Instructed by: _____

Original: Court
Copies: Probationer/File

Rev 6/85

"CERTIFIED TO BE A TRUE COPY
THE ORIGINAL ON FILE IN THIS OFFICE
WITNESS MY HAND AND OFFICIAL SEAL
ERNIE LEE MAGAHA, CLERK
CIRCUIT COURT AND COUNTY COURT
ESCAMBIA COUNTY, FLORIDA"

**EXHIBIT 1**
**Page 7 of 7**