```
AVS0351
                                                              CV 2004 000018.00

                                                         JUDGE: CHARLES PRICE
                          ALABAMA JUDICIAL DATA CENTER
                              CASE ACTION SUMMARY
                                 CIRCUIT CIVIL

    IN THE CIRCUIT COURT OF MONTGOMERY       COUNTY

    MICHAEL R BUSH VS DEPT OF CORRECTIONS & COMMISSIONER CAMPBELL & ATTORN
 FILED: 01/05/2004 TYPE: WRIT OF CERTIORARI   TYPE TRIAL: NON-JURY  TRACK:
 ************************************************************************
 DATE1:                    CA:                    CA DATE:
 DATE2: 11/30/2005         AMT:         $.00      PAYMENT:
 DATE3:
 ************************************************************************
 PLAINTIFF  001: BUSH MICHAEL R
                 AIS 149363 DORM 15
                 28779 NICK DAVIS ROAD        ATTORNEY: *** PRO SE ***
                 HARVEST, AL  35749-0000
                 PHONE: (334)000-0000
 ENTERED: 01/05/2004 ISSUED:                   TYPE:
 SERVED:              ANSWERED:                              JUDGEMENT:

 DEFENDANT 001: CORRECTIONS DEPT STATE OF ALABAMA
                % LEGAL DIVISION               ATTORNEY: *** PRO SE ***
                101 S UNION STREET
                MONTGOMERY, AL  36104-0000
                PHONE: (334)000-0000
 ENTERED: 01/05/2004 ISSUED: 02/23/2004 TYPE:       SHERIFF
 SERVED:  02/24/2004 ANSWERED: 04/05/2005  JUDGEMENT:

 DEFENDANT 002: COMMISSIONER DONAL CAMPBELL
                DEPT OF CORRECTIONS
                101 S UNION STREET             ATTORNEY: *** PRO SE ***
                MONTGOMERY, AL  36104-0000
                PHONE: (334)000-0000
 ENTERED: 01/05/2004 ISSUED: 02/23/2004 TYPE:       SHERIFF
 SERVED:  02/24/2004 ANSWERED: 04/05/2005  JUDGEMENT:

 DEFENDANT 003: PRYOR BILL ATTORNEY GENERAL
                11 S UNION STREET
                                               ATTORNEY: *** PRO SE ***
                MONTGOMERY, AL  36130-0000
                PHONE: (334)000-0000
 ENTERED: 01/05/2004 ISSUED: 02/23/2004 TYPE:       SHERIFF
 SERVED:  02/24/2004 ANSWERED: 04/05/2005  JUDGEMENT:


 01/15/2004   FILED THIS DATE: 01/05/2004
                                                             (AV01)
 01/15/2004   ASSIGNED TO JUDGE: CHARLES PRICE
                                                             (AV01)
 01/15/2004   BENCH/NON-JURY TRIAL REQUESTED
                                                             (AV01)
 01/15/2004   ORIGIN: INITIAL FILING
                                                             (AV01)
 01/15/2004   CASE ASSIGNED STATUS OF: ACTIVE
                                                             (AV01)
 01/15/2004   BUSH MICHAEL R ADDED AS C001
                                                             (AV02)
 01/15/2004   LISTED AS ATTORNEY FOR C001: PRO SE
                                                             (AV02)
 01/15/2004   CORRECTIONS DEPT STATE OF ALABAMA ADDED AS D001
 01/15/2004   LISTED AS ATTORNEY FOR D001:
                                                             (AV02)
 01/15/2004   COMMISSIONER DONAL CAMPBELL ADDED AS D002

KAR   01/09/2006
```

