```
CBR716-3                    ALABAMA DEPARTMENT OF CORRECTIONS              INST:  024
                            INMATE SUMMARY AS OF 04/10/2006                CODE: CRSUM
*********************************************************************************

AIS: 0014963S    INMATE: BUSH, MICHAEL RUSSELL           RACE: W   SEX: M
INST: 024 - LIMESTONE CORRECTIONAL CENTER    DORM: 00   JAIL CR: 000Y 02M 17D
DOB: 01/15/1966  SSN: 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
                                                         PREVIOUS AIS: P0050285
ALIAS: BUSH, M RUSSELL
                                             ALIAS: BUSH, MICHAEL R
ALIAS: BUSH, MIKE

ADM DT: 07/08/2003  DEAD TIME: 000Y 00M 00D

ADM TYP: NEW COMIT FROM CRT W/REV OF PR    STAT: NEW COMIT FROM CRT W/REV OF PR
CURRENT CUST: MED-2   CURRENT CUST DT: 09/03/2003   PAROLE REVIEW DATE: - NONE -
SECURITY LEVEL: (4) FOUR

SERVING UNDER ACT446 LAW IN CLASS I      CURRENT CLASS DATE: 02/21/2004
INMATE IS EARNING: EARNS 75 DAYS FOR EACH 30 SERVED

COUNTY      SENT DT   CASE NO    CRIME
MOBILE     07/08/03  N02001916  ATT TO COMMIT CONT SUB/INV   JL-CR      TERM
                                ATT-POSS CONTR SU            0077D 015Y 00M 00D CS
           COURT COSTS  : $0000186      FINES : $0000000   RESTITUTION : $0000000
MOBILE     07/08/03  N03002064  POSS CONTROL SUBSTANCE                 004D 001Y 00M 00D CS
                                POSS COCAINE: 5YRS PROBATION
           ATTORNEY FEES : $000150      HABITUAL OFFENDER : N
           COURT COSTS  : $0000299      FINES : $0000000   RESTITUTION : $0001210

TOTAL TERM      MIN REL DT       GOOD TIME BAL      GOOD TIME REV
016Y 00M 00D    12/21/2008       006Y 01M 02D       000Y 00M 00D    LONG DATE
                                                                    04/20/2019
INMATE LITERAL: COMPLETE SAP
*********************************************************************************
DETAINER WARRANTS SUMMARY
     INMATE CURRENTLY HAS NO DETAINER WARRANT RECORDS
*********************************************************************************
ESCAPEE-PAROLE SUMMARY

     INMATE CONVICTED ON 03/03/1989 FOR ESCAPE III

PAROLED FRM  024:11/20/89 RVK:00/00/00 DELQ:00/00/00 RECAP:00/00/00 RTN:00/00/00
PAROLED FRM  008:03/03/97 RVK:00/00/00 DELQ:00/00/00 RECAP:00/00/00 RTN:00/00/00

     INMATE HAS NO ESCAPES FROM ADOC SINCE OBSCIS RECORDING B-

                                                              EXHIBIT 3

                            CONTINUED ON NEXT PAGE
```