VIII.
# MEGAN'S LAW

## ACT 98-489 - SEX OFFENDER NOTIFICATION LAW

The new sex offender notification act was signed into law by Governor James on 5/1/98. This law is far more detailed than its predecessor and will require this Department to conduct a thorough review of all inmates files at every institution and facility to determine not only who is affected now, but to also document certain information now required by law. This law is effective 8-1-98 and is applicable to any release (EOS, Parole, Probation, etc.) thereafter.

The specific crimes cited in this law are as follows:

| | |
|---|---|
| 13A-6-61 | Rape 1st Degree |
| 13A-6-92 | Rape 2nd Degree |
| 13A-6-63 | Sodomy 1st Degree |
| 13A-6-64 | Sodomy 2nd Degree |
| 13A-6-65.1 | Sexual Torture |
| 13A-6-66 | Sexual Abuse 1st Degree |
| 13A-6-67 | Sexual Abuse 2nd Degree |
| 13-6-69 | Enticing a Child to Enter Vehicle, House, etc. for Immoral Purposes |
| 13A-12-111 | Promoting Prostitution 1st Degree |
| 13A-12-112 | Promoting Prostitution 2nd Degree |
| 13A-12-191 | Dissemination or Public Display of Obscene Matter Containing Visual Reproduction of Persons less than 17 YOA Involved in Obscene Acts |
| 13A-12-192 | Possession and Possession With Intent to Disseminate Obscene Matter Containing Visual Reproduction Of Persons under 17 YOA Involved in Obscene Acts; Prima Facie Evidence of Possession with Intent to Disseminate; Penalty |
| 13A-12-196 | Parents or Guardians Permitting Children to Engage in Production of Obscene Matter, Guilty of Class A Felony |
| 13A-12-197 | Production of Obscene Matter Containing Visual Reproduction of Persons Less than 17 YOA Involved in Obscene Acts |
| 13A-12-43 | Kidnapping of a Minor (18 or Under) 1st Degree {Except by a Parent} |
| 13A-12-44 | Kidnapping of a Minor (18 or Under) 2nd Degree {Except by a Parent} |
| 13A-13-3 | Incest when Offender is an Adult (19 or Older) and the Victim is a Minor (18 or Under) |
| 13-A-6-110 | Soliciting a Child by Computer |
| 13A-6-111 | Transmitting Obscene Material to a Child by Computer |

Inmates affected are those **CONVICTED OF THE ABOVE CRIMES OR CONVICTED OF ANY SOLICITATION, ATTEMPT, OR CONSPIRACY TO COMMIT** such crimes, whether in Alabama or any other state, federal, military, Indian, or foreign jurisdiction, with determination of guilt being as a result of a plea, trial, YOA adjudication*, or any other adjudication.

It is important to remember that the inmates identified for the "S" suffix under the provisions of Megan's Law require a conviction or adjudication for the actual crime itself.

01/28/05

54

**EXHIBIT 4**

**Page 1 of 2**

The following information is required by Public Safety (CIC):
(Form 26)

1. Name, AIS#, R/S, DOB
2. Brief statement of offense
3. Location of offense (state, county, town, etc.)
4. Age and Gender of Victim
5. Scars, tattoos, birthmarks, or other distinctive physical Characteristics
6. Type of Release

Those inmates identified under this law will be identified by the "S" Suffix being added to their AIS #. Those inmates who currently have a suffix of "X" or "Y" will not be changed. In the event it should be determined that an "S" suffix has been incorrectly placed, it will be the responsibility of the institution to make the appropriate request to the Director of Central Records to have the suffix removed.

*YOA adjudication - if a sex offense, and is the only sex offense of record (i.e. no prior juvenile sex offenses) the inmate's information should be sent forward with the following statement:

YOA ADJUDICATION - JUVENILE CRIMINAL SEX OFFENDER.

If a youthful offender criminal sex offender has been previously adjudicated or convicted of a criminal sex offense, he or she shall be treated as an adult criminal sex offender.

(NOTE: This Department's policy regarding sex offenders and classification as outlined in the classification manual remains unchanged.)

01/28/05

55

**EXHIBIT 4**
**Page 2 of 2**