Add Appendix D
Pages 101 and 102

## APPENDIX D

I. THE FOLLOWING CATEGORIES OF OFFENDERS WILL REQUIRE THE "R" SUFFIX:

1. Inmates whose offenses (past or present) indicate that a sex offense did occur in the commission of an offense, but for which there was no prosecution due to plea bargain or other considerations.

2. Juvenile adjudications for any offense which would equate with any offense falling under Megan's Law. Other juvenile cases will be considered on a case by case basis.

3. Inmates with arrest(s) for a sexual offense(s) for which there is no disposition but for which we have details will be considered on a case by case basis.

4. Inmates with a single arrest for a sex offense where the disposition is shown as reduced to a non-sexual misdemeanor conviction may be considered if details reflect a sex offense was committed on a case by case basis.

5. Multiple homicides of record: This includes any offense (nomenclature immaterial) which resulted in death. DUI homicides excluded.

6. Robbery/Homicide: Killing in the commission of robbery or other crime or theft of victim after killing.

7. Homicide using explosives and/or illegal weapon.

8. Murder/Homicide with torture

9. Murder/ Homicide to the defenseless. This category includes crimes against children, the elderly (65 or older), or the disabled of any age. (Does not include DUI homicide). This also includes those offenses in which the victim is sleeping, incapacitated (knocked to the ground), or otherwise incapable of defending self.

10. Terroristic homicide

11. Murder/homicide with mutilation

12. Drive-by murder/homicide.

13. Contract killing

14. Killing of parent(s)

15. Gang-related homicide – this includes all participants

16. Execution style homicide: Examples: Victim killed while being forcibly restrained such as hands and feet tied or being confined to a vehicle trunk, Close range gun-shot to the head (6 inches or less or evidence of powder burn), etc.

**EXHIBIT 5**

101