ALABAMA DEPARTMENT OF CORRECTIONS - PROGRESS REVIEW FORM - SEPTEMBER 9, 2005
(COU122)
AIS #: 00149363S    SSN: 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    RACE/SEX: W/M    DATE OF BIRTH: 01/15/1966
NAME: BUSH, MICHAEL RUSSELL              CUSTODY: MED2    SECURITY LEVEL: 4
INST: LIMESTONE CORRECTIONAL CENTE    TIME SRVD: 02Y06M19    LAST DISC:
CRME: ATT TO COMMIT CONT SUB/INVOLVE    MIN REL DT: 12/21/2008    ACTIVE DET: 0
DISC: HAS RECEIVED NO DISCIPLINARIES    PRV CONS: 12/01/2005    EDUCAT LEV: 09
WL/PGM: Law library
                                         PRES OCCUP: SPRAY PAINTER
RECOMMENDED INSTITUTION: Limestone CF                    RECOMMENDED CUSTODY: medium
JUSTIFICATION: APR: Subject serving on 16 year total term for Att. to commit cont sub/Att to poss cont sub and PCS-cocaine. S code due to his prior sex offense from Florida: he pled NO CONTEST to sexual battery II and was sentenced to 8 years probation. Prior AL felonies were property offenses and one Escape III in 1989. Intake did not recommend any specific programs, however he has completed several to include: depression therapy, reality therapy, values clarification, self concept, anger mgmt, stress mgmt. He was court ordered to SAP and he graduated CB SAP 5/24/05 and he is enrolled in after care. No changes recommended due to prior sex offense.
DNA: 8/15/03. Religion: Independent. No enemies. No medications. DL: AL#5030343.

I CERTIFY ENEMY LIST WAS REVIEWED AND UPDATED:
Melissa Olson 09/09/05           N/A SL 1-9-05       APP. S/L
CLASSIFICATION SPECIALIST    DATE    WARDEN OR DESIGNEE    DATE

PSYCHOLOGIST/PSYCHOLOGIST'S ASSOC.    DATE        CLASSIFICATION COORDINATOR    DATE

CENTRAL REVIEW BOARD ACTION
___ APPROVED ___ DENIED; DIVERTED TO: _____    REASONS:

                                                  CRB MEMBER                DATE
___ APPROVED ___ DENIED; DIVERTED TO: _____    REASONS:

                                                  CRB MEMBER                DATE
___ APPROVED ___ DENIED; DIVERTED TO: _____    REASONS:

                                                  CRB MEMBER                DATE
FINAL DECISION: INST LCF 09/09/05    CUSTODY MED. 09/09/05    DATE
DATE INMATE INFORMED:
Last: APR 9/04, med., SL4.    INMATE'S SIGNATURE: X Michael R Bush

EXHIBIT 6

9-12-05