IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MICHAEL R. BUSH, #149363,            )
                                     )
            Plaintiff,               )
                                     )
     v.                              )     CIVIL ACTION NO. 2:06-CV-292-MHT
                                     )
PAUL WHALEY, et al.,                 )
                                     )
            Defendants.              )

# O R D E R

Upon review of the file in this case, and for good cause, it is

ORDERED that on or before May 22, 2006 the defendants shall show cause why the

preliminary injunction should not issue in this case preventing the Alabama Department of

Public Safety from requiring that the plaintiff register as a sex offender.  In filing their

response to this order, the defendants shall address each of the arguments presented by the

plaintiff in his May 10, 2006 rebuttal.  It is further

ORDERED that the defendants be GRANTED an extension from May 16, 2006 to

and including May 22, 2006 to file their response to the order entered on May 2, 2006 (Court

Doc. No. 15).

DONE, this 12th day of May, 2006.


                              /s/ Susan Russ Walker
                              SUSAN RUSS WALKER
                              UNITED STATES MAGISTRATE JUDGE