IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MICHAEL R. BUSH, #149363, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06-CV-292-MHT |
| | ) |
| PAUL WHALEY, et al., | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

Upon consideration of the motion to strike response filed by the plaintiff on May 10, 2006 (Court Doc. No. 16), and for good cause, it is

ORDERED that this motion be and is hereby DENIED.

DONE, this 12th day of May, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE