IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MICHAEL R. BUSH, #149363 | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| VS. | ) | CASE NO.: 2:06-CV-292-MHT |
| | ) | |
| PAUL WHALEY, et al. | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION FOR ENLARGEMENT OF TIME**

COME NOW the Defendants **Paul Whaley, Richard Allen and Troy King**, and, pursuant to Rule 6(b)(1), Fed.R.Civ.P., move for an enlargement of time in which to file their Answer and Special Report. In support of the foregoing, Defendants show as follows:

1.      On April 27, 2006, defendants filed their Response to Plaintiff's preliminary injunction request.

2.      The Defendants' Answer and Special Report in this cause are due May 15, 2006.

3.      This Honorable Court ordered the Defendants to file a supplemental response to the Plaintiff's preliminary injunction request on or before May 16, 2006. On May 12, 2006, the Court extended this deadline until May 22, 2006 to respond to the Plaintiff's request, and ordered the Defendants to address the Plaintiff's arguments in his May 10, 2006 rebuttal.

4.      Undersigned counsel has not received all affidavits and relevant records from the plaintiff's institutional file relating to the Plaintiff's complaint.

5.      The Defendants' Answer and Special Report cannot be prepared without these affidavits and records.

6.      This enlargement is not requested for any improper purpose and should not prejudice or disadvantage the Plaintiff.

WHEREFORE, based on the foregoing, Defendants respectfully request an enlargement of time for twenty-one (21) additional days, to June 5, 2006, to file their Answer and Special Report.

RESPECTFULLY SUBMITTED,

TROY KING
ATTORNEY GENERAL
KIN047


s/ *J. Matt Bledsoe*_____
J. Matt Bledsoe (BLE 006)
ASSISTANT ATTORNEY GENERAL


OF COUNSEL:

OFFICE OF THE ATTORNEY GENERAL
11 South Union Street
Montgomery, AL  36130
(334) 242-7443

## CERTIFICATE OF SERVICE

I hereby certify that I have, this 15th day of May, 2006, served a copy of the foregoing on the plaintiff, by placing same in the United States Mail, postage prepaid and properly addressed as follows:

Michael Bush, #149363
Limestone Correctional Facility
28779 Nick Davis Road
Harvest, AL  35749-7009

_/s/  J. MATT BLEDSOE_
OF COUNSEL