IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MICHAEL R. BUSH, | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | CIVIL ACTION No. |
| | ) | |
| PAUL WHALEY, et. al., | ) | **2:06-CV-292-MHT-SRW** |
| Defendnats. | ) | |

## MOTION TO COMPEL OR EXPEDITE PRELIMINARY INJUNCTION

Your Plaintiff, for good cause shown, respectfully motions this Honorable Court to expedite his request for a preliminary injunction. Your Plaintiff presents and shows as follows:

1. As stated in Your Plaintiff's "REBUTTAL TO RESPONDENT'S ANSWER TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION" he was granted parole on April 26, 2006. See Pl. Rbtl. at 4. The process of releasing Your Plaintiff is presently in process, thus is the harm in which the injunction sought is to restrain.

2. Your Plaintiff respectfully contends that if this Honorable Court does not issue the requested injunctive relief it will allow the Defendants to apply the Act by alternative means through a city, county or State agency that is not a party to this action. Your Plaintiff's requested relief would prevent such actions. See Pl. Mem. Prlm. Inj. at 4.

1

2. Your Plaintiff contends that the Defendants actions, as stated in his MOTION TO STRIKE, are questionable and are presently delaying the proceedings. The Defendants' have received notice and an opportunity to oppose, thus this Honorable Court has jurisdiction and authority to issue the requested injunctive relief before a hearing on the merits. See *McDonald's Corp. v. Robertson*, 147 F.3d 1301, 1314 (11th Cir. 1998) ("Where, as here, the likelihood of [harm] is particularly strong, the loss of reputation, trade and goodwill potentially flowing from the continued infringement justifies a finding of irreparable injury." [] Thus, the district court was not required to hold an evidentiary hearing.").

4. Unquestionably, Your Plaintiff will be the only person harmed by the delay of the requested injunctive relief. Upon Your Plaintiff's release, the Alabama Board of Pardons and Paroles will be supervising him. Therefore, the all city, county and State officials will have contact Your Plaintiff and know of his employment and residence. He will be residing at the same location where he has lived for the majority of his thirty-five years as a resident and citizen of Mobile County.

5. Your Plaintiff has shown that: 1) his release is immediate and irreparable harm *will* occur; 2) that there exists a likelihood of success (the Defendants have offered no authorities to oppose his claims); 3) the Defendants agree through their silence that the threatened injury to Your Plaintiff outweighs any harm the proposed injunction may

2

cause the Defendants; and 4) that the public interest will not be wounded by a grant of a preliminary injunction.

*Relief Requested*

Your Plaintiff respectfully request that this Honorable Court Grant him relief by:

a). ordering the Defendants Paul Whaley, Richard Allen, Troy King and the Director of the Alabama Department of Public Safety, their agents, employees, and all persons acting in concert, directly or indirectly, or in agency with them, whether it be a city, county or other agency of the State, to abstain or refrain from the application of the Act upon Your Plaintiff until the resolution of this action; or

b). set this cause for an expedited hearing allowing Your Plaintiff to present evidence, testimony to support his claims for injunctive relief.

*Prayer*

Wherefore, Your Plaintiff would pray for this Honorable Court's judicial authority and might to protect him from the irreparable harm that is imminent and to protect rights under the laws and Constitution of the United States.

Respectfully submitted this 12th day of May, 2006.

_____
Michael R. Bush, Plaintiff

## CERTIFICATE OF SERVICE

I, Michael R. Bush, certify that I have served a true of the foregoing upon counsel for the Defendants on this 12th day of May, 2006, by placing the same in the United States Mail, postage prepaid and properly addressed as follows:

J. Matt Bledsoe
Office of the Attorney General
11 South Union Street
Montgomery, Alabama 36130-0152



_____
Michael R. Bush  #149363
L.C.F.  12 Dorm
28779 Nick Davis Road
Harvest, Alabama 35749-7009

4