IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MICHAEL R. BUSH, #149363, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06-CV-292-MHT |
| | ) |
| PAUL WHALEY, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion to compel or expedite preliminary injunction filed by the plaintiff on May 17, 2006 (Court Doc. No. 22), and as the defendants' response to the assertions contained in plaintiff's rebuttal is due on May 22, 2006, it is

ORDERED that this motion be and is hereby DENIED. The defendants are hereby advised that no extensions of time will be allowed for the filing of a response to the order entered on May 12, 2006 and such response must be filed on or before May 22, 2006.

DONE, this 18th day of May, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE