IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MICHAEL R. BUSH, #149363 ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| VS. ) | CASE NO.: 2:06-CV-292-MHT |
| ) | |
| PAUL WHALEY, et al. ) | |
| ) | |
| Defendants. ) | |

## AFFIDAVIT

| | |
|---|---|
| STATE OF ALABAMA ) | |
| COUNTY OF MONTGOMERY ) | |

Before me, a notary public in and for said State and County, personally appeared Cynthia S. Dillard, who, after being duly sworn, deposed and said as follows:

1.  My name is Cynthia S. Dillard, and I am the Assistant Executive Director for the Board of Pardons and Paroles.

2.  On April 21, 2006, Michael R. Bush submitted to Diane Wynn, an institutional parole officer, his parole plan that indicated where he would live and work upon his release from prison, should he be granted parole.

3.  The same day, April 21, 2006, Diane submitted Michael R. Bush's parole plan to the parole board.

4.  On April 26, 2006, Michael R. Bush was granted parole.

EXHIBIT II

5. After Michael R. Bush was granted parole, the Board of Pardons and Paroles forwarded Michael R. Bush's parole plan to the Mobile probation and parole office.

6. The Mobile probation and parole office assigned Michael R. Bush's parole plan to a field officer who is currently investigating the parole plan in order to make a determination as to whether or not it complies with the Community Notification Act and Parole Regulations.

7. Once the field officer makes a determination that Michael R. Bush's parole plan complies with the Community Notification Act and Parole Regulations, the Mobile probation and parole office will notify the Board of Pardons and Paroles.

8. The Board of Pardons and Paroles will then notify the Alabama Department of Corrections and the Alabama Department of Public Safety that Michael R. Bush is going to be released, and that he has a sexual offense on his record.

The above information is true and correct to the best of my knowledge and belief."

_____
CYNTHIA DILLARD

Sworn to and subscribed before me on this the 17th day of May, 2006.

_____
NOTARY PUBLIC

My Commission Expires: 4-6-2010