IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MICHAEL R. BUSH, #149363, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06-CV-292-MHT |
| | ) |
| PAUL WHALEY, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon review of the file in this case, and for good cause, it is

ORDERED that on or before May 31, 2006 defendant Hagen shall:

1. Show cause why he has failed to file a response to the motion for preliminary injunction in compliance with the order entered on April 4, 2006 (Court Doc. No. 7).

2. File a response to the motion for preliminary injunction as required by the aforementioned order.

The Clerk is DIRECTED to furnish a copy of the complaint, the motion for preliminary injunction, the order of procedure requiring the filing of a written report, the plaintiff's May 10, 2006 rebuttal and this order on L. H. Hagen and General Counsel for the Alabama Department of Public Safety.

DONE, this 23rd day of May, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE