**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes  ☐ No
If YES, enter delivery address below:

MAY 2 5 2006

1. Article Addressed to:

Jack Curtis, General Counsel
Department of Public Safety
P. O. Box 1511
Montgomery, AL 36102-1511

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered       ☒ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2:06cv292 (cmp/mot prel inj, order of proc.) rebuttal + order

2. Article Number (Transfer from service label)
7005 1160 0001 2962 4189

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☒ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes  ☐ No
If YES, enter delivery address below:

MAY 2 5 2006

1. Article Addressed to:

L. N. Hagen, Director
Alabama Department of Public Safety
P. O. Box 1511
Montgomery, AL 36102-1511

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered       ☒ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2:06cv292 (cmp/mot prel inj, order of proc.) rebuttal + order

2. Article Number (Transfer from service label)
7005 1160 0001 2962 4172

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540