IN THE DISTRIC COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MICHAEL R. BUSH, #149363     *
                Plaintiff,     *

Vs.     *

PAUL WHALEY, et al.,     *
                Defendants.     *

## AFFIDAVIT

Before me a notary public in and for said state and county personally appeared Cashana Seales who is being known to me does depose and say under other as follows:

My name is Cashana Seales. I am over 21 years of age and I have personal knowledge of the facts set forth herein.

I am the legal research assistant for the Legal Unit of the Alabama Department of Public Safety. I conducted a search for a sex offender file for Michael Bush. In order for the legal unit to have a file for a sex offender he must have an Alabama Bureau of Investigation Form 47 Sex Offender Registration Form. After a thorough search of our files opened and closed and our Sex Offender Database, I found no evidence of a sex offender file for Michael Bush.

_____
Affiant

Sworn to and subscribed before me this the 31st day of May, 2006.

_____
Notary Public
My Commission Expires: 1-28-2009