**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **MICHAEL R. BUSH, #149363** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **VS.** | ) | **CASE NO.: 2:06-CV-292-MHT** |
| | ) | |
| **PAUL WHALEY, et al.** | ) | |
| | ) | |
| **Defendants.** | ) | |

**RESPONSE TO COURT'S ORDER
TO SHOW CAUSE**

Comes now Colonel W. M. Coppage by and through his attorney and answers the

Court's Order as follows:

(1)   This action is a challenge to the Alabama Community Notification Act.

(2)   Previously, the Attorney General's Office has answered Community

Notification cases on behalf of all defendants.

(3)   The undersigned attorney had discussions with attorneys at the Attorney

General's Office.

(4)   The undersigned attorney believed the Attorney General would continue to

answer on behalf of all defendants.

(5)   The undersigned attorney is solely responsible for the miscommunication that

caused the failure to timely file a response to the Court's Order for Special Report.

Respectfully submitted,


/s Michael W. Robinson
Michael W. Robinson
ASB-1170-I71M
Attorney for Department of Public Safety
P.O. Box 1511
Montgomery, Alabama 36102-1511
(334) 242-4392
(334) 242-0894 Fax
mrobinson@dps.state.al.us


## CERTIFICATE OF SERVICE

I hereby certify that on May 31, 2006, I electronically filed the foregoing with the

Clerk of the Court using the CM/ECF system which will send notification of such filing

to the following:

Jason Matthew Bledsoe

Staff Attorneys

and I hereby certify that I have mailed by United States Postal Service the

document to the following non-CM/ECF participant:

Michael R. Bush
AIS# 149363
Limestone Correctional Facility
28779 Nick Davis Road
Harvest, Alabama 35749-7109


s/ Michael W. Robinson

2