## AFFIDAVIT OF MICHAEL R. BUSH

STATE OF ALABAMA        )
COUNTY OF LIMESTONE    )

Before the undersigned authority, a NOTARY PUBLIC, in and for said county and state personally appears Michael R. Bush, who after first being duly sworn, deposes and says as follows:

I do swear under oath that the foregoing information is based on personal knowledge; that on the evening of May 25, 2005 I was summoned to the Receiving Unit of the Limestone Correctional facility and informed by COI Biffle (ADOC) that my home address of 35 years, which was submitted and approved as the address for which I was granted parole as my home plan, was not a suitable address under the provisions of the Alabama Community Notification Act. I asked for documentation reflecting this action and was told I could have nothing in writing. I ask why the address was not proper. Officer Biffle told me that he could not reveal that information. I was told to submit another address. Because I have no other address, I could not comply.

As I had done the day before with COI Stringer, I tried to explain to COI Biffle that the matter was pending before the Court on a preliminary injunction. COI Biffle asked me if I was aware that not submitting an address is a Class C felony and would result in the revocation of my parole. I explained that I did not know what to do. COI Biffle stated he had to notify ADOC officials that I was not compliant with the law. I fear criminal prosecution and revocation of my parole because I am not being allowed to live in my home of 35 years.

To date, I have never received any hearing or due process or explanations on how or why my 1992 nolo contendere plea is being considered a conviction when it never has been heretofore.

SWORN TO AND SUBSCRIBED THIS 25TH DAY OF MAY, 2006.

_____            _____
NOTARY PUBLIC                                         MICHAEL R. BUSH, AFFIANT

MY COMMISSION EXPIRES: 8-26-07

i