**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

June 1, 2006

# NOTICE OF CORRECTION

| | |
|---|---|
| **From:** | Clerk's Office |
| **Case Style:** | Michael R. Bush v. Paul Whaley, et al. |
| **Case Number:** | #2:06-cv-00292-MHT |
| **Referenced Document:** | Document #27<br>Request for Emergency Order |

**This notice has been docketed to enter the corrected pdf of the referenced document into the record. The original pdf contained (2) two pages at the end of the document that were incomplete. The corrected pdf is attached to this notice.**