Ms. Olson, Classification Specialist
Limestone Correctional Facility

RE: PROGRESS REVIEW FORM/SEPT. 9, 2004

October 18, 2004

Dear Ms. Olson,

I am in objection to the "Progress Review Form" dated 9/9/04. Upon review of the aforementioned I discovered that there is false and erroneous information within. My objection is that of and I quote; "Prior sex offense from Florida 1992 - he plead guilty to sexual battery II." The information as to the plea of guilty and that of the charge are false and erroneous. The plea was that of "NOLO CONTENDERE" and the charge was that of attempted sexual battery II.

Enclosed you will find a letter in which I forwarded to Paul Whaley. Mr. Whaley is well aware of the plea being that of "NOLO CONTENDERE" and that the charge is that of attempted sexual battery II. He has submitted official court documents in the pending litigation I have in Montgomery County. Therefore, these facts being established should be the facts relied upon and stated within the progress review form.

I respectfully request from you and Mr. Whaley that this false and erroneous information be expunged from my file and that I receive another progress review and documentation of that review based upon correct and factually based information.

I trust that all parties will willingly and in good faith comply with the request herein.

Sincerely,

Michael R. Bush

*[Handwritten annotation: That is what it says on the PSI. I do not make up this information. I use the information that is in the file. M. Olson 10-19-04]*

CC/MS. OLSON, CLASSIFICATION SPECIALIST (L.C.F.)
  PAUL WHALEY, DIRECTOR OF CLASSIFICATION

**EXHIBIT 2**