Limestone Correctional Facility
28779 Nick Davis Road
Harvest, Alabama 35749-7009

Paul Whaley, Director of Classification
Alabama Department of Corrections
P.O. Box 301501
Montgomery, Alabama 36130-1505

RE: PROGRESS REVIEW FORM/SEPT. 9, 2004

October 18, 2004

Mr. Whaley,

    I received a "Progress Review Form" in the institutional mail on 10/06/04. Upon review of said form I discovered that there is erroneous and false information contained and disclosed therein. The erroneous and false information in which I refer to is that concerning and I quote; "Prior sex offense from Florida 1992 - he plead guilty to sexual battery II..." As you are aware there is pending litigation of this false and erroneous classification and my branding as a sex offender. Furthermore, you are fully aware that the aforementioned information is false because you in fact submitted documentation to the Circuit Court of Montgomery County stating that the plea was that of "NOLO CONTENDERE" and the charge was Attempted Sexual Battery.

    I respectfully request that you order that this information be expunged from my A.D.O.C. file and another progress review to be held here at the institution (L.C.F.) and that only correct and factually based information be contained in my "Progress Review" Form.

    I trust that you will willingly and in good faith comply with my request herein.

Sincerely,

Michael R. Bush

CC/Paul Whaley, Director of Classification
Ms. Olson, Classification Specialist (L.C.F

**EXHIBIT 3**