November 2, 2004

Inmate Michael R. Bush 149363S
Limestone Corr. Center

Inmate Bush:

Your letter to Director Paul Whaley has been received.

We do not have the authority to remove any information from your file. As to your questions about your status, as you have indicated in your letter, you have this matter currently under litigation so it is not appropriate to make any comment at this time.

See your classification specialist there if you have further questions.

Sincerely,

*Carolyn A. Golson*
Carolyn A. Golson
Assistant Director
Classification Division

**EXHIBIT 4**