Michael R, Bush - 149363
Limestone C.F. - 15 Dorm

MELISSA OLSON
Classification Specialist
Limestone C.F.

RE: CLASSIFICATION INFORMATION

*Copy to File*

March 23, 2005

Ms. Olson,

I am requesting that you provide me with the specific information about my classification as a sex offender.

The information I am requesting is the specific page, section and/or subsection within the ADOC Classification Manual that is being relied upon in determining that I am a sex offender.

I thank you in advance for providing this information.

Sincerely,

Michael R. Bush

*Your classification as a sex offender was determined before I got here. Write to Mr. Whaley and take this matter up with him.*

*M. Olson 3/28/05*

**EXHIBIT 5**