## CLASSIFICATION APPEAL FORM

NAME: Michael R. Bush   AIS# 149363   INSTITUTION: LIMESTONE

DATE: MARCH 16, 2005

I. CLEARLY STATE THE DECISION THAT IS BEING APPEALED: My semi-annual progress review indicates that I am still being classified as a sex offender. I should not be classified as a sex offender.

II. BRIEFLY AND CLEARLY STATE YOUR REASONS FOR APPEAL: The portion of the ADOC Classification Manual that relates "convicted" sex offenders has been deleted, yet I am still being classified under those provisions. Also, the P.S.I. the is being relied upon is false, this has been known to the ADOC, but you are still relying upon the false information.

INMATE SIGNATURE: [signed] Michael R. Bush

III. COMMENTS OF WARDEN/CLASSIFICATION PERSONNEL: Classification is based on information from the PSI, which indicates that you were guilty of Sexual Battery 2nd, 5-27-92 and sentenced to 8 years probation. This is not an appealable issue; therefore, NOT submissable to CRB.

WARDEN SIGNATURE: [signed] 3.16-05      CLASSIFICATION SIGNATURE/DATE: Melissa Olson 03/16/05

### DO NOT WRITE BELOW THIS LINE

APPEAL GRANTED: _____   DENIED: _____

DATE: _____

COMMENTS: _____

cc:   Inmate
      Inmate Central File
      Inmate Institutional File

**EXHIBIT 6**