IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MICHAEL R. BUSH, #149363, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 2:06-CV-292-MHT |
| | ) |
| PAUL WHALEY, et al., | ) |
| | ) |
|     Defendants. | ) |

**ORDER**

On May 31, 2006, counsel for defendant W. M. Coppage, Director of the Alabama Department of Public Safety, erroneously electronically filed a motion to dismiss. This motion is not properly before the court as this defendant submitted the motion without permission of the court. *See Order of April 4, 2006 - Court Doc. No. 8* at 2 ("No . . . motion to dismiss . . . [may] be filed by any party without permission of the court."). The aforementioned order further directed that "[i]f any pleading denominated as a motion for summary judgment, motion to dismiss or other dispositive motion is sent to the court [without the requisite permission having been granted], the court shall not file or otherwise treat the pleading as a dispositive motion until and unless further order of the court." *Id*. Accordingly, it is

ORDERED that the motion to dismiss electronically filed by defendant Coppage on May 31, 2006 be stricken from the file.

DONE, this 2nd day of June, 2006.

                                                    /s/ Susan Russ Walker
                                                  SUSAN RUSS WALKER
                                                  UNITED STATES MAGISTRATE JUDGE