**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **MICHAEL R. BUSH, #149363** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **VS.** ) | **CASE NO.: 2:06-CV-292-MHT** |
| ) | |
| **PAUL WHALEY, et al.** ) | |
| ) | |
| **Defendants.** ) | |

**MOTION FOR EXTENSION OF TIME
TO SUPPLEMENT RESPONSE TO THE
<u>ORDER OF THE COURT</u>**

Comes now Colonel W. M. Coppage by and through his attorney and respectfully requests this Court grant Defendant Coppage an additional three (3) days to supplement his response to the directive of the Court.

                                         Respectfully submitted,

                                         /s Michael W. Robinson
                                         Michael W. Robinson
                                         ASB-1170-I71M
                                         Attorney for Department of Public Safety
                                         P.O. Box 1511
                                         Montgomery, Alabama 36102-1511
                                         (334) 242-4392
                                         (334) 242-0894 Fax
                                         mrobinson@dps.state.al.us

## CERTIFICATE OF SERVICE

I hereby certify that on June 2, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Jason Matthew Bledsoe

Staff Attorneys

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant:

Michael R. Bush
AIS# 149363
Limestone Correctional Facility
28779 Nick Davis Road
Harvest, Alabama 35749-7109

s/ Michael W. Robinson