IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MICHAEL R. BUSH, #149363 ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| VS. ) | CASE NO.: 2:06-CV-292-MHT |
| ) | |
| PAUL WHALEY, et al. ) | |
| ) | |
| Defendants. ) | |

## MOTION FOR ENLARGEMENT OF TIME

COME NOW the Defendants **Paul Whaley, Richard Allen and Troy King**, and, pursuant to Rule 6(b)(1), Fed.R.Civ.P., move for an enlargement of time in which to file their Answer and Special Report. In support of the foregoing, Defendants show as follows:

1. The Defendants' Answer and Special Report in this cause are due June 5, 2006.

2. Undersigned counsel needs an extension of time to collect additional affidavits from sources other than the Defendants from the Department of Corrections and the Department of Public Safety. Such affidavits are relevant to the defense of the Plaintiff's Complaint.

5. The Defendants' Answer and Special Report cannot be prepared without these affidavits and records.

6. This enlargement is not requested for any improper purpose and should not prejudice or disadvantage the Plaintiff because the Plaintiff's name can be found on

the National Sex Offender Registry because he is listed as a sex offender in the State of Florida. ([http://www3.fdle.state.fl.us/sexual_predators/OffenderFlyer.asp?keys=18316](http://www3.fdle.state.fl.us/sexual_predators/OffenderFlyer.asp?keys=18316).)

WHEREFORE, based on the foregoing, Defendants respectfully request an enlargement of time for twenty-one (21) additional days, to June 26, 2006, to file their Answer and Special Report.

RESPECTFULLY SUBMITTED,

TROY KING
ATTORNEY GENERAL
KIN047


s/ *J. Matt Bledsoe*
J. Matt Bledsoe (BLE 006)
ASSISTANT ATTORNEY GENERAL


OF COUNSEL:

OFFICE OF THE ATTORNEY GENERAL
11 South Union Street
Montgomery, AL  36130
(334) 242-7443

## CERTIFICATE OF SERVICE

I hereby certify that I have, this 2nd day of June, 2006, served a copy of the foregoing on the plaintiff, by placing same in the United States Mail, postage prepaid and properly addressed as follows:

Michael Bush, #149363
Limestone Correctional Facility
28779 Nick Davis Road
Harvest, AL  35749-7009


      /s/ *J. Matt Bledsoe*
OF COUNSEL