IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MICHAEL R. BUSH, #149363, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06-CV-292-MHT |
| | ) |
| PAUL WHALEY, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion for extension of time filed by defendant Coppage on June 2, 2006 (Court Doc. No. 34), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED. It is further

ORDERED that defendant Coppage be GRANTED an extension until June 6, 2006 to file a supplemental response to the plaintiff's motion for preliminary injunction.

DONE, this 5th day of June, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE