IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MICHAEL R. BUSH, #149363, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 2:06-CV-292-MHT |
| PAUL WHALEY, et al., | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion for enlargement of time filed by defendants Whaley, Allen and King on June 2, 2006 (Court Doc. No. 35), and for good cause shown, it is

ORDERED that:

1. This motion be and is hereby GRANTED.

2. Defendants Whaley, Allen and King be GRANTED an extension from June 5, 2006 to and including June 26, 2006 to file their written report and answer.

3. Defendant Coppage be GRANTED an extension to and including June 26, 2006 to file his written report and answer.

DONE, this 5th day of June, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE