IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MICHAEL R. BUSH, ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | CIVIL ACTION No. |
| ) | 2:06-CV-292-MHT-SRW |
| PAUL WHALEY, et. al., ) | |
| Respondents. ) | |

## MOTION TO AMEND COMPLAINT

Your Plaintiff moves this Honorable Court pursuant to *Federal Rules of Civil Procedure*, Rule 15(a) his amendment to his complaint. Your Plaintiff presents and shows unto this Honorable Court as follows:

### AMENDED CLAIMS TO BE PRESENTED

I. THE RETROACTIVE APPLICATION OF THE ACT UPON YOUR PLAINTIFF IS IN VIOLATION OF HIS FOURTEENTH AMENDMENT RIGHT TO BE TREATED EQUALLY AS A JUVENILE UNDER THE LAW AND TO BE AFFORDED DUE PROCESS OF THE LAW AS A JUVENILE OFFENDER.

II. THE ALABAMA COMMUNITY NOTIFICATION ACT IMPOSES CRUEL AND UNUSUAL PUNISHMENT AND DENIES YOUR PLAINTIFF FOURTEENTH AMENDMENT PROTECTIONS OF SUBSTANTIVE AND PROCEDURAL DUE PROCESS.

1

III. THE RETROACTIVE APPLICATION OF THE ACT UPON YOUR PLAINTIFF IS IN VIOLATION OF HIS FOURTEENTH AMENDMENT RIGHT TO ENGAGE IN AND MAINTAIN EMPLOYMENT IN A LAWFUL OCCUPATION.

IV. THE RETROACTIVE APPLICATION OF THE ACT UPON YOUR PLAINTIFF IS A VIOLATION OF HIS FIRST AMENDMENT RIGHT FREEDOM OF ASSOCIATION, AND HIS RIGHT TO PEACEFULLY ASSEMBLE WITHOUT GOVERNMENT INFRINGEMENT OR INTRUSION.

   a). THE RETROACTIVE APPLICATION OF THE ACT IS IN VIOLATION OF YOUR PLAINTIFF'S RIGHT TO MAINTAIN HIS ESTABLISHED INTIMATE RELATIONSHIPS WITH HIS CHILDREN AND GRANDCHILDREN.

   b). THE RETROACTIVE APPLICATION OF THE ACT IS IN VIOLATION OF YOUR PLAINTIFF'S RIGHT TO ESTABLISH INTIMATE RELATIONSHIPS.

   c). THE RETROACTIVE APPLICATION OF THE ACT IS IN VIOLATION OF YOUR PLAINTIFF'S RIGHT TO EXPRESSIVE AND INTIMATE ASSOCIATION TO PEACEFULLY ASSEMBLE.

## PRAYER

Your Plaintiff respectfully prays that this Honorable Court allows him to amendment his complaint to include the above and attached claims.

Respectfully submitted this 6th day of June, 2006.

_Michael R. Bush_
Michael R. Bush, Plaintiff

2

## AFFIRMATION UNDER PENALTY OF PERJURY

Pursuant to 28 U.S.C. §1746, I Michael R. Bush, declare and certify under the penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on this 8th day of June, 2006.

_____
Michael R. Bush, Plaintiff

## CERTIFICATE OF SERVICE

I, Michael R. Bush, certify that I have served a true copy of the foregoing upon counsel for the Defendants on this 8th day of June, 2006, by placing the same in the hands of prison officials to be mailed via the United States Mail, postage prepaid and properly addressed as follows:

J. Matt Bledsoe
Office of the Attorney General
11 South Union Street
Montgomery, Alabama 36130-0152

_____
Michael R. Bush #149363
L.C.F. 12 Dorm
28779 Nick Davis Road
Harvest, Alabama 35749-7009