IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MICHAEL R. BUSH, ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | CIVIL ACTION No. |
| ) | **2:06-CV-292-MHT-SRW** |
| PAUL WHALEY, et. al., ) | |
| Respondents. ) | |

### PLAINTIFF'S AMENDED CERTIFICATE OF SERVICE

Your Plaintiff moves this Honorable to accept and make part of the record his amended certificate of service to his pleading titled: "MOTION TO AMEND COMPLAINT." Your Plaintiff states as follows:

1. Your Plaintiff filed with Clerk of this Honorable Court a motion to amend. Attached thereto, were his amended claims and arguments.

2. After placing the same in the inmate legal mail system, Your Plaintiff realized that he had inadvertently omitted counsel for the Al. Department of Public Safety's name and address on the certificate of service.

3. Your Plaintiff apologizes for any inconveniences his omission may have caused.

4. Attached hereto, marked as "Amended Certificate of Service," indicates that all parties have been served.

## PRAYER

Wherefore, circumstances and premises considered herein, Your Plaintiff prays that the attached amended certificate of service be accepted and made a part of the record.

Respectfully submitted this 8th day of June, 2006.

_____
Michael R. Bush, Plaintiff

## CERTIFICATE OF SERVICE

I, Michael R. Bush, certify that I have served a true copy of the foregoing upon counsel for the Defendants on this 8th day of June, 2006, by placing the same in the hands of prison officials to be mailed via the United States Mail, postage prepaid and properly addressed as follows:

J. Matt Bledsoe
Office of the Attorney General
11 South Union Street
Montgomery, Alabama 36130-0152

Michael W. Robinson
Attorney for the Al. Department of Public Safety
P.O. Box 1511
Montgomery, Alabama 36102-1511

Michael R. Bush  #149363
L.C.F.  12 Dorm
28779 Nick Davis Road
Harvest, Alabama 35749-70009

## AMENDED CERTIFICATE OF SERVICE

I, Michael R. Bush, certify that I have served a true copy of the foregoing upon counsel for the Defendants on this 8th day of June, 2006, by placing the same in the hands of prison officials to be mailed via the United States Mail, postage prepaid and properly addressed as follows:

J. Matt Bledsoe
Office of the Attorney General
11 South Union Street
Montgomery, Alabama 36130-0152

Michael W. Robinson
Attorney for the Al. Department of Public Safety
P.O. Box 1511
Montgomery, Alabama 36102-1511

Michael R. Bush  #149363
L.C.F. 12 Dorm
28779 Nick Davis Road
Harvest, Alabama 35749-7009