IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MICHAEL R. BUSH, #149363,　　　　)
　　　　　　　　　　　　　　　　)
　　　　Plaintiff,　　　　　　　)
　　　　　　　　　　　　　　　　)
　　v.　　　　　　　　　　　　　)　　CIVIL ACTION NO. 2:06-CV-292-MHT
　　　　　　　　　　　　　　　　)
PAUL WHALEY, et al.,　　　　　　)
　　　　　　　　　　　　　　　　)
　　　　Defendants.　　　　　　　)

**ORDER ON MOTION**

Upon consideration of the motion to amend complaint filed by the plaintiff on June 12, 2006 (Court Doc. No. 40), and for good cause, it is

ORDERED that:

1.  This motion be and is hereby GRANTED.

2.  On or before July 19, 2006, the defendants shall file a written report containing the sworn statements of all persons having knowledge of the subject matter of the complaint, as amended. Authorization is hereby granted to interview all witnesses, including the plaintiff.  Whenever relevant, copies of medical and/or psychiatric records shall be attached to the written report.  Where the plaintiff's claims or the defendants' defenses relate to or involve the application of administrative rules, regulations or guidelines, the written report shall include copies of all such applicable administrative rules, regulations or guidelines.

3.  On or before July 19, 2006, the defendants shall file an answer to the complaint, as amended.

4.  The defendants be GRANTED an extension from June 26, 2006 to and including July 19, 2006 to file a written report and answer in compliance with the order entered on April 4, 2006.

5. <u>No</u> motion for summary judgment, motion to dismiss or any other dispositive motions addressed to the complaint, as amended, be filed by any party without permission of the court. If any pleading denominated as a motion for summary judgment, motion to dismiss or other dispositive motion is sent to the court, the court shall not file or otherwise treat the pleading as a dispositive motion until and unless further order of the court.

**The plaintiff is CAUTIONED that this court will not continue to grant him leave to amend without a showing of exceptional circumstances.**

The CLERK is hereby DIRECTED to furnish a copy of this order to the plaintiff and a copy of this order and the amendment to the complaint to the defendants. A copy of this order and the amendment to the complaint shall likewise be furnished to counsel of record for the defendants.

DONE, this 15th day of June, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE

2