IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 JUN 22  A 10: 00

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| MICHAEL R. BUSH, ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | CIVIL ACTION No. |
| ) | 2:06-CV-292-MHT-SRW |
| PAUL WHALEY, et. al., ) | |
| Respondents. ) | |

**MOTION FOR ENLARGEMENT OF TIME**

**COMES NOW** Your Plaintiff pursuant to Rule 6(b)(1), *Fed.R.Civ.P.*, and moves this Honorable Court for an enlargement of time in which to file his objections to the Honorable Magistrate's Recommendation (Doc. 41). In support of the forgoing, Your Plaintiff shows as follows:

1. Your Plaintiff is not experienced in the science of law and needs additional time to research to the law and authorities cited in the Honorable Magistrate's Recommendation.

2. Your Plaintiff's reliance on other inmates to assist in the preparation of his pleadings hinders his ability to timely file his objections.

3. The inmate law library at Limestone C.F. is inadequate.

1

4. The ADOC is in control of the legal research materials that are available. Your Plaintiff has made repeated request for specific information for several months, i.e. Alaska's Community Notification Act, which the legal division of the ADOC has ignored. See attached.

5. Your Plaintiff objections cannot be filed without the above requested (Alaska's Community Notification Act).

6. This enlargement is not requested for any improper purpose and will not prejudice the defendants.

WHEREFORE, base on the foregoing, Your Plaintiff respectfully requests an enlargement of time for 45 days, to August 10, 2006, to file his objections.

Respectfully submitted this 19th day of June, 2006.

_____
Michael R. Bush, Plaintiff

2

## CERTIFICATE OF SERVICE

I, Michael R. Bush, certify that I have served a true copy of the foregoing upon counsel for the Defendants on this 19th day of June, 2006, by placing the same in the hands of prison officials to be mailed via the United States Mail, postage prepaid and properly addressed as follows:

J. Matt Bledsoe
Office of the Attorney General
11 South Union Street
Montgomery, Alabama 36130-0152

Michael W. Robinson
Attorney for the Al. Department of Public Safety
P.O. Box 1511
Montgomery, Alabama 36102-1511

Michael R. Bush #149363
L.C.F. 12 Dorm
28779 Nick Davis Road
Harvest, Alabama 35749-7009

Michael R. Bush #149363
Limestone C.F.  12-Dorm
28779 Nick Davis Road
Harvest, Alabama 35749-7009

Kim Thomas
Legal Division
Alabama Department of Corrections
P.O. Box 301501
Montgomery, Alabama 36130-1501

RE: REQUEST/LEGAL REFERENCE MATERIAL


January 25, 2006

Mr. Thomas,

As you may be aware I currently have litigation pending in the Montgomery County Circuit Court. The litigation concerns an attempt by the ADOC to apply the Alabama Community Notification Act because a former plea of nolo contendere.

The United States Supreme Court decision in Smith v. Doe, 538 US 84(2003) seems to be the only occasion in which the Supreme Court has reviewed a sex offender registering statute. Thus, it is likely your office will be relying on this in the future.

I am requesting that you provide me with a copy of the Alaska Community Notification Act as addressed by the Court in Smith v. Doe.

I hope that because my litigation is against Mr. Whaley and the Commissioner this will not hinder the availability to the requested.

I thank you in advance for your time and attention in this matter.

Sincerely,

Michael R. Bush

June 19, 2006,                                 Michael R. Bush #149363
                                                   Limestone C.F. 12-Dorm
                                                   28779 Nick Davis Road
                                                   Harvest, Alabama 35749-7009

Kim Thomas
Legal Division
Alabama Department of Corrections
P.O. Box 301501
Montgomery, Alabama 36130-1501

RE: LEGAL REFERENCE MATERIAL REQUEST

Mr. Thomas,

    This letter is a follow-up to the correspondences forwarded on 1/25/06, 3/6/06 and 4/30/06.

    My previous requests for a copy of the Alaska Community Notification Act, as addressed by the Court in <u>Smith v. Doe</u>, 538 US 84 (2003), have gone ignored. I do not understand why I cannot be provided with a copy of the Alaska statute. It is highly relevant and critical to my litigation, more so since the Federal Magistrate has cited and referenced the above in her recommendation.

    The request for legal reference materials and cases received by other inmates seem to be provided in a timely fashion, with the exception of mine. I feel that I am being denied meaningful access to present my claims to the court.

    I present my request a fourth time. I pray that you will provide the requested.

    I thank you in advance for your time and attention in this matter.

                                                              Sincerely,

                                                              Michael R. Bush

April 30, 2006

Michael R. Bush #149363
Limestone C.F.  12-Dorm
28779 Nick Davis Road
Harvest, Alabama 35749-7009

Kim Thomas
Legal Division
Alabama Department of Corrections
P.O. Box 301501
Montgomery, Alabama 36130-1501

RE: LEGAL REFERENCE MATERIAL REQUEST

Mr. Thomas,

    This letter is a follow-up to the correspondences forwarded on 1/25/06 and 3/6/06.

    I have repeatedly requested a copy of the Alaska Community Notification Act as addressed by the Court in Smith v. Doe, 538 US 84(2003). To date I have not been provided a copy of the requested nor have I been notified as to why you cannot fulfill my request.

    The request for legal reference materials and cases received by other inmates here is lengthy. I feel that I am being denied meaningful access to present my claims to the courts.

    I present my request a third time. I pray that you will provide the requested.

    I thank you in advance for your time and attention in this matter.

                                                Sincerely,

                                               Michael R. Bush

March 6, 2006

Michael R. Bush #149363
Limestone C.F. 12-Dorm
28779 Nick Davis Road
Harvest, Alabama 35749-7009

Kim Thomas
Legal Division
Alabama Department of Corrections
P.O. Box 301501
Montgomery, Alabama 36130-1501

RE: LEGAL REFERENCE MATERIAL REQUEST

Mr. Thomas,

    This letter is a follow-up to the correspondence forwarded on 1/25/06.

    In the previous I specifically requested a copy of the Alaska Community Notification Act as addressed by the Court in Smith v. Doe, 538 US 84(2003). To date I have not been provided a copy of the requested nor have I been notified as to why you cannot fulfill my request.

    I do know that there has been numerous other legal material request received by other inmates here at the institution. All of those I am aware of were received in a timely fashion. I hope because of the controversial issue I have presented, which includes the ADOC is not the reason my request has went unanswered.

    I am presenting my request for the second time. I pray that you will see fit to comply.

    I thank you in advance for your time and attention in this matter.

Sincerely,

Michael R. Bush