IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MICHAEL R. BUSH, #149363 | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| VS. | ) CASE NO.: 2:06-CV-292-MHT |
| | ) |
| PAUL WHALEY, et al. | ) |
| | ) |
| Defendants. | ) |

**DEFENDANTS' JOINT RESPONSE TO PLAINTIFF'S
PROPOSAL OF SETTLEMENT**

COME NOW the Defendants in the above styled cause, jointly and severally, and in response to the Plaintiff's Proposal of Settlement aver that, based on the Plaintiff's terms, settlement is not possible.

Respectfully submitted on this 29th day of June, 2006.

/s/ J. MATT BLEDSOE
J. MATT BLEDSOE (BLE006)
Counsel for Defendants Whaley, Allen
 and King

OF COUNSEL:

OFFICE OF THE ATTORNEY GENERAL
11 South Union Street
Montgomery, AL 36130
(334) 242-2433

      /s/ MICHAEL W. ROBINSON
MICHAEL W. ROBINSON (ROB123)
Counsel for Defendant Coppage

OF COUNSEL:

ALABAMA DEPARTMENT OF
 PUBLIC SAFETY-LEGAL UNIT
PO Box 1511
Montgomery, AL 36102-1511
(334) 242-4392

**CERTIFICATE OF SERVICE**

    I hereby certify that I have, on this the 29th day of June, 2006, served a copy of the foregoing on the Plaintiff, by placing same in the United States Mail, postage prepaid and properly addressed, as follows:

        Michael R. Bush, #149363
        Limestone Correctional Facility
        28779 Nick Davis Road
        Harvest, AL 35749.

      /s/ J. MATT BLEDSOE
OF COUNSEL