IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MICHAEL R. BUSH, | ) |
| Plaintiff, | ) |
| | ) |
| Vs. | ) CIVIL ACTION No. |
| | ) 2:06-CV-292-MHT-SRW |
| PAUL WHALEY, et. al., | ) |
| Respondents. | ) |

## MOTION FOR ENLARGEMENT OF TIME

**COMES NOW** Your Plaintiff pursuant to Rule 6(b)(1), *Fed.R.Civ.P.*, and moves this Honorable Court for an enlargement of time in which to file his objections to the Honorable Magistrate's Recommendation (Doc. 41). In support of the forgoing, Your Plaintiff shows as follows:

1. Your Plaintiff previously requested an enlargement of time in which to file his objections to the Magistrate's Recommendation. (See Doc. 48).

2. The Honorable Court granted said, allowing its Plaintiff until June 26, 2006, in which to file his objections. (See Doc. 49).

1

3. As stated within his previous request, Your Plaintiff has made repeated requests to general counsel for the ADOC, Kim Thomas, for a copy of the Alaska Community Notification Act as addressed by the Supreme Court in <u>Smith v. Doe</u>, 538 US 84 (2003).

4. To date, Kim Thomas refuses to provide a copy of the requested, which has effectively hindered Your Plaintiff's ability to present his objections and contentions to this Honorable Court. (<u>See</u> EXHIBIT 1) (<u>See also</u> Doc. 48, EXIHIBITS 1-4).

5. Your Plaintiff avers that because his litigation involves the ADOC, Kim Thomas is intentionally hindering Your Plaintiff access to the courts. This he contends is in violation of ADOC policy and is a denial of his First and Fourteenth Amendment right to access the courts. (<u>See</u> EXHIBIT 2, § 4 – B).

6. Your Plaintiff would request of this Honorable Court to order general counsel, Kim Thomas, of the ADOC or the counsel for the defendants to immediately provide Your Plaintiff with a complete copy of the Alaska Community Notification Act as addressed by the Supreme Court in <u>Smith v. Doe</u>, <u>supra</u>. (<u>See</u> accompanying request for order for production of legal materials).

6. This enlargement is not requested for any improper purpose and will not prejudice the defendants.

WHEREFORE, base on the foregoing, Your Plaintiff respectfully requests an additional 30 days, allowing him until August 24, 2006, to file his objections.

Respectfully submitted this 11th day of July, 2006.

_____
Michael R. Bush, Plaintiff

## CERTIFICATE OF SERVICE

I, Michael R. Bush, certify that I have served a true copy of the foregoing upon counsel for the Defendants on this 11th day of July, 2006, by placing the same in the hands of prison officials to be mailed via the United States Mail, postage prepaid and properly addressed as follows:

J. Matt Bledsoe
Office of the Attorney General
11 South Union Street
Montgomery, Alabama 36130-0152

Michael W. Robinson
Attorney for the Al. Department of Public Safety
P.O. Box 1511
Montgomery, Alabama 36102-1511

Michael R. Bush #149363
L.C.F. 12 Dorm
28779 Nick Davis Road
Harvest, Alabama 35749-7009