IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MICHAEL R. BUSH, | ) |
| Plaintiff, | ) |
| | ) |
| Vs. | )   CIVIL ACTION No. |
| | )   2:06-CV-292-MHT-SRW |
| PAUL WHALEY, et. al., | ) |
| Respondents. | ) |

**REQUEST FOR ORDER FOR PRODUCTION OF LEGAL MATERIALS**

**COMES NOW** Your Plaintiff and moves this Honorable Court for an order upon the general counsel for the ADOC, or counsel for the defendants to produce legal materials needed to file objection and contention to the Magistrate's Recommendation (Doc. 41). In support of the forgoing, Your Plaintiff shows as follows:

1. Your Plaintiff has made repeated requests to general counsel, Kim Thomas, of the ADOC to provide him with a copy of the Alaska Community Notification Act as addressed by the Supreme Court in <u>Smith v. Doe</u>, 538 US 84 (2003).

2. Counsel has refused to provide the requested, ignoring Your Plaintiff's repeated pleas of the importance of the statute to this litigation.

1

3. Your Plaintiff incarceration makes it impossible for him to obtain a copy of the requested statute by other means. (See Doc. 48) (See also Motion for Enlargement of Time 7/11/06).

4. Because the Honorable Magistrate's Recommendation is based largely upon Smith v. Doe, Your Plaintiff avers that a comparison of the two statutes, Alabama and Alaska's, is necessary to show that the two are not similar in effect or form.

5. Your Plaintiff makes his request to this Honorable Court asking court intervention to protect his right to effectively present his claims.

Wherefore, circumstances and premises considered herein, Your Plaintiff prays that this Honorable Court will order Kim Thomas, general counsel for the ADOC, or counsel for the defendants to forthwith provide Your Plaintiff with a copy of the requested Alaska statute.

Respectfully submitted this 11th day of July, 2006.

_____
Michael R. Bush, Plaintiff

## CERTIFICATE OF SERVICE

I, Michael R. Bush, certify that I have served a true copy of the foregoing upon counsel for the Defendants on this 11th day of July, 2006, by placing the same in the hands of prison officials to be mailed via the United States Mail, postage prepaid and properly addressed as follows:

J. Matt Bledsoe
Office of the Attorney General
11 South Union Street
Montgomery, Alabama 36130-0152

Michael W. Robinson
Attorney for the Al. Department of Public Safety
P.O. Box 1511
Montgomery, Alabama 36102-1511

Kim Thomas, Esq.
Legal Division
Alabama Department of Corrections
P.O. Box 301501
Montgomery, Alabama 36130-1501

Michael R. Bush  #149363
L.C.F. 12 Dorm
28779 Nick Davis Road
Harvest, Alabama 35749-7009

3