IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MICHAEL R. BUSH, #149363, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06-CV-292-MHT |
| | ) |
| PAUL WHALEY, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion for order of production of legal materials filed by the plaintiff on July 14, 2006 (Court Doc. No. 52), and for good cause, it is

ORDERED that on or before July 28, 2006 the General Counsel for the Alabama Department of Corrections and counsel of record shall show cause why such motion should not be granted. The Clerk is DIRECTED to provide a copy of this order to Kim Thomas, General Counsel for the Alabama Department of Corrections.

Done, this 17th day of July, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE