IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MICHAEL R. BUSH, #149363,  )
                           )
        Plaintiff,         )
                           )
    v.                     )   CIVIL ACTION NO. 2:06-CV-292-MHT
                           )
PAUL WHALEY, et al.,       )
                           )
        Defendants.        )

**ORDER ON MOTION**

Upon consideration of the motion for enlargement of time filed by the plaintiff on

July 14, 2006 (Court Doc. No. 51), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED to the extent allowed by

this order.  It is further

ORDERED that the plaintiff be GRANTED an extension from July 24, 2006 to and

including August 14, 2006 to file an objection to the Recommendation entered on June 13,

2006. The plaintiff is advised that in filing his objection it is neither required nor necessary

that he cite any legal authority.

Done, this 17th day of July, 2006.


/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE