IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MICHAEL R. BUSH, #149363 )<br>  ) <br> Plaintiff, ) <br>  ) <br> VS. ) <br>  ) <br> PAUL WHALEY, et al. ) <br>  ) <br> Defendants. ) | CASE NO.: 2:06-CV-292-MHT |

**DEFENDANTS' JOINT MOTION FOR ENLARGEMENT OF TIME**

**COME NOW** the Defendants **Paul Whaley, Richard Allen, Colonel Coppage and Troy King**, and, pursuant to Rule 6(b)(1), Fed.R.Civ.P., move for an enlargement of time in which to file their Answer and Special Report. In support of the foregoing, Defendants show as follows:

1. Assistant Attorney General Joshua Bearden (BEA 070) has been assigned to this case by the Attorney General.

2. The Defendants' Answer and Special Report in this cause are due July 29, 2006.

3. Undersigned counsel has been asked to file for an extension of time on behalf of Mr. Bearden who is at a conference teaching law enforcement officers about the Community Notification Act.

6. This enlargement is not requested for any improper purpose and should not prejudice or disadvantage the Plaintiff.

WHEREFORE, based on the foregoing, Defendants respectfully request an enlargement of time for nine (9) additional days, to July 28, 2006, to file their Answer and Special Report.

    RESPECTFULLY SUBMITTED,

    TROY KING
    ATTORNEY GENERAL
    KIN047


    s/ *J. Matt Bledsoe*_____
    J. Matt Bledsoe (BLE 006)
    ASSISTANT ATTORNEY GENERAL


OF COUNSEL:

OFFICE OF THE ATTORNEY GENERAL
11 South Union Street
Montgomery, AL  36130
(334) 242-7443


    */s/  Michael W. Robinson*_____
    MICHAEL W. ROBINSON  (ROB123)
    Counsel for Defendant Coppage


OF COUNSEL:

ALABAMA DEPARTMENT OF
 PUBLIC SAFETY-LEGAL UNIT
PO Box 1511
Montgomery, AL  36102-1511
(334) 242-4392

**CERTIFICATE OF SERVICE**

      I hereby certify that I have, this 19th day of July, 2006, served a copy of the foregoing on the plaintiff, by placing same in the United States Mail, postage prepaid and properly addressed as follows:

Michael Bush, #149363
Limestone Correctional Facility
28779 Nick Davis Road
Harvest, AL  35749-7009

                              /s/  *J. MATT BLEDSOE*
                            OF COUNSEL