IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **MICHAEL R. BUSH, #149363** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| VS. ) | CASE NO.: 2:06-CV-292-MHT |
| ) | |
| **PAUL WHALEY, et al.** ) | |
| ) | |
| Defendants. ) | |

## JOINT ANSWER

**COME NOW** the Defendants, **Paul Whaley, Richard Allen, Colonel Mike Coppage, and Troy King,** by and through undersigned counsel, and in accordance with this Honorable Court's Order, answer the Plaintiff's Complaint as follows:

1. Defendants deny violating Plaintiff's constitutional rights.

2. Defendants admit that Paul Whaley is the Director of Classification for the Alabama Department of Corrections ("ADOC"), and deny the remaining allegations made in paragraph "b" of the Plaintiff's Complaint.

3. Defendants admit paragraph "c" of the Plaintiff's Complaint.

4. Defendants admit that Troy King is the Attorney General of the State of Alabama, and deny the remaining statements as they are phrased in paragraph "d" of Plaintiff's Complaint.

5. Defendants deny paragraph "e" of Plaintiff's Complaint.

6. Defendants admit that Plaintiff filed a writ of certiorari in the Circuit Court of Montgomery County, Alabama that raised issues similar to the case at

bar, and deny the remaining averments in paragraph ten (10) of the Plaintiff's Statement of Facts in the Plaintiff's Complaint.

7. Defendants deny violating the Plaintiff's right to substantive and procedural due process.

8. Defendants deny violating the Plaintiff's right to equal protection under the Fourteenth Amendment to the United States Constitution.

9. Defendants deny violating the "'Ex Post Facto Clause' of Article 1, §10 of the United States Constitution."

10. Defendants deny violating the "'Bill of Attainder Clause' of Article I, §10, of the United States Constitution."

11. Defendants deny violating Plaintiff's First Amendment rights.

12. Defendants deny all allegations not admitted herein.

## AFFIRMATIVE DEFENSES

1. The Plaintiff's Complaint fails to state a claim upon which relief can be granted.

2. The Plaintiff lacks standing to bring this suit.

3. The Court lacks jurisdiction over the persons involved in this action.

4. The Court lacks jurisdiction over the subject matter of this action.

5. The Defendants generally deny that the Plaintiff is entitled to receive any portion of the relief requested in the Complaint filed in the above-styled action.

6. The Plaintiff is generally not entitled to be awarded punitive damages in connection with any claims against the Defendants.

7. To the extent that any of the foregoing allegations in this Complaint have not been admitted or denied, they are hereby denied.

8. Defendants assert qualified immunity.

9. Defendants assert sovereign immunity.

10. Defendants assert state-agent immunity.

11. Defendants assert functional discretionary immunity.

12. Defendants cannot be held personally liable for a 42 U.S.C. § 1983 civil action under the theory of Respondeat Superior.

13. This case is not ripe for adjudication.

14. Due to the Plaintiff's current action pending in the Alabama Supreme Court, this Court should abstain from hearing this case.

15. The statute of limitations has run.

16. The Defendants reserve the right to assert additional defenses as discovery progresses.

17. Defendants raise the issue of Res judicata.


Respectfully Submitted,


Troy King (KIN047)
Attorney General

        s/ *J. Matt Bledsoe*  
        J. Matt Bledsoe (BLE006)  
        Assistant Attorney General  
        Counsel for Defendants Troy King,  
         Richard Allen and Paul Whaley

        s/ *Joshua Bearden*  
        Joshua Bearden (BEA070)  
        Assistant Attorney General  
        Counsel for Defendants Troy King,  
         Richard Allen and Paul Whaley

ADDRESS OF COUNSEL

Office of the Attorney General  
11 South Union Street  
Montgomery, AL 36130  
(334) 342-7443  
(334) 242-2433 (fax)

        s/ **Michael W. Robinson**  
        Michael W. Robinson (ROB103)  
        Counsel for Defendant Coppage

ADDRESS OF COUNSEL:

ALABAMA DEPARTMENT OF  
  PUBLIC SAFETY-LEGAL UNIT  
PO Box 511  
Montgomery, AL  36102-1511  
(334) 242-4392

4

**CERTIFICATE OF SERVICE**

      I hereby certify that I have on this 28th day of July, 2006, served a copy of the foregoing upon the Plaintiff, by placing same in the United States Mail, postage prepaid and properly addressed as follows:

Michael Bush, #149363
Limestone Correctional Facility
28779 Nick Davis Road
Harvest, AL  35749

                                                                                                            s/*J. Matt Bledsoe*
                                                                                                     J. Matt Bledsoe (BLE 006)
                                                                                                     Assistant Attorney General