CLERK OF CIRCUIT COURT • ESCAMBIA COUNTY • PENSACOLA, FLORIDA
CERTIFICATE OF AUTHENTICITY

THIS IS TO CERTIFY THAT THE MICROPHOTOGRAPHS APPEARING ON THIS FILM ARE TRUE AND ACCURATE REPRODUCTIONS OF THE ORIGINAL RECORDS THAT WERE IN THE CUSTODY OF THE CLERK OF THE CIRCUIT COURT AND COUNTY COURT ON THE DATE OR DURING THE PERIOD INDICATED AND THAT THESE IMAGES WERE MADE IN THE NORMAL COURSE OF BUSINESS WITH A REGULARLY SCHEDULED MICROFILMING PROGRAM.

WITNESS MY HAND AND OFFICIAL SEAL:
DATE: APRIL, 2001

ERNIE LEE MAGAHA, CLERK OF COURTS
BY [signature]
DEPUTY CLERK






# ARREST REPORT

ESCAMBIA COUNTY SHERIFF'S DEPARTMENT

1. Full Name: Michael Russell Bush
2. Arrest No.:
3. Nickname or Alias:
4. Sex: M
5. Race: W
6. Date of Birth: 18 years of age
7. Address: 4460 Hermitage Rd. - Mobile, Ala.
8. Ident. No.:
9. Place of Arrest:
10. Date:
11. Time:
12. Complaint No.: 933972
13. Place of Employment: D.J. Trucking Co.
14. Occupation: Driver
15. Soc. Sec. No.:
16. Complainant: Pat Howells
17. Address: ECSD
18. Court: Circuit
19. Bond Set:
20. Date Returnable:
21. Warrant No.:
22. Charges: FSS 794.011 - Sexual Battery on a Child; FSS 800.04 - Lewd, lascivious assault ona Child
23. Right Index:
24. Location of Incident: Rt. 8 - Box 364 - Chellie Rd.
25. District:
26. Beat:
27. Witness: See Case File
28. Address:
29. Name of Parents or Guardian, if Juvenile:
30. Released to Parents ☐ 31. Juvenile Court ☐ 32. Adult Court ☒ 33. Welfare Agency ☐ 34. Other
35. Height: 5'8"
36. Weight: 125
37. Eyes:
38. Hair: bro
39. Place of Birth:
40. Drinking: Yes ☐ No ☐
41. Resist Arrest: Yes ☐ No ☐
42. Armed: Yes ☐ No ☐
43. Weapon:
44. Location of Vehicle:
45. Make:
46. Lic. No.:
47. Searched By:
48. Photographed & Printed By:
49. Personal Effects No.:

**Probable Cause**

The victim, [redacted] stated that on 4 occasions during December 1983 and Jan. 1984, she was sexually assaulted by Michael R. Bush at the home of her grandmother. The victim stated that Bush would remove her clothes and lay on top of her moving up and down. She further advised that on one occasion Michael Bush, who is the victims cousin, told her to perform oral sex and she complied. The victim stated that Bush told her not to tell anyone or it would mean trouble.

PHYSICAL EVIDENCE: Yes ☐ No ☐ Describe

Sworn to and subscribed before me this 26th day of February 19[illegible] A.D.

My Commission Expires [illegible]

Deputy Clerk or Notary

I Swear That the facts contained on both sides of this form are true and correct to the best of my knowledge and belief. [signature]

STATE ATTORNEY DISPOSITION: Filed As Charged ☐ No Charges Filed ☐ Charges Amended To

**Court Disposition**

PLEA OF DEFENDANT: Guilty ☐ Not Guilty ☐ Nolo ☐ JUDGEMENT AND SENTENCE OF COURT

DISPOSITION OF EVIDENCE: Admitted In Court ☐ Confiscated ☐ Return To Owner ☐ Date | Deputy Clerk | Presiding Judge

"CERTIFIED TO BE A TRUE COPY OF THE ORIGINAL ON FILE IN THIS OFFICE WITNESS MY HAND AND OFFICIAL SEAL
ERNIE LEE MAGAHA, CLERK
CIRCUIT COURT AND COUNTY COURT
ESCAMBIA COUNTY, FLORIDA"

BY: [signature] D.C.

