STATE OF ALABAMA:             CIVIL ACTION NO. 2:06CV292-T

MONTGOMERY COUNTY:        BUSH, MICHAEL R. #149363S

### AFFIDAVIT

My name is Paul Whaley II and I am presently employed as the Director of Classification, Alabama Dept. of Corrections, P O Box 301501, Montgomery, Alabama 36130. I am over the age of twenty-one years. I have 27 years' experience with the Alabama Dept. of Corrections, all in the area of inmate classification. I worked at Kilby as the institutional classification specialist for five years managing a caseload as well as performing intake and reclassification duties. Following that, I served 9 ½ years as a member of the Central Review Board where the vast majority of classification determinations statewide relative to placements, programs, custodies, institutional assignments and security levels were made. I have served as the Director of Classification for 13 years. I have attended specialized training with the National Institute of Corrections. I hold Masters' degrees in both Criminal Justice and Counseling. I hold a specialized instructor's certificate (#647) issued by the Peace Officers' Standards and Training Commission. I have given presentations around this state to Circuit Judges, District Attorneys, and attorneys for CLE credit. I am qualified to testify to the following with respect to the issues raised in this pleading.

Inmate Michael R. Bush #149363S is a veteran multi-state criminal offender currently serving a 16 year prison sentence in Alabama for drug crimes.

In his complaint, inmate Bush has expounded at length on his theory that his sexually oriented crime against a child in Florida simply means nothing because he pled no contents and was convicted accordingly and that no notice should be taken for purposes of classification or anything else. Exhibits A, B, C, and D speak for themselves in terms of the crime, the disposition, and the sanction imposed.

All less restrictive placements, programs, and custodies offered by the ADOC are privileges to which no criminal offender enjoys any right or entitlement of consideration, let alone participation. It is the responsibility of the ADOC to identify sexual offenders for the purpose of internal classification and to also identify those offenders to the


EXHIBIT C

Page 2 Bush, Michael R. #149363S

Department of Public Safety upon release or parole to determine whether that offender should be required to register under the law. That such identification would be made of someone who not only does not deny the act, but for whom documentation exists to support the crime clearly poses no violation of any right to which this criminal may believe himself entitled.

Inmate Bush may now find his criminal history odious, but it is his record by choice and while in the custody of the ADOC, his classification will be managed accordingly. I have nothing to do with the process once this criminal is released from the custody of the ADOC. I have violated no rights of this inmate.

*Paul Whaley II*

STATE OF ALABAMA:
COUNTY OF MONTGOMERY:
SWORN TO AND SUBSCRIBED before me this the 13th day of April, 2006.

Notary Public

```
HDR/2L01970286631
 ATN/IFCS0004000039604506970286666
        SID  NUMBER:  3587305      PURPOSE CODE:C           PAGE:    1

             BECAUSE ADDITIONS OR DELETIONS MAY BE MADE AT ANY TIME,
             A NEW COPY SHOULD BE REQUESTED WHEN NEEDED FOR FUTURE USE

                        -   FLORIDA    CRIMINAL    HISTORY   -

                                      STATE ID NO.   FBI NO.      DATE REQUESTED
NAME                                  FL-03587305    219441DA9    11/16/2004
BUSH, MICHAEL RUSSELL

SEX  RACE  BIRTH DATE  HEIGHT   WEIGHT  EYES  HAIR  BIRTH PLACE  SKIN   DOC NO.
        SID  NUMBER:  3587305      PURPOSE CODE:C           PAGE:    2

 M    W    01/15/1966  6'00''    158    BRO   BRO    FL

FINGERPRINT CLASS      SOCIAL SECURITY NO.    MISCELLANEOUS NO.        SCR/MRK/TAT
19 AA 06 CO 02         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
16 TT 03 02 TT
IN AFIS - 2

                                   ADDRESS                     CITY/STATE
OCCUPATION                      8640 MESSICK DR             PENSACOLA, FL
PAINTER
        SID  NUMBER:  3587305      PURPOSE CODE:C           PAGE:    3


-----------------------------------------------------------------------------
ARREST-  1    01/16/1992    OBTS NO.-0003883102                   (FL0170000)
   ARREST AGENCY-ESCAMBIA COUNTY SHERIFF'S OFFICE
      AGENCY CASE-86851D                         OFFENSE DATE-
      CHARGE 001-SEX ASSLT-
              BATT ON CHILD
              STATUTE/ORDINANCE-FL794.011        LEVEL-FELONY
      CHARGE 002-SEX OFFENSE-AGAINST CHILD-FONDLING-
        SID  NUMBER:  3587305      PURPOSE CODE:C           PAGE:    4

              LEWD LASCV
              STATUTE/ORDINANCE-FL787.01         LEVEL-FELONY
      CHARGE 003-COCAINE-POSSESS-
              STATUTE/ORDINANCE-FL893            LEVEL-FELONY
   JUDICIAL-                                                      (FL017015J)
      AGENCY-1ST CIRCUIT COURT - PENSACOLA
      CHARGE 001 -COURT SEQ                     COURT NO.-920290CFA4S
         SUPPLEMENTAL ARREST DATA-
                STATUS-                         LEVEL-FELONY      ,2ND DEG
        SID  NUMBER:  3587305      PURPOSE CODE:C           PAGE:    5

         PROSC DATA-              -        SEX ASSLT-
                                       SEXUAL BATTERY
               STATUTE/ORDINANCE-FL794.011       LEVEL-FELONY     ,2ND DEG
               STATUTE DESCRIPTN-SEXUAL BATTERY
               DISP DATE-02/14/1992              DISP-N/A
         COURT DATA-SAME            ,SEX ASSLT-
                                    SEXUAL BATTERY
               STATUTE/ORDINANCE-FL794.011       LEVEL-FELONY     ,2ND DEG
               STATUTE DESCRIPTN-SEXUAL BATTERY
        SID  NUMBER:  3587305      PURPOSE CODE:C           PAGE:    6

               DISP DATE-05/27/1992              DISP-GUILTY/CONVICTED
```

