# ALABAMA

# DEPARTMENT OF CORRECTIONS

# CLASSIFICATION MANUAL

As Revised 10-2000


EXHIBIT E

TABLE OF CONTENTS

TITLE                                                                PAGE

**CHAPTER 1**  **INTRODUCTION/DEFINITIONS/PROCEDURES**

    I.    Purpose    1
    II.    Goals    1
    III.    Definitions    2
    IV.    Methods and Procedures    3

        A.    Intake Classification    3

            1.    Identification
            2.    Orientation
            3.    Alien Identification
            4.    Physical Examination
            5.    Psychological Evaluation
            6.    Classification Interview
            7.    Collection of Documents
            8.    Arrangement and Order of Institutional Files
            9.    Classification Meeting
            10.    Documentation of Classification Results
            11.    Documentation of Decisions
            12.    Appeals
            13.    Departure from Normal Intake Procedures
            14.    Transfer of Inmates

        B.    Classification Reviews    12

            1.    Initial Institutional Review
            2.    Reclassification Review Schedule
            3.    Annual Classification Review
            4.    Documentation of Results
            5.    Central Review Board Approval

        C.    Special Classification Reviews    17

            1.    Segregation Review Board
            2.    Requested by Inmate
            3.    Emergency Transfer
            4.    Transfer of JDP Inmate
            5.    Special Report for Parole Board
            6.    Job Placement Board
            7.    Review for Protective Custody
            8.    CRB Approval
            9.    Signatures Required for Approval

|   |   |   |   |
|---|---|---|---|
| V. | Responsibilities | | 23 |
| | A. | Commissioner of Corrections | |
| | B. | Director of Classification | |
| | C. | Central Review Board | |
| | D. | Warden | |
| | E. | Institution Classification Supervisor | |
| | F. | Classification Committee | |
| | | 1. Classification Specialist | |
| | | 2. Psychologist/Psych Associate | |
| VI. | Training | | 25 |

**CHAPTER 2    CUSTODY AND CRITERIA**

| | | | |
|---|---|---|---|
| I. | Maximum Custody | | 26 |
| | A. Supervision | | |
| | B. Criteria for Maximum Custody | | |
| II. | Close Custody | | 27 |
| | A. Supervision | | |
| | B. Criteria for Close Custody | | |
| III. | Medium Custody | | 28 |
| | A. Supervision | | |
| | B. Criteria for Medium Custody | | |
| IV. | Minimum Custody | | 30 |
| | A. Minimum-In | | |
| | B. Minimum-Out | | |
| | C. Criteria for Minimum Custody | | |
| V. | Community Custody | | 34 |
| | A. Supervision | | |
| | B. Notification and Protests | | |
| | C. Criteria for Work Release Placement | | |
| | D. Additional Criteria for Work Release | | |
| | E. Recommendations and Approvals | | |
| | F. SIR Selection Criteria | | |
| VI. | Jail Waiver Policy | | 41 |
| VII. | Pre-Discretional Leave Criteria | | 42 |
| VIII. | Special Custody Designations | | 42 |

**CHAPTER 3 – SPECIAL HANDLING INMATES**

| | | |
|---|---|---|
| I. | Life Without Parole Inmates | 43 |

    A.    Custody and Domicile
    B.    Criteria for Medium Custody
    C.    Criteria for Close Custody
    D.    Criteria for Maximum Custody
    E.    Work Assignment and Programs
    F.    Transfers

| | | |
|---|---|---|
| II. | Death Row Inmates | 46 |

    A.    Custody and Domicile
    B.    Initial Classification
    C.    Criteria for Z-2 Custody
    D.    Reclassification
    E.    Work Assignment and Programs
    F.    Transfers

| | | |
|---|---|---|
| III. | Split Sentence Inmates (Act 754) | 51 |
| VI. | CDR – Court Directed Rehabilitation (Boot Camp) | 51 |
| V. | JDP – Judicially Directed Placement | 52 |
| VI. | Special Education Inmates | 53 |
| VII. | Transition Program | 53 |
| VI. | Megan's Law | 54 |

**CHAPTER 4 – INSTITUTIONAL ASSIGNMENT CRITERIA**    56

| | |
|---|---|
| I. | Julia Tutwiler Prison for Women |
| II. | Donaldson Correctional Facility |
| III. | St. Clair Correctional Center |
| IV. | Holman Prison |
| V. | Bibb County Correctional Facility |
| VI. | Bullock Correctional Center |
| VII. | Draper Correctional Center |
| VIII. | Easterling Correctional Center |
| IX. | Fountain Correctional Center |
| X. | Hamilton Aged and Infirmed Center |
| XI. | Kilby Correctional Center/Receiving & Classification Center |
| XII. | Limestone Correctional Center |
| XIII. | Staton Correctional Center |
| IX. | Ventress Correctional Center |
| XV. | Elmore Correctional Center |
| XVI. | Frank Lee Youth Center/Farquhar State Cattle Ranch/ Red Eagle Honor Farm/J.O. Davis/Loxley/Childersburg/ Edwina Mitchell |
| XVII. | Community Based Facilities |

| | |
|---|---|
| Inst. Assignment for Handicapped Inmates | 62 |
| Table of Institutional Security Levels | 63 |

