IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MICHAEL R. BUSH, #149363   )
                           )
    Plaintiff,           )
                           )
VS.                        )   CASE NO.: 2:06-CV-292-MHT
                           )
PAUL WHALEY, et al.        )
                           )
    Defendants.          )

## AFFIDAVIT

STATE OF ALABAMA          )

COUNTY OF MONTGOMERY      )

Before me, a notary public in and for said State and County, personally appeared Cynthia S. Dillard, who, after being duly sworn, deposed and said as follows:

1. My name is Cynthia S. Dillard, and I am the Assistant Executive Director for the Board of Pardons and Paroles.

2. On April 21, 2006, Michael R. Bush submitted to Diane Wynn, an institutional parole officer, his parole plan that indicated where he would live and work upon his release from prison, should he be granted parole.

3. The same day, April 21, 2006, Diane submitted Michael R. Bush's parole plan to the parole board.

4. On April 26, 2006, Michael R. Bush was granted parole.

1


EXHIBIT F

5. After Michael R. Bush was granted parole, the Board of Pardons and Paroles forwarded Michael R. Bush's parole plan to the Mobile probation and parole office on April 21, 2006.

6. The Mobile probation and parole office assigned Michael R. Bush's parole plan to Eugene Perry, a field officer, who investigated the parole plan in order to make a determination as to whether or not it complies with the Act ("Act") and Parole Regulations.

7. Officer Perry determined that Michael R. Bush's parole plan complies with the Act and Parole Regulations, and on May 12, 2006, he returned the satisfactory plan to the Board of Pardons and Paroles.

8. On May 23, 2006, the Board of Pardons and Paroles advised Lisa Harris at the Alabama Department of Corrections and Sandra Johnson at the Alabama Department of Public Safety that Michael R. Bush will be released on July 5, 2006, and that he has a sexual offense on his record.

9. Since May 23, 2006 it was determined that Mr. Bush's Parole Plan is not in compliance with the Act, because a day care facility is located near the residence Mr. Bush describes in his Parole Plan.

The above information is true and correct to the best of my knowledge and belief."

_____
CYNTHIA DILLARD

Sworn to and subscribed before me on this 18th day of July, 2006.

_____
NOTARY PUBLIC

My Commission Expires: 10/10/08