IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MICHAEL R. BUSH, #149363,　　　　*
　　　　　　　　　　　　　　　　　*
　　　　Plaintiff,　　　　　　　　*
　　　　　　　　　　　　　　　　　*
vs.　　　　　　　　　　　　　　　*　　Case No.: 2:06-CV-292-MHT
　　　　　　　　　　　　　　　　　*
PAUL WHALEY, et al.,　　　　　　 *
　　　　　　　　　　　　　　　　　*
　　　　Defendants.　　　　　　　 *

### AFFIDAVIT

STATE OF ALABAMA

COUNTY OF MONTGOMERY

Before me, a notary public in and for said State and County, personally appeared Sandra D. Johnson, who, after being duly sworn, deposed and said as follows:

1. My name is Sandra D. Johnson and I am a Criminal Intelligence Analyst assigned to the Sex Offender Registry for the Alabama Bureau of Investigation (ABI).

2. On May 23, 2006, Natasha Cru, State of Alabama Board of Pardons and Paroles, notified the Department of Public Safety that M. Bush, AIS #149363, was granted parole pending notification and fulfillment of requirements of Megan's Law tentatively July 5, 2006.

3. On May 30, 2006, the Alabama Department of Corrections notified the ABI Sex Offender Registry that Michael Russell Bush was being released with an intended address of 4662 Hermitage Road, Mobile, Alabama 36619.

4. On June 2, 2006, Michael Bush was entered into the ABI Sex Offender Registry, but not posted to the public site pending a determination by the responsible agency as to whether or not the ACNA applied to Michael Russell Bush.



EXHIBIT G

5.   On June 19, 2006, the Alabama Department of Corrections – Limestone Correctional Facility, notified the ABI Sex Offender Registry that Michael Bush would be released on July 5, 2006 with an intended address of 8725 Crowell Street, Mobile, Alabama 36608.

The above information is true and correct to the best of my knowledge and belief.

_Sandra D. Johnson_
Sandra D. Johnson

Sworn to and subscribed before me this the 17th day of July, 2006.

_Tracy Fogarty_
Notary Public

My Commission Expires: 01/20/08