IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **MICHAEL R. BUSH, #149363** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO. 2:06-CV-292-MHT |
| | ) |
| **PAUL WHALEY, et al.,** | ) |
| | ) |
| Defendants. | ) |

### AFFIDAVIT

STATE OF ALABAMA     X
                               X
MONTGOMERY COUNTY     X

Before me, the undersigned authority, a Notary Public, in and for said County and State of Alabama at Large, personally appeared Lisa Harris, who being known to me and being by me first duly sworn, deposes and says on oath as follows:

1. My name is Lisa Harris. I am an Administrative Support Assistant II for the Research and Planning Division of the Alabama Department of Corrections (ADOC), 301 South Ripley Street, Montgomery, Alabama.

2. On May 23, 2006, I received notification from the Board of Pardons & Paroles that Michael Russell Bush #149363S would be paroled pending notification and fulfillment of Megan's Law.

3. The same day, May 23, 2006, I notified Donna Clemmons at the Limestone Correctional Facility of the above stated information. I also requested that the notification be prepared and returned immediately. I also requested that Diana Perdue of the Department of Public Safety verify the address that Inmate Bush gave in his home



1

plan.

4.  On May 25, 2006, I sent a request to Detective Louis Screws of the Mobile Police Department to verify the address submitted by Inmate Bush in his home plan.

5.  The same day, May 25, 2006, Det. Screws notified me that the address given by Inmate Bush was not a "good address". The address was within 2000 feet of a day care facility. I, then, notified Ms. Clemons that Inmate Bush needed a new address.

6.  As of June 12, 2006, I have not received any new information on inmate Bush.

The above mentioned statements are true and correct to the best of my knowledge and belief.

*Lisa Harris*
Lisa Harris
Research and Planning
Alabama Department of Corrections

SWORN TO AND SUBSCRIBED before me this 14th day of June, 2006.

*Nadine Y. Ellis*
NOTARY PUBLIC

MY COMMISSION EXPIRES _____  MY COMMISSION EXPIRES MAY 2, 2010

2

FROM:     Natasha Crum
          Board of Pardons & Paroles

TO:       Lisa Harris
          Department of Corrections

DATE:     May 23, 2006

SUBJECT:  **Notification of Sex Offender  Michael Russell Bush  AIS#149363S**
The above listed individual is a sex offender that has been granted parole pending notification and fulfillment of requirements of Megan's Law, if there is no communication from your department, the individual will be paroled in 45 days: **Tentatively July 5, 2006.**

    Home:     w/mother Martha Bush
              4662 Hermitage Road
              Mobile, AL  36619


    **Employment: To Seek Employment**

## Harris, Lisa (DOC)

**From:** Harris, Lisa (DOC)
**Sent:** Tuesday, May 23, 2006 2:50 PM
**To:** Clemons, Donna (DOC)
**Cc:** Talley, Anna (DOC)
**Subject:** Michael Bush, 149363S

**Importance:** High

The above sex offender has been granted parole in 45 days pending notification of requirements of the Megan's Law. Please prepare the notification form and send ASAP. Tentatively date is July 5, 2006.

Home: w/mother Martha Bush
   4662 Hermitage Road
   Mobile, AL 36619

Employment: To Seek Employment
Thanks,

*Lisa J. Harris*
*ADOC - Research & Planning Division*
*Lisa.Harris@doc.alabama.gov*
*(334) 353-9538*

1

### Harris, Lisa (DOC)

**From:** Harris, Lisa (DOC)
**Sent:** Tuesday, May 23, 2006 2:52 PM
**To:** 'Perdue, Diana'
**Subject:** FW: Michael Bush, 149363S

**Importance:** High

Diana,
Could you check to see if this a good address? Thanks,

Home: w/mother Martha Bush
    4662 Hermitage Road
    Mobile, AL 36619

Employment: To Seek Employment
Thanks,

*Lisa J. Harris*
***ADOC - Research & Planning Division***
*Lisa.Harris@doc.alabama.gov*
*(334) 353-9538*

1

## Harris, Lisa (DOC)

**From:** Harris, Lisa (DOC)
**Sent:** Thursday, May 25, 2006 11:28 AM
**To:** 'louis.screws@cityofmobile.org'
**Subject:** FW: Michael Bush, 149363S

**Importance:** High

Det. Screws,
Could you check to see if this address is valid. Thanks,

Lisa J. Harris
ADOC - Research & Planning Division
Lisa.Harris@doc.alabama.gov
(334) 353-9538

The above sex offender has been granted parole in 45 days pending notification of requirements of the Megan's Law. Please prepare the notification form and send ASAP. Tentatively date is July 5, 2006.

