IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MICHAEL R. BUSH, #149363, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 2:06-CV-292-MHT |
| | ) |
| PAUL WHALEY, et al., | ) |
| | ) |
|     Defendants. | ) |

**ORDER ON MOTION**

Upon review of the special report filed by the defendants on July 28, 2006 (Court Doc. No. 58), and as such report fails to adequately address the plaintiff's claims that the Community Notification Act violates his Fourteenth Amendment right to seek employment and First Amendment right to freely associate with his family, it is

ORDERED that on or before August 11, 2006 the defendants shall file a supplemental special report which addresses the aforementioned issues. The defendants shall also advise the court of the status of the plaintiff's state court action.

Done, this 28th day of July, 2006.

                                          /s/ Susan Russ Walker
                                          SUSAN RUSS WALKER
                                          UNITED STATES MAGISTRATE JUDGE