## ALABAMA SJIS CASE DETAIL



**OFFICE**  **PREPARED FOR: RENEE WHYARD**

County: 03   Case Number: **CV 2004 000018 00**   Court Action:
Style: **MICHAEL R BUSH VS DEPT OF CORRECTIONS & COMMISSIONER CAMPBELL & ATTORN**

### Case

#### Case Information
- County: 03 - MONTGOMERY
- Case Number: CV 2004 000018 00
- JID: CNP CHARLES PRICE
- Trial: B
- Style: MICHAEL R BUSH VS DEPT OF CORRECTIONS & COMMISSIONER CAMPBELL & ATTORN
- Filed: 1/5/2004

#### Case Type
- Code: CVXX
- Type: WRIT OF CERTIRORARI
- Track:
- Status: A
- Plaintiffs: 001
- Defendants: 003

#### Court Action
- DJID:
- Court Action:
- Judgment For:
- Trial days: 0
- Lien: 0

#### Damages
- Amount: $0.00
- Compensatory: $0.00
- Punitive: $0.00
- General: $0.00
- None:

#### Other Actions
- Con Date:        Cont #:        Why:
- RevJmt:          Admin Date:    Why:
- Appeal Date:     Court:         Case:
- Mistrial:
- TBNV2:           DSDT:          DTYP:

#### Comments
- Comment 1:
- Comment 2:

### Settings

#### Court Dates
| | Date: | Que: | Time: | Description: |
|---|---|---|---|---|
| 1: | | | | - |
| 2: | 11/30/2005 | 001 | 08:30 AM | HEAR - HEARING |
| 3: | | | | - |
| 4: | | | | - |

### Party 1 - C 001 - BUSH MICHAEL R

#### Party Information
- Party: C 001   Name: BUSH MICHAEL R   Type: I Individual
- Index: Y   Alt Name:   JID: CNP
- SSN:   DOB:   Sex:   Race:
- Address 1: AIS 149363 DORM 15   Address 2: 28779 NICK DAVIS ROAD
- Phone: 334   City: HARVEST   State: AL   Zip: 35749-0000   Country: US

#### Attorneys
- Attorney 1:   Name:   City:   State:
- Attorney 2:   Name:   City:   State:

© Alacourt.com   8/9/2006          1

**EXHIBIT B**

| Attorney 3: | Name: | | City: | State: |
|---|---|---|---|---|
| Attorney 4: | Name: | | City: | State: |
| Attorney 5: | Name: | | City: | State: |
| Attorney 6: | Name: | | City: | State: |

**Service Information**

| Issued: | Type: | Reissue: | Type: |
|---|---|---|---|
| Return: | Type: | Return: | Type: |
| Service: | Type: | Service On: | By: |
| Answer: | Type: | NS not: | NA not: |
| Warrant: | Type: | Arrest: | |

**Court Action**

| CACT: | Date: | For: | Exempt: |
|---|---|---|---|
| Amount: $0.00 | Cost: $0.00 | Other: $0.00 | Satisfied: |
| Comment: | | | |

## Party 2 - D 001 - CORRECTIONS DEPT STATE OF AL

**Party Information**

| Party: D 001 | Name: CORRECTIONS DEPT STATE OF AL | | Type: G Government |
|---|---|---|---|
| Index: | Alt Name: | | JID: CRI |
| SSN: | DOB: | Sex: | Race: |
| Address 1: % LEGAL DIVISION | | Address 2: 101 S UNION STREET | |
| Phone: 334 | City: MONTGOMERY | State: AL   Zip: 36104-0000 | Country: US |

**Attorneys**

| Attorney 1: | Name: | City: | State: |
|---|---|---|---|
| Attorney 2: | Name: | City: | State: |
| Attorney 3: | Name: | City: | State: |
| Attorney 4: | Name: | City: | State: |
| Attorney 5: | Name: | City: | State: |
| Attorney 6: | Name: | City: | State: |

**Service Information**

| Issued: 02/23/2004 | Type: S Sheriff | Reissue: | Type: |
|---|---|---|---|
| Return: | Type: | Return: | Type: |
| Service: 02/24/2004 | Type: S Served person | Service On: | By: |
| Answer: 04/05/2005 | Type: F Default | NS not: | NA not: |
| Warrant: | Type: | Arrest: | |