EXHIBIT 2
Page 1 of 4

```
AVS0351                                                           CV 2004 000018.00

                                                          JUDGE: CHARLES PRICE
                              ALABAMA JUDICIAL DATA CENTER
                                  CASE ACTION SUMMARY
                                     CIRCUIT CIVIL

   IN THE CIRCUIT  COURT OF MONTGOMERY       COUNTY

   MICHAEL R BUSH VS DEPT OF CORRECTIONS & COMMISSIONER CAMPBELL & ATTORN
   FILED: 01/05/2004 TYPE: WRIT OF CERTIRORARI  TYPE TRIAL: NON-JURY  TRACK:
*************************************************************************
DATE1:              CA:                CA DATE:
DATE2:  11/30/2005  AMT:         $.00  PAYMENT:
DATE3:
*************************************************************************
   01/15/2004      LISTED AS ATTORNEY FOR D002: PRO SE         (AV02)
   01/15/2004      PRYOR BILL ATTORNEY GENERAL ADDED AS D003   (AV02)
   01/15/2004      LISTED AS ATTORNEY FOR D003: PRO SE         (AV02)
   02/23/2004      SHERIFF ISSUED: 02/23/2004 TO D001          (AV02)
   02/23/2004      SHERIFF ISSUED: 02/23/2004 TO D002          (AV02)
   02/23/2004      SHERIFF ISSUED: 02/23/2004 TO D003          (AV02)
   02/23/2004      ORDER DTD 2-10-04 GRANTING HARDSHIP
   03/15/2004      D002 SERVED SHERIFF         ON 02/24/2004
   03/15/2004      D001 SERVED SHERIFF         ON 02/24/2004
   03/15/2004      D003 SERVED SHERIFF         ON 02/24/2004
   03/16/2004      REQUEST FOR ORDER FOR SERVICE OF PETITION
   04/30/2004      MO FOR DEFAULT JUDGEMENT WITH SUPPORTING AFF
   05/14/2004      DEF'S. MOT. TO DISMISS OR ALTERNATIVE MOT. FOR
   05/14/2004      .....SUMMARY JUDGMENT W/ATTACHMENT
   05/27/2004      MOTION FOR INTERROGS
   06/01/2004      PLTFS MOTION FOR DISCOVERY
   08/03/2004      PLNTFS MOT COMPEL DISCOVERY & INTERROG
   08/04/2004      MOTION TO COMPEL
   09/30/2004      MOTION FOR PRETRIAL CONFERENCE
   10/15/2004      PETITION FOR WRIT OF MANDAMUS
   11/15/2004      COPY OF WRIT OF MANDAMUS THAT WAS FILED WITH
   11/15/2004      ...SUPREME COURT
   11/15/2004      PLTFS MO FOR TRO & PRELIM INJ
   11/15/2004      PETITIONER'S DECLARATION IN SUPP OF PRELIM INJ
   11/22/2004      SET FOR: HEARING ON 12/13/2004 AT 1030A      (AV01)
   12/15/2004      ORDER GRANTING PLTFS MOTION TO COMPEL DISCOVERY
   01/13/2005      NOT TO COURT OF RESPONDENTS' NONCOMPLIANCE OF

KAR   01/09/2006
```

**EXHIBIT 2**
**Page 2 of 4**

```
| AVS0351                                                    CV 2004 000018.00 |
|                                                      JUDGE: CHARLES PRICE    |
|                       ALABAMA JUDICIAL DATA CENTER                           |
|                            CASE ACTION SUMMARY                               |
|                               CIRCUIT CIVIL                                  |
| IN THE CIRCUIT  COURT OF MONTGOMERY     COUNTY                               |
| MICHAEL R BUSH VS DEPT OF CORRECTIONS & COMMISSIONER CAMPBELL & ATTORN       |
| FILED: 01/05/2004 TYPE: WRIT OF CERTIORARI  TYPE TRIAL: NON-JURY  TRACK:     |
| ************************************************************************** |
| DATE1:            CA:                     CA DATE:                          |
| DATE2: 11/30/2005 AMT:        $.00 PAYMENT:                                 |
| DATE3:                                                                       |
| ************************************************************************** |
```