CLERK OF CIRCUIT COURT • ESCAMBIA COUNTY, FLORIDA •

CLERK OF CIRCUIT COURT • ESCAMBIA COUNTY • PENSACOLA, FLORIDA
CERTIFICATE OF AUTHENTICITY

THIS IS TO CERTIFY THAT THE MICROPHOTOGRAPHS APPEARING ON THIS FILM ARE TRUE AND ACCURATE REPRODUCTIONS OF THE ORIGINAL RECORDS THAT WERE IN THE CUSTODY OF THE CLERK OF THE CIRCUIT COURT AND COUNTY COURT ON THE DATE OR DURING THE PERIOD INDICATED AND THAT THESE IMAGES WERE MADE IN THE NORMAL COURSE OF BUSINESS WITH A REGULARLY SCHEDULED MICROFILMING PROGRAM.

WITNESS MY HAND AND OFFICIAL SEAL
DATE: APRIL 2001

ERNIE LEE MAGAHA, CLERK OF COURTS
BY: [signature]
DEPUTY CLERK

2

CASE NO. W 933972 A

IN Circuit COURT

Escambia COUNTY

STATE OF FLORIDA

# WARRANT

ORDER TO TAKE INTO CUSTODY

STATE OF FLORIDA

18 YOA VS.

Michael Russell Bush - W/M
4460 Hermitage Rd., Mobile, Al.

In the name of the State of Florida, to the Law Enforcement Officers of said County

WHEREAS: Cpl. Pat Howells has made on oath that on the ______ day of February A.D., 19 84 in the County afore said one ______

Michael Russell Bush - W/M

did unlawfully violate FSS 794.011 Sexual Battery on a Child/ FSS 800.04 Lewd, Lascivious assault on a Child

Contrary to the law in such case and provided, and against the peace and diginity of the State of Florida.

This Warrant is a command to arrest instanter the above named

Michael Russell Bush - W/M

and bring said person before the court to be dealt with according to law.

Given under my hand and seal this ______ day of March A.D., 19 84

[signature] (Seal)
Judge ~~Deputy Clerk~~

# RETURN

This Warrant was received by this department at ______ County Florida, on the ___ day of ______ A.D., 19___, and executed in ______ County, Florida on the ___ day of ______ A.D., 19___, by arresting the within named ______

Arresting officer ______ Department ______

Date and time of service ______

Place of service ______

REMARKS

$5,000

E 3/16/84
IBM ______

Additional Information



"CERTIFIED TO BE A TRUE COPY OF THE ORIGINAL ON FILE IN THIS OFFICE WITNESS MY HAND AND OFFICIAL SEAL ERNIE LEE MAGAHA, CLERK CIRCUIT COURT AND COUNTY COURT ESCAMBIA COUNTY, FLORIDA"

BY: ________ D.C.

Kelly, D./25729
Docket No. 92-0290
D.C. No. 220035

Judge Kuder/sa
Page 1

ORIGINAL

FLORIDA DEPARTMENT OF CORRECTIONS
**AFFIDAVIT**
VIOLATION OF PROBATION

Before me this day personally appeared Don Kelly who being first duly sworn says that Michael Russell Bush hereinafter referred to as the aforesaid, was on the 27th day of May A.D. 1992 placed on probation for the offense of Count I: Attempted Sexual Battery--Use Of Force in the Circuit Court of Escambia County, for a term of eight years in accordance with the provision of Chapter 948, Florida Statutes.

Affiant further states that the aforesaid has not properly conducted himself, but has violated the conditions of his supervision in a material respect by violation of condition(s):

1. (11) By failing to pay $234.50 Court cost and $30 State Attorney fee, in that on May 27, 1992, the aforesaid was given specific verbal and written instructions to pay his costs at a rate of not less than $10 per month, starting June, 1992, and this the aforesaid failed to do and is $200 in arrears.