ALABAMA DEPARTMENT OF CORRECTIONS - PROGRESS REVIEW FORM - SEPTEMBER 9, 2004
==================================(COUI22)==================================
AIS #: 001493635    SSN: 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   RACE/SEX: W/M   DATE OF BIRTH: 01/15/1966
NAME: BUSH, MICHAEL RUSSELL            CUSTODY: MED2  SECURITY LEVEL: 4
INST: LIMESTONE CORRECTIONAL CENTE   TIME SRVD: 01Y04M19   LAST DISC:
CRME: ATT TO COMMIT CONT SUB/INVOLVE MIN   REL DT: 12/21/2008   ACTIVE DET: 0
DISC: HAS RECEIVED NO DISCIPLINARIES   PRL CONS: 00/00/0000   EDUCAT LEV: 09

WL/PGM: law library                    PRIM OCCUP: SPRAY PAINTER
RECOMMENDED INSTITUTION: Limestone CF              RECOMMENDED CUSTODY: Med.

JUSTIFICATION: APR: Subject serving on 16 year total term for Att to commit cont sub/Att to Poss cont sub and Poss control substance-cocaine. Prior sex offense from Florida 1992-he pled guilty to sexual battery II and sentenced to 8 years probation. Prior AL felonies were property offenses and one 1985 Escape III. Psych intake recommended no specific programs, however he has completed depression therapy 1/6/04; healthy marriage 1/21/04; values clarification 4/27/04; self-concept 5/5/04; anger mgmt 6/29/04; stress mgmt 7/8/04. SAP was court ordered, but he has not completed. No [illegible] recommended due to prior sex offense. Currently at the least restrictive placement and custody.

DNA: 8/15/03.   Religion: Independent.   Enemies: none.   Assigned to MHM-no medications.
Last: 09/03 Intake, Med., SL IV

I CERTIFY ENEMY LIST WAS REVIEWED AND UPDATED: 9/23/04   mhm    APP. S/L:

_Melissa Olson 9/24/04_                    _David J. Wise 9/24/04_
CLASSIFICATION SPECIALIST    DATE           WARDEN, OF [illegible]    DATE
  _[signature] 7/23/04_                       _[signature] 9-29-04_
PSYCHOLOGIST/PSYCHOLOGIST'S ASSOC.  DATE    CLASSIFICATION COORDINATOR  DATE

                    CENTRAL REVIEW BOARD ACTION

___ APPROVED  ___ DENIED; DIVERTED TO: _____   REASONS: _____

                                                CRB MEMBER _____ DATE

___ APPROVED  ___ DENIED; DIVERTED TO: _____   REASONS: _____

                                                CRB MEMBER _____ DATE

___ APPROVED  ___ DENIED; DIVERTED TO: _____   REASONS: _____

                                                CRB MEMBER _____ DATE

FINAL DECISION: INST  LCF   CUSTODY  MED.  DATE  9/24/04
DATE INMATE INFORMED:  9/24/04   INMATE'S SIGNATURE: X _[signature]_   [ENTERED stamp]