**CHAPTER 5 – ICC TRANSFERS**     64

    I.    Transfers
    II.    Receipt

**CHAPTER 6 – FORMS AND INSTRUCTIONS FOR USE**

    I.    Initial Classification Summary     66
    II.    Progress Review Form     69
    III.    Work Supervisor's/Correctional Officer Report     70
    IV.    Social Services Action (Form 258)     71
    V.    Classification Appeal Form     71
    VI.    Preparation of Psychological Evaluation / Reports     71
    VII.    Instructions for Use of Security Level Forms

       Definitions from Criminal Code     79
       Institutional Security Levels     82
       Special Security Level Considerations     83
       Special Institutional Placement Considerations     85
       Offense Severity     0-Low     86
                     2-Low Moderate     90
                     3-Moderate     92
                     4-High Risk     93
                     6-Highest     94
       Disciplinary Severity Scales
                     Highest/High     95
                     Low Moderate     96
                     Low     97

**APPENDIX A**     98
**APPENDIX B**     99
**APPENDIX C**     100

**FORMS IN USE**

'III.                              MEGAN'S LAW

### ACT 98-489 - SEX OFFENDER NOTIFICATION LAW

The new sex offender notification act was signed into law by Governor James on 5/1/98. This law is far more detailed than its predecessor and will require this Department to conduct a thorough review of all inmates files at every institution and facility to determine not only who is affected now, but to also document certain information now required by law. This law is effective 8-1-98 and is applicable to any release (EOS, Parole, Probation, etc.) thereafter.

The specific crimes cited in this law are as follows:

| | |
|---|---|
| 13A-6-61 | Rape 1st Degree |
| 13A-6-92 | Rape 2nd Degree |
| 13A-6-63 | Sodomy 1st Degree |
| 13A-6-64 | Sodomy 2nd Degree |
| 13A-6-65.1 | Sexual Torture |
| 13A-6-66 | Sexual Abuse 1st Degree |
| 13A-6-67 | Sexual Abuse 2nd Degree |
| 13-6-69 | Enticing a Child to Enter Vehicle, House, etc. for Immoral Purposes |
| 13A-12-111 | Promoting Prostitution 1st Degree |
| 13A-12-112 | Promoting Prostitution 2nd Degree |
| 13A-12-191 | Dissemination or Public Display of Obscene Matter Containing Visual Reproduction of Persons less than 17 YOA Involved in Obscene Acts |
| 13A-12-192 | Possession and Possession With Intent to Disseminate Obscene Matter Containing Visual Reproduction Of Persons under 17 YOA Involved in Obscene Acts; Prima Facie Evidence of Possession with Intent to Disseminate; Penalty |
| 13A-12-196 | Parents or Guardians Permitting Children to Engage in Production of Obscene Matter, Guilty of Class A Felony |
| 13A-12-197 | Production of Obscene Matter Containing Visual Reproduction of Persons Less than 17 YOA Involved in Obscene Acts |
| 13A-12-43 | Kidnapping of a Minor (18 or Under) 1st Degree {Except by a Parent} |
| 13A-12-44 | Kidnapping of a Minor (18 or Under) 2nd Degree {Except by a Parent} |
| 13A-13-3 | Incest when Offender is an Adult (19 or Older) and the Victim is a Minor (18 or Under) |
| 13-A-6-110 | Soliciting a Child by Computer |
| 13A-6-111 | Transmitting Obscene Material to a Child by Computer |

Inmates affected are those **CONVICTED OF THE ABOVE CRIMES OR CONVICTED OF ANY SOLICITATION, ATTEMPT, OR CONSPIRACY TO COMMIT** such crimes, whether in Alabama or any other state, federal, military, Indian, or foreign jurisdiction, with determination of guilt being as a result of a plea, trial, YOA adjudication*, or any other adjudication.

It is important to remember that the inmates identified for the "S" suffix under the provisions of Megan's Law require a conviction or adjudication for the actual crime itself.

12/13/05                              54

The following information is required by Public Safety (CIC):
   (Form 26)

1. Name, AIS#, R/S, DOB
2. Brief statement of offense
3. Location of offense (state, county, town, etc.)
4. Age and Gender of Victim
5. Scars, tattoos, birthmarks, or other distinctive physical Characteristics
6. Type of Release

Those inmates identified under this law will be identified by the "S" Suffix being added to their AIS #. Those inmates who currently have a suffix of "X" or "Y" will not be changed. In the event it should be determined that an "S" suffix has been incorrectly placed, it will be the responsibility of the institution to make the appropriate request to the Director of Central Records to have the suffix removed.

*YOA adjudication - if a sex offense, and is the only sex offense of record (i.e. no prior juvenile sex offenses) the inmate's information should be sent forward with the following statement:

YOA ADJUDICATION - JUVENILE CRIMINAL SEX OFFENDER.

If a youthful offender criminal sex offender has been previously adjudicated or convicted of a criminal sex offense, he or she shall be treated as an adult criminal sex offender.

(NOTE: This Department's policy regarding sex offenders and classification as outlined in the classification manual remains unchanged.)

12/13/05                                        55