Home:  w/mother Martha Bush
       4662 Hermitage Road
       Mobile, AL  36619

Employment:  To Seek Employment
Thanks,

Lisa J. Harris
ADOC - Research & Planning Division
Lisa.Harris@doc.alabama.gov
(334) 353-9538

1

### Harris, Lisa (DOC)

**From:** Harris, Lisa (DOC)
**Sent:** Thursday, May 25, 2006 3:42 PM
**To:** Clemons, Donna (DOC)
**Cc:** Talley, Anna (DOC)
**Subject:** FW: Michael Bush, 149363S
**Importance:** High

*The above sex offender needs a new address. Thanks,*
*Lisa*

---

**From:** Louis Screws [mailto:louis.screws@cityofmobile.org]
**Sent:** Thursday, May 25, 2006 3:30 PM
**To:** Harris, Lisa (DOC)
**Subject:** RE: Michael Bush, 149363S
**Importance:** High

Lisa,

There is a daycare with in 2000 feet of this address. Offender cannot live here.

Detective Louis M. Screws II
Assault/Sex Crime Detail
Mobile Police Department
251-208-1917

>-----Original Message-----
>**From:** Harris, Lisa (DOC) [mailto:Lisa.Harris@doc.alabama.gov]
>**Sent:** Thursday, May 25, 2006 11:28 AM
>**To:** louis.screws@cityofmobile.org
>**Subject:** FW: Michael Bush, 149363S
>**Importance:** High
>
>
>Det. Screws,
>Could you check to see if this address is valid. Thanks,
>
>*Lisa J. Harris*
>*ADOC - Research & Planning Division*
>*Lisa.Harris@doc.alabama.gov*
>*(334) 353-9538*
>
>
>
>*The above sex offender has been granted parole in 45 days pending notification of requirements of the Megan's Law. Please prepare the notification form and send ASAP. Tentatively date is July 5, 2006.*
>
>Home: w/mother Martha Bush
>       4662 Hermitage Road

05/25/2006

## Harris, Lisa (DOC)

**From:** Harris, Lisa (DOC)
**Sent:** Wednesday, May 31, 2006 8:23 AM
**To:** Talley, Anna (DOC)
**Subject:** RE: Michael Bush, 149363S

Thank you

---

**From:** Talley, Anna (DOC)
**Sent:** Tuesday, May 30, 2006 4:51 PM
**To:** Harris, Lisa (DOC)
**Subject:** RE: Michael Bush, 149363S

Lisa, the Officer that does the pix, fingerprint cards, and notification forms on the sex offenders has just called telling me that he has just been notified today that Inmate Michael Bush needs a new address. He said that Inmate Bush has no way to call home and has put a letter in the mail to his Mother to find him a new address. It will take a few days to receive a letter back from her with the new address.

Will advise as soon as we hear something.

anna

---

**From:** Harris, Lisa (DOC)
**Sent:** Tuesday, May 23, 2006 2:50 PM
**To:** Clemons, Donna (DOC)
**Cc:** Talley, Anna (DOC)
**Subject:** Michael Bush, 149363S
**Importance:** High

*The above sex offender has been granted parole in 45 days pending notification of requirements of the Megan's Law. Please prepare the notification form and send ASAP. Tentatively date is July 5, 2006.*

Home:  w/mother Martha Bush
       4662 Hermitage Road
       Mobile, AL  36619

Employment:  To Seek Employment
Thanks,

*Lisa J. Harris*
*ADOC - Research & Planning Division*
*Lisa.Harris@doc.alabama.gov*
*(334) 353-9538*

1