**Court Action**

| CACT: | Date: | For: | Exempt: |
|---|---|---|---|
| Amount: $0.00 | Cost: $0.00 | Other: $0.00 | Satisfied: |
| Comment: | | | |

## Party 3 - D 002 - COMMISSIONER DONAL CAMPBELL

**Party Information**

| Party: D 002 | Name: COMMISSIONER DONAL CAMPBELL | | Type: G Government |
|---|---|---|---|
| Index: | Alt Name: | | JID: CRI |
| SSN: | DOB: | Sex: | Race: |
| Address 1: DEPT OF CORRECTIONS | | Address 2: 101 S UNION STREET | |
| Phone: 334 | City: MONTGOMERY | State: AL   Zip: 36104-0000 | Country: US |

**Attorneys**

| Attorney 1: | Name: | City: | State: |

| | | | | | |
|---|---|---|---|---|---|
| Attorney 2: | Name: | | | City: | State: |
| Attorney 3: | Name: | | | City: | State: |
| Attorney 4: | Name: | | | City: | State: |
| Attorney 5: | Name: | | | City: | State: |
| Attorney 6: | Name: | | | City: | State: |

**Service Information**

| | | | | | |
|---|---|---|---|---|---|
| Issued: 02/23/2004 | Type: S Sheriff | Reissue: | | Type: | |
| Return: | Type: | Return: | | Type: | |
| Service: 02/24/2004 | Type: S Served person | Service On: | | By: | |
| Answer: 04/05/2005 | Type: F Default | NS not: | | NA not: | |
| Warrant | Type: | Arrest: | | | |

**Court Action**

| | | | |
|---|---|---|---|
| CACT: | Date: | For | Exempt: |
| Amount: $0.00 | Cost: $0.00 | Other: $0.00 | Satisfied: |
| Comment: O | | | |

### Party 4 - D 003 - PRYOR BILL ATTORNEY GENERAL

**Party Information**

| | | | | | |
|---|---|---|---|---|---|
| Party: D 003 | Name: PRYOR BILL ATTORNEY GENERAL | | | Type: B Business | |
| Index: | Alt Name: | | | JID: CNP | |
| SSN: | DOB: | Sex: | | Race: | |
| Address 1: 11 S UNION STREET | | Address 2: | | | |
| Phone: 334 | City: MONTGOMERY | State: AL | Zip: 36130-0000 | Country: US | |

**Attorneys**

| | | | | | |
|---|---|---|---|---|---|
| Attorney 1: | Name: | | | City: | State: |
| Attorney 2: | Name: | | | City: | State: |
| Attorney 3: | Name: | | | City: | State: |
| Attorney 4: | Name: | | | City: | State: |
| Attorney 5: | Name: | | | City: | State: |
| Attorney 6: | Name: | | | City: | State: |

**Service Information**

| | | | | | |
|---|---|---|---|---|---|
| Issued: 02/23/2004 | Type: S Sheriff | Reissue: | | Type: | |
| Return: | Type: | Return: | | Type: | |
| Service: 02/24/2004 | Type: S Served person | Service On: | | By: | |
| Answer: 04/05/2005 | Type: F Default | NS not: | | NA not: | |
| Warrant | Type: | Arrest: | | | |

**Court Action**

| | | | |
|---|---|---|---|
| CACT: | Date: | For | Exempt: |
| Amount: $0.00 | Cost: $0.00 | Other: $0.00 | Satisfied: |
| Comment: | | | |

### Case Action Summary

| Date | Time | Code | Comments | Operator |
|---|---|---|---|---|
| 01/15/2004 | 1:46:03 | FILE | FILED THIS DATE: 01/05/2004    (AV01) | MER |
| 01/15/2004 | 1:46:04 | ASSJ | ASSIGNED TO JUDGE: CHARLES PRICE    (AV01) | MER |
| 01/15/2004 | 1:46:05 | TDMN | BENCH/NON-JURY TRIAL REQUESTED    (AV01) | MER |
| 01/15/2004 | 1:46:06 | ORIG | ORIGIN: INITIAL FILING    (AV01) | MER |
| 01/15/2004 | 1:46:07 | STAT | CASE ASSIGNED STATUS OF: ACTIVE    (AV01) | MER |
| 01/15/2004 | 1:46:53 | PART | BUSH MICHAEL R ADDED AS C001    (AV02) | MER |
| 01/15/2004 | 1:46:54 | ATTY | LISTED AS ATTORNEY FOR C001: PRO SE    (AV02) | MER |
| 01/15/2004 | 1:47:25 | PART | CORRECTIONS DEPT STATE OF ALABAMA ADDED AS D001 | MER |