| Date | Entry |
|---|---|
| 01/13/2005 | ... DISCOVERY ORDER |
| 01/24/2005 | PLTFS MOT FOR SANTIONS FOR RESONDENTS FAILURE TO |
| 01/24/2005 | ...COMPLY WITH DISCOVERY ORDER |
| 01/24/2005 | PLTFS AMENDMENT TO PET FOR WRIT OF CERTIORARI |
| 02/03/2005 | MOTION FOR JUDGMENT ON THE PLEADINGS |
| 03/10/2005 | PLTFS APPLICATION TO CLERK FOR ENTRY OF DEFAULT |
| 04/05/2005 | PLTF LETTER OF INQUIRY |
| 04/05/2005 | APPLICATION FOR DEFAULT ON 04/05/2005 FOR D001 |
| 04/05/2005 | APPLICATION FOR DEFAULT ON 04/05/2005 FOR D002 |
| 04/05/2005 | APPLICATION FOR DEFAULT ON 04/05/2005 FOR D003 |
| 04/29/2005 | PETITIONERS SUBMISSION OF ADDITIONAL EXHIBIT IN |
| 04/29/2005 | ...SUPPORT OF MOTION FOR ENTRY OF JUDGMENT OF |
| 04/29/2005 | ...DEFAULT |
| 05/17/2005 | PLTF LETTER OF INQUIRY: SENT CAS |
| 06/24/2005 | PLTFS MOTION TO COMPEL JUDGMENT OF DEFAULT |
| 09/23/2005 | PETITIONERS REQUEST FOR PRESENCE AT ANY PROCEED- |
| 09/23/2005 | ...INGS CONDUCTED |
| 09/26/2005 | ORDER FROM SUPREME COURT TRANSFERRING CASE TO |
| 09/26/2005 | ...CRIM APPEALS |
| 09/28/2005 | ORDER FROM SUPREME COURT RESTORING CASE TO |
| 09/28/2005 | ...SUPREME COURT DOCKET & RESCINDING 9-26-05 ORDER |
| 10/07/2005 | PLTFS MOTION TO AMEND PETITION |
| 10/27/2005 | SENT PLTF CAS |
| 11/07/2005 | SET FOR: HEARING ON 11/30/2005 AT 0830A    (AV01) |
| 11/07/2005 | TRANSPORT ORDER TO MCDF |
| 11/15/2005 | PLTFS REQ TO BE PRESENT AT SUM JGMT PROCEEDING |
| 11/15/2005 | ... & ORDER OF XFER |

**EXHIBIT 2**

```
| AVS0351                                                              CV 2004 000018.00 |
|                                                          JUDGE: CHARLES PRICE          |
|                       ALABAMA JUDICIAL DATA CENTER                                     |
|                           CASE ACTION SUMMARY                                          |
|                              CIRCUIT CIVIL                                             |
|    IN THE CIRCUIT  COURT OF MONTGOMERY       COUNTY                                    |
|   MICHAEL R BUSH VS DEPT OF CORRECTIONS & COMMISSIONER CAMPBELL & ATTORN               |
|   FILED: 01/05/2004 TYPE: WRIT OF CERTIRORARI  TYPE TRIAL: NON-JURY  TRACK:            |
| ************************************************************************************** |
| DATE1:              CA:                    CA DATE:                                    |
| DATE2: 11/30/2005   AMT:            $.00   PAYMENT:                                    |
| DATE3:                                                                                 |
| ************************************************************************************** |
|    12/12/2005     PLTFS NOTICE TO COURT & OBJECTION TO CONDUCT OF                      |
|    12/12/2005     ...NONPARTY OFFICIALS                                                |
|    12/15/2005     (COPY) REQ FOR COURT INTERVENTION & JUDICIAL                         |
|    12/15/2005     ... NOT OF NON-PARTY'S ACTIONS (FILED IN SUPREME                     |
|    12/15/2005     ... COURT)                                                           |
```

Mr. Bush —

Enclosed please find copies of an updated Case Action Summary, and the last two orders entered. Our office is not in receipt of any orders entered after Nov. 30, 2005.

*Melissa Pittman*

**EXHIBIT 2**