I (SWEAR) (AFFIRM) that the above information is true and correct to the best of my knowledge.

APPROVED BY:

Mark J. Shuler, Supervisor II

Don Kelly, Officer II

SWORN TO AND SUBSCRIBED BEFORE ME THIS 4th DAY OF April A.D 1994

(Signature of Notary Public - State of Florida)

ASHLEY K. MACK
MY COMMISSION # CC364322 EXPIRES
March 9, 1998
BONDED THRU TROY FAIN INSURANCE, INC.

(Print, type, or stamp Commissioned Name of Notary Public)

Personally Known X OR Produced Identification__

Type of identification Produced__________

OR

__________
JUDGE OF THE CIRCUIT COURT

IN AND FOR ESCAMBIA COUNTY.

Original:
Clerk of the Court
Copies:
State Attorney
Defense Attorney
File

DC4-902(12-89)
Affidavit

CLERK OF CIRCUIT COURT • ESCAMBIA COUNTY • PENSACOLA, FLORIDA
CERTIFICATE OF AUTHENTICITY

THIS IS TO CERTIFY THAT THE MICROPHOTOGRAPHS APPEARING ON THIS FILM ARE TRUE AND ACCURATE REPRODUCTIONS OF THE ORIGINAL RECORDS THAT WERE IN THE CUSTODY OF THE CLERK OF THE CIRCUIT COURT AND COUNTY COURT ON THE DATE OR DURING THE PERIOD INDICATED AND THAT THESE IMAGES WERE MADE IN THE NORMAL COURSE OF BUSINESS WITH A REGULARLY SCHEDULED MICROFILMING PROGRAM.

WITNESS MY HAND AND OFFICIAL SEAL.
DATE: APRIL, 2001

ERNIE LEE MAGAHA, CLERK OF COURTS
BY: ________
DEPUTY CLERK

2

Kelly, D./25729
Docket No. 92-0290
DC# 220035

Judge Kuder/sk
Page 1

**WARRANT**

**In the Name of the State of Florida, to the law enforcement officers of said state:**

WHEREAS, Officer Don Kelly made oath that on the 27th day of May A.D. 1992 Michael Russell Bush, hereinafter referred to as the aforesaid, was placed on
X probation for the offense of
__ community control

Count 1: Attempted Sexual Battery--Use Of Force in the Circuit Court of Escambia County, for a term of eight years, in accordance with the provisions of Chapter 948, Florida Statutes, and that the aforesaid has not properly conducted himself, but has violated the conditions of his
X probation in a material respect by violation of condition(s):
__ community control

I. (11) By failing to pay $234.50 Court cost and $30 State Attorney fee, in that on May 27, 1992, the aforesaid was given specific verbal and written instructions to pay his costs at a rate of not less than $10 per month, starting June, 1992, and this the aforesaid failed to do and is $200 in arrears.

This warrant is, THEREFORE, to command you to arrest instanter the aforesaid Michael Russell Bush, and bring said person before the Court to be dealt with according to law.

Given under my hand and seal this 12 day of April, A.D. 1994.

BOND $ 500 ROR

**/S/ JOHN P. KUDER**
John P. Kuder
Judge for the First Judicial Circuit
In and for Escambia County

DC4-903(03-93)
Warrant

Original: Sheriff's Office
Copies: Clerk of the Court
Offender File

CLERK OF CIRCUIT COURT • ESCAMBIA COUNTY • PENSACOLA, FLORIDA
CERTIFICATE OF AUTHENTICITY

THIS IS TO CERTIFY THAT THE MICROPHOTOGRAPHS APPEARING ON THIS FILM ARE TRUE AND ACCURATE REPRODUCTIONS OF THE ORIGINAL RECORDS THAT WERE IN THE CUSTODY OF THE CLERK OF THE CIRCUIT COURT AND COUNTY COURT ON THE DATE OR DURING THE PERIOD INDICATED AND THAT THESE IMAGES WERE MADE IN THE NORMAL COURSE OF BUSINESS WITH A REGULARLY SCHEDULED MICROFILMING PROGRAM.