                                                                    10-1-04

Report of Investigation                                                                                           Page 3 of 4

| Date | Agency | Type | Charge | Disposition |
|---|---|---|---|---|
| 01/25/1989 | Probation Office | Prior Adult | CC89-445<br>1) Sexual Assault - Battery on Child | CC88-110 |
| 01/16/1992 | SO, Escambia County, FL | Prior Adult | 2) Sexual Offense Against Child, Fondling Lewd Lascv. | Other: Pled guilty to Sexual Battery 2nd Degree, 5-27-92, 8 years probation, $265.00 fine |
| 12/18/1993 | SO, Mobile, AL | Prior Adult | 3) Possession of Cocaine<br>Giving False Information to Police (DC93-11092)<br>1) Attempt to Elude | Other: Nolle Prossed |
| 12/18/1993 | PD, Mobile, AL | Prior Adult | 2) Driving with suspended license (3 counts) | Other: Disposition unknown |
| 04/21/1995 | PD, Mobile, AL | Prior Adult | 3) Speeding<br>Negotiating Worthless Negotiable Instrument (DC94-40970) | Other: 30 days 1 year, informal probation, $85.00 fine |
| 04/21/1995 | PD, Mobile, AL | Prior Adult | Negotiating Worthless Negotiable Instrument (6 counts) DC95-40964-40969 | Other: Nolle Prossed |
| 06/23/1995 | PD, Mobile, AL | Prior Adult | Fraudulent Lease of Rental Property (2 counts) CC95-419/420 | Other: 5 years penitentiary, suspended 5 years probation, concurrent, Habitual Offender; Probation revoked 12-1-95 |
| 08/29/2001 | SO, Mobile, AL | Prior Adult | Reckless Endangerment | Other: Guilty, 9-4-01, sentenced 9 months, served 90 days, balance suspended, 2 years probation, (Probation revoked 6-18-03) |
| 08/29/2001 | SO, Mobile, AL | Prior Adult | Resisting Arrest | Other: Guilty, 9-4-01, 1 year Mobile County Metro Jail, suspended 2 years probation, (Probation Revoked 6-18-03) |
| 05/24/2003 | SO, Mobile, AL | Prior Adult | Possession of Cocaine | Other: 6-18-03, waived to Grand Jury, subject pled guilty 7-8-03, sentenced information not given |
| 05/28/1982 | PD, Mobile, AL | Prior Juvenile | 1) Burglary<br>2) Criminal Mischief<br>3) Leaving the Scene of an Accident | Other: Committed to Strickland Youth Center, 14 days, 1 year probation. |

**PROBATION PLAN**

**Home**

| Living With | Address | Relation |
|---|---|---|
| | | |

**Employment**

| Employer | Address | Phone | Pay Rate |
|---|---|---|---|
| | | | |

**Treatments**

| Treatment Type | Treatment Description |
|---|---|
| | |

Location of Offense:

Mobile, Alabama

Court Ordered Restitution:

None

## RECORD(S) OF ARREST

Prior Arrest Record:

JUVENILE

| | | | |
|---|---|---|---|
| 5-28-82 | PD Mobile, AL | 1) Burglary<br>2) Criminal Mischief<br>3) Leaving the Scene of an Accident | Committed to Strickland Youth Ctr. 14 days – 1 year probation. |

ADULT

| | | | |
|---|---|---|---|
| 7-26-84 | PD Mobile, AL | Burglary 3rd | Nolle Prossed. |
| 6-6-85 | SO Mobile, AL | Theft of Property 1st Degree | Youthful Offender – 3 yrs. custody Dept. CC86-110 of Corrections, susp. PROBATION REVOKED 2-23-89. |
| 1-25-89 | Mobile County Probation Office | Escape 3rd Degree CC89-445 | 3 yrs. pen. CC/W CC88-110 |
| 1-16-92 | SO Escambia Co., Florida | 1) Sexual Assault – Battery on Child<br>2) Sexual Offense Against Child Fondling Lewd Lascv.<br>3) Possession of Cocaine | Pled guilty to Sexual Battery 2nd Degree 5-27-92 8 yrs. prob. $265.00 fine. |
| 12-18-93 | PD Mobile, AL | 1) Attempt to Elude<br>2) Driving with Suspended License (3 counts)<br>3) Speeding | Disposition unknown. |
| 12-18-93 | SO Mobile, AL | Giving False Information to Police DC93-11092 | Nolle Prossed. |
| 4-21-95 | PD Mobile, AL | Negotiating Worthless Negotiable Instrument (6 counts) DC95-40964-40969 | Nolle Prossed. |
| 4-21-95 | PD Mobile, AL | Negotiating Worthless Negotiable Instrument DC94-40970 | 30 days, 1 yr. informal probation $85.00 fine. |