| Date | Time | Type | Description | Init |
|---|---|---|---|---|
| 01/15/2004 | 1:47:26 | ATTY | LISTED AS ATTORNEY FOR D001  (AV02) | MER |
| 01/15/2004 | 1:48:04 | PART | COMMISSIONER DONAL CAMPBELL ADDED AS D002  (AV02) | MER |
| 01/15/2004 | 1:48:05 | ATTY | LISTED AS ATTORNEY FOR D002: PRO SE  (AV02) | MER |
| 01/15/2004 | 1:48:23 | PART | PRYOR BILL ATTORNEY GENERAL ADDED AS D003  (AV02) | MER |
| 01/15/2004 | 1:48:25 | ATTY | LISTED AS ATTORNEY FOR D003: PRO SE  (AV02) | MER |
| 02/23/2004 | 8:17:31 | SUMM | SHERIFF ISSUED: 02/23/2004 TO D001  (AV02) | JAM |
| 02/23/2004 | 8:17:41 | SUMM | SHERIFF ISSUED: 02/23/2004 TO D002  (AV02) | JAM |
| 02/23/2004 | 8:18:07 | SUMM | SHERIFF ISSUED: 02/23/2004 TO D003  (AV02) | JAM |
| 02/25/2004 | 8:39:10 | TEXT | ORDER DTD 2-10-04 GRANTING HARDSHIP | JAM |
| 03/15/2004 | 9:46:34 | SERC | D002 SERVED SHERIFF  ON 02/24/2004 | JAM |
| 03/15/2004 | 9:47:03 | SERC | D001 SERVED SHERIFF  ON 02/24/2004 | JAM |
| 03/15/2004 | 4:01:22 | SERC | D003 SERVED SHERIFF  ON 02/24/2004 | JAM |
| 03/15/2004 | 11:17:53 | TEXT | REQUEST FOR ORDER FOR SERVICE OF PETITION | REW |
| 04/30/2004 | 2:26:25 | TEXT | MO FOR DEFAULT JUDGEMENT WITH SUPPORTING AFF | REW |
| 05/14/2004 | 12:19:12 | TEXT | DEF'S MOT TO DISMISS OR ALTERNATIVE MOT FOR | MER |
| 05/14/2004 | 12:19:13 | TEXT | ...SUMMARY JUDGMENT W/ATTACHMENT | MER |
| 06/01/2004 | 3:32:59 | TEXT | MOTION FOR INTERROGS | JAM |
| 06/01/2004 | 1:44:20 | TEXT | PLTFS MOTION FOR DISCOVERY | JAM |
| 08/04/2004 | 8:17:03 | TEXT | PLNTFS MOT COMPEL DISCOVERY & INTERROG | KAH |
| 08/04/2004 | 3:55:49 | TEXT | MOTION TO COMPEL | RED |
| 09/14/2004 | 3:45:54 | TEXT | MOTION FOR PRETRIAL CONFERENCE | JAM |
| 10/15/2004 | 4:51:07 | TEXT | PETITION FOR WRIT OF MANDAMUS | JAM |
| 11/15/2004 | 2:13:21 | TEXT | COPY OF WRIT OF MANDAMUS THAT WAS FILED WITH | REW |
| 11/15/2004 | 2:13:22 | TEXT | ...SUPREME COURT | REW |
| 11/15/2004 | 2:13:23 | TEXT | PLTFS MO FOR TRO & PRELIM INJ | REW |
| 11/15/2004 | 2:13:24 | TEXT | PETITIONER'S DECLARATION IN SUPP OF PRELIM INJ | REW |
| 11/22/2004 | 4:53:05 | DAT2 | SET FOR: HEARING ON 12/13/2004 AT 1030A  (AV01) | JAG |
| 12/15/2004 | 4:55:14 | TEXT | ORDER GRANTING PLTFS MOTION TO COMPEL DISCOVERY | JAM |
| 01/13/2005 | 2:53:08 | TEXT | NOT TO COURT OF RESPONDENTS' NONCOMPLIANCE OF | JAM |