WITNESS MY HAND AND OFFICIAL SEAL:
DATE: APRIL, 2001

ERNIE LEE MAGAHA, CLERK OF COURTS
BY: [signature]
DEPUTY CLERK

2

CASE # 92-0290

IN THE CIRCUIT COURT
OF ESCAMBIA COUNTY

STATE OF FLORIDA

**P R O B A T I O N**
**W A R R A N T**

ORDER TO TAKE INTO CUSTODY

Michael Russell Bush

STATE OF FLORIDA
VS.
MICHAEL RUSSELL BUSH

THIS WARRANT WAS RECEIVED BY THIS DEPARTMENT AT ______ COUNTY, FLORIDA ON THE ______ DAY OF ______, A.D. 19___, AND EXECUTED IN ______ COUNTY, FLORIDA ON THE ______ DAY OF ______, A.D. 19___, BY ARRESTING THE WITHIN NAMED

______

ARRESTING OFFICER

DEPARTMENT

DATE AND TIME OF SERVICE

PLACE OF SERVICE

IDENTIFYING DATA

DOB: 1/15/66 AGE 28 RACE/SEX W/M
HT.: 6 ' 0 " WT.: 160 LBS.
EYES: Brown HAIR: Brown
SMT: Tatoos on arms, chest and back
COMPLEXION: Light
BUILD: Medium
AKA: Mike Bush
SSN: 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

LAST KNOWN ADDRESS: 4420 Hermitage Road
Mobile, Alabama 36619
PERMANENT ADDRESS: Same as above

PHONE: (205) 666-5057
PERSON LIVING WITH: Martha Bush
RELATIONSHIP: Mother
LAST KNOWN EMPLOYMENT: Self

REMARKS: None

DC4-903(12-89)
WARRANT

CLERK OF CIRCUIT COURT • ESCAMBIA COUNTY • PENSACOLA, FLORIDA
CERTIFICATE OF AUTHENTICITY

THIS IS TO CERTIFY THAT THE MICROPHOTOGRAPHS APPEARING ON THIS FILM ARE TRUE AND ACCURATE REPRODUCTIONS OF THE ORIGINAL RECORDS THAT WERE IN THE CUSTODY OF THE CLERK OF THE CIRCUIT COURT AND COUNTY COURT ON THE DATE OR DURING THE PERIOD INDICATED AND THAT THESE IMAGES WERE MADE IN THE NORMAL COURSE OF BUSINESS WITH A REGULARLY SCHEDULED MICROFILMING PROGRAM.

ERNIE LEE MAGAHA, CLERK OF COURTS
BY: [signature]
DEPUTY CLERK

WITNESS MY HAND AND OFFICIAL SEAL:
DATE: APRIL 2001

2

CLERK OF CIRCUIT COURT * ESCAMBIA COUNTY * PENSACOLA, FLORIDA
CERTIFICATE OF AUTHENTICITY

THIS IS TO CERTIFY THAT THE MICROPHOTOGRAPHS APPEARING ON THIS FILM ARE TRUE AND ACCURATE REPRODUCTIONS OF THE ORIGINAL RECORDS THAT WERE IN THE CUSTODY OF THE CLERK OF THE CIRCUIT COURT AND COUNTY COURT ON THE DATE OR DURING THE PERIOD INDICATED AND THAT THESE RECORDS WERE MADE IN THE NORMAL COURSE OF BUSINESS WITH A REGULARLY SCHEDULED MICROFILMING PROGRAM.