| 01/13/2005 | 2:53:09 | TEXT | ...DISCOVERY ORDER | JAM |
| 01/24/2005 | 4:06:39 | TEXT | PLTFS MOT FOR SANTIONS FOR RESONDENTS FAILURE TO | JAG |
| 01/24/2005 | 4:06:40 | TEXT | ...COMPLY WITH DISCOVERY ORDER | JAG |
| 01/26/2005 | 4:07:32 | TEXT | PLTFS AMENDMENT TO PET FOR WRIT OF CERTIORARI | JAG |
| 02/03/2005 | 2:39:42 | TEXT | MOTION FOR JUDGMENT ON THE PLEADINGS | JAM |
| 03/01/2005 | 1:06:55 | TEXT | PLTFS APPLICATION TO CLERK FOR ENTRY OF DEFAULT | JAM |
| 04/05/2005 | 1:12:00 | TEXT | PLTF LETTER OF INQUIRY | KAR |
| 04/05/2005 | 1:19:41 | ANSW | APPLICATION FOR DEFAULT ON 04/05/2005 FOR D001 | KAR |
| 04/05/2005 | 1:19:54 | ANSW | APPLICATION FOR DEFAULT ON 04/05/2005 FOR D002 | KAR |
| 04/05/2005 | 1:20:02 | ANSW | APPLICATION FOR DEFAULT ON 04/05/2005 FOR D003 | KAR |
| 04/29/2005 | 3:49:48 | TEXT | PETITIONERS SUBMISSION OF ADDITIONAL EXHIBIT IN | LAW |
| 04/29/2005 | 3:49:49 | TEXT | ...SUPPORT OF MOTION FOR ENTRY OF JUDGMENT OF | LAW |
| 04/29/2005 | 3:49:50 | TEXT | ...DEFAULT | LAW |
| 06/02/2005 | 12:31:50 | TEXT | PLTF LETTER OF INQUIRY: SENT CAS | KAR |
| 06/24/2005 | 1:01:27 | TEXT | PLTFS MOTION TO COMPEL JUDGMENT OF DEFAULT | LAW |
| 09/23/2005 | 1:53:47 | TEXT | PETITIONERS REQUEST FOR PRESENCE AT ANY PROCEED | LAW |
| 09/23/2005 | 1:53:48 | TEXT | ...INGS CONDUCTED | LAW |
| 09/26/2005 | 1:48:18 | TEXT | ORDER FROM SUPREME COURT TRANSFERRING CASE TO | REW |
| 09/26/2005 | 1:48:19 | TEXT | ...CRIM APPEALS | REW |
| 09/28/2005 | 1:48:18 | TEXT | ORDER FROM SUPREME COURT RESTORING CASE TO | REW |
| 09/28/2005 | 1:48:19 | TEXT | ...SUPREME COURT DOCKET & RESCINDING 9-26-05 ORDER | REW |
| 10/07/2005 | 10:09:48 | TEXT | PLTFS MOTION TO AMEND PETITION | LAW |
| 11/07/2005 | 9:35:00 | DAT2 | SET FOR: HEARING ON 11/30/2005 AT 0830A  (AV01) | JAG |
| 11/07/2005 | 4:42:01 | TEXT | TRANSPORT ORDER TO MCDF | TOR |
| 11/15/2005 | 2:08:17 | TEXT | PLTFS REQ TO BE PRESENT AT SUM JGMT PROCEEDING | MIA |
| 11/15/2005 | 2:08:18 | TEXT | ...& ORDER OF XFER | MIA |
| 12/12/2005 | 4:05:11 | TEXT | PLTFS NOTICE TO COURT & OBJECTION TO CONDUCT OF | REW |
| 12/12/2005 | 4:05:12 | TEXT | ...NONPARTY OFFICIALS | REW |
| 12/15/2005 | 4:16:41 | TEXT | (COPY) REQ FOR COURT INTERVENTION & JUDICIAL | JAM |
| 12/15/2005 | 4:16:42 | TEXT | ...NOT OF NON-PARTY'S ACTIONS (FILED IN SUPREME | JAM |