WITNESS MY HAND AND OFFICIAL SEAL:
DATE: APRIL, 2001

ERNIE LEE MAGAHA, CLERK OF CIRCUIT COURT
BY: [signature]
DEPUTY CLERK

# ARREST REPORT

ESCAMBIA COUNTY SHERIFF'S DEPARTMENT

| Field | Entry |
| --- | --- |
| Full Name | Michael Russell Bush |
| Race | M |
| Sex | M |
| Date of Birth | 18 years of |
| Address | 4460 Hermitage Rd. - Mobile, Ala. |
| Complaint No. | 93197 |
| Place of Employment | D.J. Trucking Co. |
| Occupation | Driver |
| Arrested by | ECSD |
| Complainant | Pat Howells |
| Court | Circuit |
| Charges | FSS 794.011 - Sexual Battery on a Child; FSS 800.04 - Lewd, lascivious assault on a Child |
| Location of Incident | Rt. 8 - Box 364 - Chellie Rd. |
| Witness | See Case File |
| Height | 5'8" |
| Weight | 125 |
| Hair | bro |

**Probable Cause** The victim, 7 year old [illegible] stated that on 4 occasions during December 1983 and Jan. 1984, she was sexually assaulted by Michael R. Bush at the home of her grandmother. She [illegible] The victim stated that Bush would remove her clothes and lay on top of her moving up and down. [illegible] further advised that on one occasion Michael Bush, who is the victims cousin [illegible] her to perform oral sex and she complied. The victim stated that Bush told her not to tell anyone or it would mean trouble.

Physical Evidence: Yes ☐ No ☐

Sworn to and subscribed before me this 28th day of February, 84

My Commission Expires: June 26, 1986 Kathy D. [illegible]

[signature]

| State Attorney Disposition | Filed As Charged ☐ | No Charges Filed ☐ | Charges Amended To |
| --- | --- | --- | --- |
| Court Disposition | Plea of Defendant | Guilty ☐ Not Guilty ☐ None ☐ | |

CLERK OF CIRCUIT COURT • ESCAMBIA COUNTY • PENSACOLA, FLORIDA

CERTIFICATE OF AUTHENTICITY

THIS IS TO CERTIFY THAT THE MICROPHOTOGRAPHS APPEARING ON THIS FILM ARE TRUE AND ACCURATE REPRODUCTIONS OF THE ORIGINAL RECORDS THAT WERE IN THE CUSTODY OF THE CLERK OF THE CIRCUIT COURT AND COUNTY COURT ON THE DATE OR DURING THE PERIOD INDICATED AND THAT THESE FILMS WERE MADE IN THE NORMAL COURSE OF BUSINESS WITH A REGULARLY SCHEDULED MICROFILMING PROGRAM.

WITNESS MY HAND AND OFFICIAL SEAL:
DATE: APRIL, 2001

ERNIE LEE MAGAHA, CLERK
BY: [signature]
DEPUTY CLERK

# RETURN

This Warrant was received by this department at [illegible] County Florida, on the ____ day of ____ A.D., 19 ____ and executed in ____ County, Florida on the 16 day of Jan A.D., 1992, by arresting the within named Michael Russell Bush

[illegible] Arresting officer
[illegible] Department

Date and time of service

Place of service

REMARKS Bond $5,000

E 3/16/84
IBM

Additional Information

290 - [illegible]

[illegible] NO. [illegible]539726

In [illegible] COURT

Escambia COUNTY

STATE OF FLORIDA

# WARRANT

TO TAKE INTO CUSTODY

STATE OF FLORIDA

vs

Michael Russell Bush - W/M
4460 [illegible] Rd., Mobile, Al.

In the name of the State of Florida, to the [illegible] Enforcement [illegible] of said County

WHEREAS [illegible] Pat Dowells [illegible] has [illegible] of [illegible], 19 84 in the County aforesaid one Michael Russell Bush - W/M [illegible] 794.011 [illegible] Battery on a Child/ FSS 800.04 Lewd [illegible] Child

Contrary to the law in such case and provided, against the peace and dignity of the State of Florida

This [illegible] is a command to arrest instanter the [illegible]

and [illegible] to answer the charge and [illegible] with the law.

Given under my hand and seal this [illegible] of [illegible] A.D., 19[illegible]