| Date | Time | Type | Description | Initials |
|---|---|---|---|---|
| 12/15/2005 | 4:16:43 | TEXT | ... COURT) | JAM |
| 01/09/2006 | 8:40:52 | TEXT | SENT PLTF UPDATED CAS & COPIES OF LAST TWO ORDERS | KAR |
| 01/09/2006 | 8:40:53 | TEXT | ...ENTERED | KAR |

**END OF THE REPORT**

IN THE CIRCUIT COURT OF
MONTGOMERY COUNTY, ALABAMA

Michael Bush, AIS #149363
    Plaintiff (s),

vs.                                          CASE NO.CV-2004-0018-PR

Paul Whatley et. al,
    Defendant (s).

**ORDER**

The above-styled matter comes before the Court on the Plaintiff's, Michael Bush, MOTION FOR SUMMARY JUDGMENT. Upon consideration of the same, the matter is hereby SET for a HEARING on the MOTION on November 30, 2005 at 8:30 a.m. in Courtroom 4C.

Done this the 3 NOV 2005.

                                                     *Charles Price*
                                          CHARLES PRICE, Circuit Judge

cc:    Michael Bush, AIS #149363
        Albert S. Butler

*2005 NOV -3 PM 3: 08 FILED CIRCUIT COURT OF MONTGOMERY COUNTY*



# IN THE SUPREME COURT OF ALABAMA

January 9, 2006

**1041811**

Ex parte Michael R. Bush.  PETITION FOR WRIT OF MANDAMUS: CIVIL  (In re: Michael R. Bush v. Alabama Department of Corrections et al.)   (Montgomery Circuit Court: CV-04-18).

## NOTICE

Request for court intervention and judicial notice of non-party's actions is denied.

> I Robert G. Esdale, Sr., as Clerk of the Supreme Court of Alabama, do hereby certify that the foregoing is a full, true and correct copy of the instrument(s) herewith set out as same appear(s) of record in said Court.
> Witness my hand this 9th day of January 2006
>
> *[signature]*
> Clerk, Supreme Court of Alabama

cc:
Hon. Charles Price, Circuit Judge
Montgomery County Circuit Clerk's Office
Michael R. Bush, Pro Se
Albert Sim Butler, Asst. Gen. Counsel
Kim T. Thomas, Asst. Gen. Counsel

/sm

# IN THE SUPREME COURT OF ALABAMA



January 13, 2006

**1041811**

Ex parte Michael R. Bush. PETITION FOR WRIT OF MANDAMUS: CIVIL (In re: Michael R. Bush v. Alabama Department of Corrections et al.) (Montgomery Circuit Court: CV-04-18).

### ORDER

The petition for writ of mandamus in this cause is denied.
HARWOOD, J. - Nabers, C.J., and See, Stuart, and Bolin, JJ., concur.

I Robert G. Esdale, Sr., as Clerk of the Supreme Court of Alabama, do hereby certify that the foregoing is a full, true and correct copy of the instrument(s) herewith set out as same appear(s) of record in said Court.
Witness my hand this 13th day of January, 2006

*Robert G. Esdale, Sr.*
Clerk, Supreme Court of Alabama

/bb

# IN THE SUPREME COURT OF ALABAMA



January 31, 2006

1041811

Ex parte Michael R. Bush. PETITION FOR WRIT OF MANDAMUS: CIVIL (In re: Michael R. Bush v. Alabama Department of Corrections et al.) (Montgomery Circuit Court: CV-04-18).

## CERTIFICATE OF JUDGMENT

WHEREAS, the petition in the above referenced cause has been duly submitted and considered by the Supreme Court of Alabama and the judgment indicated below was entered in this cause on January 13th 2006:

---

### Petition Denied. No Opinion.
HARWOOD, J. - Nabers, C.J., and See, Stuart, and Bolin, JJ., concur.

---

NOW, THEREFORE, pursuant to Rule 41, Ala. R. App. P., IT IS HEREBY ORDERED that this Court's judgment in this cause is certified on this date.

I, Robert G. Esdale, Sr., as Clerk of the Supreme Court of Alabama, do hereby certify that the foregoing is a full, true, and correct copy of the instrument(s) herewith set out as same appear(s) of record in said Court.
Witness my hand this 31st day of January, 2006.

*Robert Esdale*
Clerk, Supreme Court of Alabama