

## ALABAMA SJIS CASE DETAIL

**OFFICE**                                          PREPARED FOR: RENEE WHYARD

County: **03**    Case Number: **CV 2004 001268 00**    Court Action:
Style: **MICHAEL R BUSH VS DONAL CAMPBELL COMMISSIONER & PAUL WHALEY DIRECTOR**

## Case

### Case Information

| | |
|---|---|
| County: | 03 - MONTGOMERY |
| Case Number: | CV 2004 001268 00 |
| JID: | CNP CHARLES PRICE |
| Trial: | B |
| Style: | MICHAEL R BUSH VS DONAL CAMPBELL COMMISSIONER & PAUL WHALEY DIRECTOR |
| Filed: | 5/11/2004 |

### Case Type

| | |
|---|---|
| Code: | MSHC |
| Type: | WRIT OF MANDAMUS |
| Track | |
| Status: | A |
| Plaintiffs: | 001 |
| Defendants: | 002 |

### Court Action

| | |
|---|---|
| DJID: | |
| Court Action: | |
| Judgment For: | |
| Trial days: | 0 |
| Lien: | 0 |

### Damages

| | |
|---|---|
| Amount: | $0.00 |
| Compensatory: | $0.00 |
| Punitive: | $0.00 |
| General: | $0.00 |
| None: | |

### Other Actions

| | | | | | |
|---|---|---|---|---|---|
| Con Date: | | Cont #: | | Why: | |
| RevJmt: | | Admin Date: | | Why: | |
| Appeal Date: | | Court: | | Case: | |
| Mistrial: | | | | | |
| TBNV2: | | DSDT: | | DTYP: | |

### Comments

Comment 1:
Comment 2:

## Settings

### Court Dates

| | Date: | Que: | Time: | Description: |
|---|---|---|---|---|
| 1: | | | | |
| 2: | | | | |
| 3: | | | | |
| 4: | | | | |

## Party 1 - C 001 - BUSH MICHAEL R

### Party Information

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Party: | C 001 | Name: | BUSH MICHAEL R | | | Type: | I Individual |
| Index: | Y | Alt Name: | | | | JID: | WAS |
| SSN: | | DOB: | | Sex: | | Race: | |
| Address 1: | LIMESTONE C F DORM 14 | | Address 2: | 28779 NICK DAVIS ROAD | | | |
| Phone: | 334 | City: | HARVEST | State: | AL | Zip: | 35749-7009 | Country: | US |

### Attorneys

| | | | | |
|---|---|---|---|---|
| Attorney 1: | Name: | | City: | State: |
| Attorney 2: | Name: | | City: | State: |

EXHIBIT

C

tabbies'

| Attorney 3: | Name: | | City: | State: |
|---|---|---|---|---|
| Attorney 4: | Name: | | City: | State: |
| Attorney 5: | Name: | | City: | State: |
| Attorney 6: | Name: | | City: | State: |

### Service Information

| | | | | | | |
|---|---|---|---|---|---|---|
| Issued: | | Type: | Reissue: | | Type: | |
| Return: | | Type: | Return: | | Type: | |
| Service: | | Type: | Service On: | | By: | |
| Answer: | | Type: | NS not: | | NA not: | |
| Warrant | | Type: | Arrest: | | | |

### Court Action

| | | | | | | |
|---|---|---|---|---|---|---|
| CACT: | | Date: | For: | | Exempt: | |
| Amount: | $0.00 | Cost: $0.00 | Other: $0.00 | | Satisfied: | |
| Comment: | | | | | | |

## Party 2 - D 001 - CAMPBELL DONAL COMMISSIONER

### Party Information

| | | | | | |
|---|---|---|---|---|---|
| Party: | D 001 | Name: | CAMPBELL DONAL COMMISSIONER | Type: | I Individual |
| Index: | Y | Alt Name: | | JID: | CNP |
| SSN: | | DOB: | Sex: | Race: | |
| Address 1: | DEPARTMENT OF CORRECTIONS | | Address 2: 1400 LLOYD STREET | | |
| Phone: | 334 | City: MONTGOMERY | State: AL    Zip: 36104-0000 | Country: US | |

### Attorneys

| Attorney 1: | Name: | | City: | State: |
|---|---|---|---|---|
| Attorney 2: | Name: | | City: | State: |
| Attorney 3: | Name: | | City: | State: |
| Attorney 4: | Name: | | City: | State: |
| Attorney 5: | Name: | | City: | State: |
| Attorney 6: | Name: | | City: | State: |

### Service Information

| | | | | | | |
|---|---|---|---|---|---|---|
| Issued: 06/14/2004 | | Type: S Sheriff | Reissue: | | Type: | |
| Return: | | Type: | Return: | | Type: | |
| Service: 06/15/2004 | | Type: S Served person | Service On: | | By: | |
| Answer: | | Type: | NS not: | | NA not: | |
| Warrant | | Type: | Arrest: | | | |

### Court Action

| | | | | | | |
|---|---|---|---|---|---|---|
| CACT: | | Date: | For: | | Exempt: | |
| Amount: | $0.00 | Cost: $0.00 | Other: $0.00 | | Satisfied: | |
| Comment: | | | | | | |

## Party 3 - D 002 - WHALEY PAUL DIRECTOR OF CLAS

### Party Information

| | | | | | |
|---|---|---|---|---|---|
| Party: | D 002 | Name: | WHALEY PAUL DIRECTOR OF CLAS | Type: | I Individual |
| Index: | Y | Alt Name: | | JID: | CNP |
| SSN: | | DOB: | Sex: | Race: | |
| Address 1: | 1400 LLOYD STREET | | Address 2: | | |
| Phone: | 334 | City: MONTGOMERY | State: AL    Zip: 36104-0000 | Country: US | |

### Attorneys

| Attorney 1: | Name: | | City: | State: |
|---|---|---|---|---|

| Attorney 2: | Name: | | City: | State: |
|---|---|---|---|---|
| Attorney 3: | Name: | | City: | State: |
| Attorney 4: | Name: | | City: | State: |
| Attorney 5: | Name: | | City: | State: |
| Attorney 6: | Name: | | City: | State: |

### Service Information

| | | | | | |
|---|---|---|---|---|---|
| Issued: 06/14/2004 | Type: | S Sheriff | Reissue: | | Type: |
| Return: | Type: | | Return: | | Type: |
| Service: 06/15/2004 | Type: | S Served person | Service On: | | By: |
| Answer: | Type: | | NS not: | | NA not: |
| Warrant | Type: | | Arrest: | | |

### Court Action

| | | | |
|---|---|---|---|
| CACT: | Date: | For: | Exempt: |
| Amount: $0.00 | Cost: $0.00 | Other: $0.00 | Satisfied: |
| Comment: | | | |

### Case Action Summary

| Date | Time | Code | Comments | Operator |
|---|---|---|---|---|
| 06/13/2004 | 12:49:18 | FILE | FILED THIS DATE: 06/11/2004          (AV01) | MER |
| 06/13/2004 | 12:49:19 | STAT | CASE ASSIGNED STATUS OF: ACTIVE          (AV01) | MER |
| 06/13/2004 | 12:49:20 | ORIG | ORIGIN: INITIAL FILING          (AV01) | MER |
| 06/13/2004 | 12:49:21 | TDMN | BENCH/NON-JURY TRIAL REQUESTED          (AV01) | MER |
| 06/13/2004 | 12:49:22 | ASGJ | ASSIGNED TO JUDGE: CHARLES PRICE | MER |
| 06/13/2004 | 12:49:55 | PART | MICHAEL R BUSH ADDED AS C001 | MER |
| 06/13/2004 | 12:49:56 | ATTY | LISTED AS ATTORNEY FOR C001: PRO SE          (AV02) | MER |
| 06/13/2004 | 12:50:43 | PART | CAMPBELL DONAL COMMISSIONER ADDED AS D001   (AV02) | MER |
| 06/13/2004 | 12:50:44 | ATTY | LISTED AS ATTORNEY FOR D001: PRO SE          (AV02) | MER |
| 06/13/2004 | 12:51:49 | PART | WHALEY PAUL DIRECTOR OF CLASSIFICATION ADDED AS D0 | MER |
| 06/13/2004 | 12:51:50 | ATTY | LISTED AS ATTORNEY FOR D002: PRO SE          (AV02) | MER |
| 06/13/2004 | 12:52:00 | TEXT | AFFIDAVIT OF SUBSTANTIAL HARDSHIP | MER |
| 06/13/2004 | 12:54:42 | TEXT | PETITION FOR WRIT OF MANDAMUS W/ ATTACHMENT | MER |
| 06/13/2004 | 12:54:53 | SUMM | SHERIFF ISSUED: 06/14/2004 TO D001          (AV02) | MER |
| 06/13/2004 | 12:55:33 | SUMM | SHERIFF ISSUED: 06/14/2004 TO D002          (AV02) | MER |
| 06/21/2004 | 2:28:29 | SERC | D001 SERVED SHERIFF          ON 06/15/2004 | RED |
| 12/22/2004 | 10:56:35 | TEXT | DOC RETURNED SERVICE COPIES TO COURT, SEE LETTER | REW |
| 12/22/2004 | 10:56:36 | TEXT | ...IN FILE | REW |

**END OF THE REPORT**



### State of Alabama
# Alabama Department of Corrections
101 South Union Street
P. O. Box 301501
Montgomery, AL 36130



BOB RILEY
GOVERNOR

DONAL CAMPBELL
COMMISSIONER

December 15, 2004

FILED
CIRCUIT COURT OF
MONTGOMERY COUNTY
2004 DEC 22 PM 4:14

Hon. Melissa Rittenour
Circuit Court Clerk
Montgomery County Circuit Court
P.O. Box 1667
Montgomery, AL   36102-1667

Re: <u>Michael R. Bush, AIS #149363 v. Donal Campbell, et al.</u>
CV-2004-1268

Dear Ms. Rittenour:

The above-referenced Petition for Writ of Mandamus is being returned to you. The petition appears to address an issue for the sentencing court rather than for the Alabama Department of Corrections.

Sincerely,

Albert S. Butler
Assistant General Counsel

ASB/elu
Enclosure

State of Alabama
Unified Judicial System

Form C-10
Page 1 of 2         Rev. 2/95

# AFFIDAVIT OF SUBSTANTIAL
# HARDSHIP AND ORDER

Case Number

CU04-1268

**IN THE**   CIRCUIT   **COURT OF**   MONTGOMERY   , **ALABAMA**
(Circuit, District, or Municipal)   (Name of County or Municipality)

**STYLE OF CASE:**   MICHAEL R. BUSH
Plaintiff(s)   **v.**   DONAL CAMPBELL, et al.
Defendant(s)

**TYPE OF PROCEEDING:**   CIVIL   **CHARGE(s) (if applicable):**   N/A

☒ **CIVIL CASE--** I, because of substantial hardship, am unable to pay the docket fee and service fees in this case. I request
that payment of these fees be waived initially and taxed as costs at the conclusion of the case.

☐ **CIVIL CASE--** (such as paternity, support, termination of parental rights, dependency) - I am financially unable to hire an
attorney and I request that the court appoint one for me.

☐ **CRIMINAL CASE--** I am financially unable to hire an attorney and request that the court appoint one for me.

☐ **DELINQUENCY/NEED OF SUPERVISION--** I am financially unable to hire an attorney and request that the court appoint
one for my child/me.

## AFFIDAVIT

**SECTION I.**

1. **IDENTIFICATION**
   Full name   MICHAEL R. BUSH                          Date of birth   1/15/66
   Spouse's full name (if married)   N/A
   Complete home address   LIMESTONE CORRECTIONAL, 28779 NICK DAVIS ROAD,
   HARVEST, ALABAMA, 35749
   Number of people living in household   INCARCERATED
   Home telephone number   INCARCERATED
   Occupation/Job   INCARCERATED          Length of employment   N/A
   Driver's license number   5030343        *Social Security Number   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
   Employer   INCARCERATED               Employer's telephone number   N/A
   Employer's address   INCARCERATED

2. **ASSISTANCE BENEFITS**
   Do you or anyone residing in your household receive benefits from any of the following sources? (If so, please check those which
   apply.)

   ☐ AFDC   ☐ Food Stamps   ☐ SSI   ☐ Medicaid   ☐ Other   N/A

3. **INCOME/EXPENSE STATEMENT**
   Monthly Gross Income:
      Monthly Gross Income                                    $ INCARCERATED
      Spouse's Monthly Gross Income (unless a marital offense)
      Other Earnings: Commissions, Bonuses, Interest Income, etc.
      Contributions from Other People Living in Household
      Unemployment/Workmen's Compensation,
         Social Security, Retirements, etc.
      Other Income (be specific)
   **TOTAL MONTHLY GROSS INCOME**                            $ INCARCERATED

   Monthly Expenses:
      A.  Living Expenses
          Rent/Mortgage                                      $ INCARCERATED
          Total Utilities: Gas, Electricity, Water, etc.
          Food
          Clothing
          Health Care/Medical
          Insurance
          Car Payment(s)/Transportation Expenses
          Loan Payment(s)

*OPTIONAL

State of Alabama
Unified Judicial System

# COVER SHEET
## CIRCUIT COURT - CIVIL CASE
(Not For Domestic Relations Cases)

Form ARCivP-93   Rev. 5/99

Case Number   04-1260

CV | | | | | | | | | | | | - | |

Date of Filing:
| | | | | | | | | | | | | | |
Month   Day   Year

Judge Code:

## GENERAL INFORMATION

IN THE CIRCUIT COURT OF   MONTGOMERY COUNTY   , ALABAMA
(Name of County)

MICHAEL BUSH                          v.   DONAL CAMPBELL & PAUL WHALEY

**Plaintiff**                                                **Defendant**

First Plaintiff  ☐ Business  ☒ Individual         First Defendant  ☐ Business  ☐ Individual
                 ☐ Government ☐ Other                              ☒ Government ☐ Other

**NATURE OF SUIT:**  Select primary cause of action, by checking box (check only one) that best characterizes your action:

TORTS: PERSONAL INJURY

☐ WDEA  -  Wrongful Death
☐ TONG  -  Negligence: General
☐ TOMV  -  Negligence: Motor Vehicle
☐ TOWA  -  Wantonness
☐ TOPL  -  Product Liability/AEMLD
☐ TOMM  -  Malpractice-Medical
☐ TOLM  -  Malpractice-Legal
☐ TOOM  -  Malpractice-Other
☐ TBFM  -  Fraud/Bad Faith/Misrepresentation
☐ TOXX  -  Other:

TORTS: PROPERTY INJURY

☐ TOPE  -  Personal Property
☐ TORE  -  Real Property

OTHER CIVIL FILINGS

☐ ABAN  -  Abandoned Automobile
☐ ACCT  -  Account & Nonmortgage
☐ APAA  -  Administrative Agency Appeal
☐ ADPA  -  Administrative Procedure Act
☐ ANPS  -  Adults in Need of Protective Services

OTHER CIVIL FILINGS (cont'd)

☐ MSXX  -  Birth/Death Certificate Modification/Bond Forfeiture Appeal/
            Enforcement of Agency Subpoena/Petition to Preserve
☐ CVRT  -  Civil Rights
☐ COND  -  Condemnation/Eminent Domain/Right-of-Way
☐ CTMP  -  Contempt of Court
☐ CONT  -  Contract/Ejectment/Writ of Seizure
☐ TOCN  -  Conversion
☐ EQND  -  Equity Non-Damages Actions/Declaratory Judgment/Injunction
            Election Contest/Quiet Title/Sale For Division
☐ CVUD  -  Eviction Appeal/Unlawful Detainer
☐ FORJ  -  Foreign Judgment
☐ FORF  -  Fruits of Crime Forfeiture
☒ MSHC  -  Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
☐ PFAB  -  Protection From Abuse
☐ FELA  -  Railroad/Seaman (FELA)
☐ RPRO  -  Real Property
☐ WTEG  -  Will/Trust/Estate/Guardianship/Conservatorship
☐ COMP  -  Workers' Compensation
☐ CVXX  -  Miscellaneous Circuit Civil Case

**ORIGIN** (check one):  F ☒ INITIAL FILING        A ☐ APPEAL FROM        O ☐ OTHER:
                                                        DISTRICT COURT

                         R ☐ REMANDED             T ☐ TRANSFERRED FROM
                                                        OTHER CIRCUIT COURT

**HAS JURY TRIAL BEEN DEMANDED?**   ☐ YES  ☒ NO     Note:  Checking "Yes" does not constitute a demand for a
                                                    jury trial. (See Rules 38 and 39, Ala.R.Civ.P. for procedure)

**RELIEF REQUESTED:**   ☐ MONETARY AWARD REQUESTED        ☒ NO MONETARY AWARD REQUESTED

ATTORNEY CODE:
| | | | | | |     Date  5/5/04         Michael R. Bush
                                       Signature of Attorney/Party filing this form

**MEDIATION REQUESTED:**   ☐ YES  ☒ NO  ☐ UNDECIDED

IN THE CIRCUIT COURT OF MONTGOMERY COUNTY
THE FIFTEENTH JUDICIAL CIRCUIT OF ALABAMA

MICHAEL R. BUSH,                          )

    PETITIONER,                          )
                                 CV04-1268
VS.                                       )    CASE NO:
                                   [SUPPLIED BY CLERK]
                                )

DONAL CAMPBELL, COMMISSIONER,             )
AND PAUL WHALEY, DIRECTOR
OF CLASSIFICATION, ALABAMA                )
DEPARTMENT OF CORRECTIONS,
                                 )
    RESPONDENTS.

## PETITION FOR WRIT OF MANDAMUS

COMES now Michael Bush (hereinafter Bush), pro se, pursuant to Rule 21 of the Alabama Rules of Appellate Procedure, and petitions this Court for a Writ of Mandamus to issue upon the Respondents and for Respondents to comply with the administration of justice in permitting your Petitioner rights under statutory law of Alabama. In support of the issuance of the writ, Bush shows unto the Court as follows:

### FACTS

Bush is currently an inmate confined within the Alabama Department of Corrections (ADOC) at Limestone Correctional Facility. Bush is serving a fifteen (15) year sentence imposed under §13A-5-9, Code of Alabama (1975) for attempting to possess cocaine.

On June 10, 2003, the Alabama Legislature amended §13A-5-9.1, Code of Alabama (1975) (Act 2001-977) to read as follows:

1

**"§13A-5-9.1.**

(a) The provisions of Section 13A-5-9 shall be applied retroactively to nonviolent offenders. An offender may petition the Department of Corrections to certify his or her nonviolent status. Within 30 days of receiving the petition, the department shall provide the certification to the offender or deny the certification and state the reasons therefor."

On February 4, 2004, Bush filed an "INMATE PETITION AND REQUEST FOR CERTIFICATION AS NON-VIOLENT OFFENDER" (EXHIBIT #1) with the Classification Division of the ADOC.

The ADOC is failing to comply with statutory law by not giving an answer as set out by the statute and leaves Bush's petition unresolved, thereby denying Bush procedural due process and equal protection of the law under the Fourteenth Amendment to the United States Constitution and Article I, §6, of the Alabama Constitution of 1901.

### STATEMENT OF THE ISSUES

#### I.

**WHETHER THE ALABAMA DEPARTMENT OF CORRECTIONS IS DENYING PETITIONER DUE PROCESS OF LAW AND THE EQUAL PROTECTION OF THE LAW BY REFUSING TO ANSWER PETITION UNDER §13A-5-9.1 AS AMENDED BY THE ALABAMA LEGISLATURE 6/10/03?**

The Alabama Legislature amended the provisions of the Habitual Felony Offender Act (HFOA) in Acts 2001-977. That amendment provided that the HFOA "shall" be applied retroactively by the sentencing judge for consideration of early parole of each non-violent convicted offender based on evaluations performed by the Alabama Department of Corrections and approved by the Board of Pardons and Paroles. However, on September 1, 2001, then Governor Don Siegelman signed Executive Order #62, which put this provision of law on hold until an evaluation process was

2

developed. The language of Executive Order #62 gave the ADOC until June 1, 2002 to submit the evaluation process to the Alabama Sentencing Commission.

On June 10, 2003, the Alabama Legislature further amended §13A-5-9.1 to provide that the ADOC "shall" answer such petition by convicted offenders within thirty (30) days.

The ADOC has failed to comply with Executive Order #62 (in not developing evaluation process) and statutory law (in failing to answer within 30 days). The actions of the ADOC are violating Bush's rights to procedural due process and equal protection of the law.

Bush submits that he is entitled under the law to have his petition answered according to the statute and permit him access to the courts for review of his sentence as intended by the lawmakers of Alabama.

## WHY WRIT SHOULD ISSUE

Mandamus is an extraordinary remedy requiring showing that there is: clear legal right in petitioner to order sought; imperative duty upon respondent to perform, accompanied by refusal to do so; lack of another adequate remedy; and properly invoked jurisdiction of the court. Ex parte Johnson, 638 So.2d 772 (Ala.1994). Bush contends the facts and circumstances of this case fall squarely within the arena of mandamus relief.

## CLEAR LEGAL RIGHT TO ORDER SOUGHT

The exhibits attached clearly show the ADOC has not complied with Executive Order #62 nor the clearly worded statute. The extraordinary remedy of mandamus will be granted only when there

3

is a clear, specific legal right shown for enforcement of which there is no other adequate remedy. McCutcheon v Thomas, 75 So.2d 649, 261 Ala. 688 (Ala.1954).

"In the absence of a statute authorizing an appeal to the circuit court, the proper method of review of an administrative decision is a petition for common law certiorari review. Personnel Board of Jefferson County v Bailey, 475 So.2d 863, 867 (Ala.Civ.App.1985). However, Bush never received an answer or decision. Therefore, because there has been no answer, mandamus is proper. Turnbull v Rencher, 53 Ala.App. 12, 14 (1974). "Mandamus may issue to compel an exercise of a governmental authority's discretion." Gardner v Stevens, 269 Ala. 213, 111 So.2d 904 (1959); Vance v Mongomery County DHR, 693 So.2d 493, 495 (Ala.Civ.App.1997).

Bush has no remedy under common law certiorari because an answer is a prerequisite for review of a decision. Moreover, an evaluation is necessary before Bush can have his 15 year sentence for attempting to possess cocaine reviewed. The Alabama Supreme Court demonstrated in a recent case this fact and held that the statute is to be applied "based on evaluations performed by the Department of Corrections and approved by the Board of Pardons and Paroles and submitted to the court. Terry Little did not submit to the court 'evaluations performed by the Department of Corrections.'" Ex parte Little, 843 So.2d 168, 169 (Ala.2002). In regard to the validity of the ADOC's failure to develope an evaluation process, the Court of Criminal Appeals held a similar petition premature and stated: "Executive Order No. 62 gives the Department of Corrections until June 1, 2002, to develope a

4

procedure for evaluating nonviolent offenders possibly affected
by the amendment and to submit the proposed evaluation process to
the attorney general and to the Alabama Sentencing Commission[.]"
Robinson v State, 837 So.2d 882, 884 (Ala.Crim.App.2002).
Considering the 6/10/03 amendment requiring an answer within 30
days and the failure of the ADOC to develope the evaluation
process, Bush is entitled under the law to mandamus relief to
compel the ADOC to answer.

### IMPERATIVE DUTY TO RESPOND AND REFUSAL TO DO SO

The ADOC is bound by statute to respond to Bush's petition
within 30 days. "[T]he word 'shall' is to be afforded a mandatory
connotation when it appears in a statute." Department of Mental
Health and Mental Retardation v Bendolph, 808 So.2d 54
(Ala.Civ.App.2001). The term "shall" is clearly in the language
of the 6/10/03 amendment of the statute, and the intent of the
Legislature is clear. The ADOC is not adhering to the law. Thus,
an imperative duty to respond and a refusal to do so is present
in this case, warranting mandamus relief.

### LACK OF ANOTHER ADEQUATE REMEDY

Because there is no other remedy available to Bush, the only
means of compelling the ADOC to perform as the statute provides,
is by this writ of mandamus.

### JURISDICTION

The ADOC headquarters is in Montgomery, Alabama. Therefore,
this petition for the writ of mandamus is properly before this
Court.

## INJURY TO PETITIONER

The Legislature reasonably enacted this statute to allow such sentences to be reviewed. Bush is convicted of attempting to possess cocaine. Bush's circumstances fall squarely within the purview of this provision of law and he should not be denied opportunity to have relief simply because the ADOC chooses to ignore the law. The law is clear and the facts show that the ADOC is violating the law. This writ should issue and the ADOC made to answer.

## RELIEF REQUESTED

Bush seeks an order from this Honorable Court for the Alabama Department of Corrections to immediately and legally comply with the laws of the State of Alabama and/or an order for the ADOC to answer as to why the writ should not issue. Bush is entitled under the law to review of his sentence imposed under the HFOA in his criminal case.

## CONCLUSION

"[I]t would surely amount to usurpation and oppression by this state's judicial branch of government if this branch failed to recognize [Bush's] right to procedural due process and he was not afforded his day in court." Ex parte Weeks, 611 So.2d 259, 262 (Ala.1992). For the foregoing reasons and to provide Bush due process, this writ of mandamus should issue.

Respectfully submitted,

*Michael Bush*

Michael Bush #149363
Limestone C.F. 8B
28779 Nick Davis Road
Harvest, Alabama 35749-7009

6

**AFFIRMATION UNDER OATH AND CERTIFICATE OF FILING & SERVICE**

STATE OF ALABAMA      )
COUNTY OF LIMESTONE   )

Before the undersigned Notary Public in and for said county and State personally appears Michael Bush, who after first being duly sworn, deposes and say that;

I, Michael Bush, do hereby certify, swear and affirm that the information in the foregoing petition for writ of mandamus is true and correct to the best of my knowledge, and;

That on the date below, I have filed the petition for writ of mandamus in the Montgomery County Circuit Court, with a true copy being served upon the Respondents by United States mail, postage prepaid and delivered to prison officals for mailing in the inmate legal mail system.

**S W O R N** to and subscribed before my hand and seal on this the *14* day of A P R I L , 2004.

*Nancy L Whitacre*
N O T A R Y  P U B L I C

*Michael C Bush*
MICHAEL BUSH, AFFIANT

MY COMMISSION EXPIRES 2 / 16 / 05

ORIGINAL:          MELISSA RITTENOUR, CLERK
            CIRCUIT COURT OF MONTGOMERY COUNTY
                251 SOUTH LAWRENCE STREET
                MONTGOMERY, ALABAMA 36104

TRUE COPY:        DONAL CAMPBELL, COMMISSIONER
            PAUL WHALEY, DIRECTOR OF CLASSIFICATION
                ALABAMA DEPARTMENT OF CORRECTIONS
                    P.O. BOX 301501
                MONTGOMERY, ALABAMA 36130-1501

7

 MAILED 2/9/04

Michael Russell Bush-AIS#149363
Limestone C.F. Dorm 15
28779 Nick Davis Road
Harvest, Alabama 35749-7009

2004 MAY 11 AM 11:02

TO: ALABAMA DEPARTMENT OF CORRECTIONS
    CLASSSIFICATION DIVISION
    1400 LLOYD STREET
    P.O. BOX 301501
    MONTGOMERY, ALABAMA 36130-1501

RE: CERTIFICATION AS A NON-VIOLENT OFFENDER

January 28, 2004

## INMATE PETITION AND REQUEST FOR CERTIFICATION AS NON-VIOLENT OFFENDER

The above named inmate, **Michael Russell Bush**, hereby requests pursuant to §13A-5-9.1, Code of Alabama (1975) (as amended 6/10/03), that the Alabama Department of Corrections undertake review of this petition and thereafter certify him a non-violent offender for reconsideration of sentence and/or parole consideration. §13A-5-9.1 states as follows:

"**§13A-5-9.1.**

(a) The provisions of Section 13A-5-9 shall be applied retroactively to nonviolent offenders. An offender may petition the Department of Corrections to certify his or her nonviolent status. Within 30 days of receiving the petition, the department shall provide the certification to the offender or deny the certification and state the reasons therefor."

This newly enacted statute provides an avenue for offenders upon certification by the Department to petition the sentencing court for a reconsideration of their sentence.

[1]

EXHIBIT 1

## REASONS MICHAEL RUSSELL BUSH SHOULD BE CERTIFIED AS A NONVIOLENT FELONY OFFENDER

Inmate Bush is currently serving a 15 year sentence and a 15 year split one with 5 years probation to follow for non-violent possession of cocaine. Bush has no violence is his past and is a perfect candidate for consideration under the statute.

Since his incarceration Bush has completed the following programs:

DEPRESSION MANAGEMENT
STRESS MANAGEMENT
REALITY THERAPY

Additionally, Bush is in the orientation phase of the New Beginning Drug Treatment Program at Limestone Correctional Facility and is involved in the Crime Bill SAP program. Bush will soon complete Self-Concept and Values Clarification.

Bush has been a parolee on two occasions in the past and successfully completed his parole period with no violations.

Allowing Bush opportunity for early release would aid in reducing the overcrowding of the Alabama prison system and free a bed for a more violent or dangerous offender.

WHEREFORE, for the foregoing reasons and with the premises and circumstances considered, Bush requests that the Alabama Department of Corrections (Classification Division) undertake review of this petition and Bush's institutional file and certify him as a nonviolent offender as set out by §13A-5-9.1 (as amended) within thirty (30) days of receipt of this petition.

Respectfully submitted,


Michael Russell Buch-AIS#149363

[2]

State of Alabama
Unified Judicial System

Form C-34    Rev 6/88

# SUMMONS
## - CIVIL -

Case Number

CV04-1268

**IN THE**   CIRCUIT   **COURT OF**   MONTGOMERY   **COUNTY**

**Plaintiff**   MICHAEL R. BUSH   **v. Defendant**   DONAL CAMPBELL,   et al.

D1

**NOTICE TO**   DONAL CAMPBELL & PAUL WHALEY, ALABAMA DEPARTMENT OF CORRECTIONS
1400 LLOYD STREET, MONTGOMERY, ALABAMA 36104

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT.  A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF OR PLAINTIFF'S ATTORNEY   MICHAEL R. BUSH   WHOSE

**ADDRESS IS**   28779 NICK DAVIS ROAD, HARVEST, ALABAMA 35749

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN   30   DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED by the Alabama Rules of Civil Procedure:**

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant.

☐ Service by certified mail of this summons is initiated upon the written request of
pursuant to the Alabama Rules of Civil Procedure.

Date  6-14-04                                                          **By:**

**Clerk/Register**

☐ Certified Mail is hereby requested.

**Plaintiff's/Attorney's Signature**

**RETURN ON SERVICE:**

☐ Return receipt of certified mail received in this office on

(Date)

☐ I certify that I personally delivered a copy of the Summons and Complaint to
in                                                County,
Alabama on
(Date)

Date                              **Server's Signature**

Address of Server

**Type of Process Server**

State of Alabama
Unified Judicial System

**SUMMONS**

Case Number

**- CIVIL -**

Form C-34    Rev 6/88

*CV04-1268*

**IN THE**    CIRCUIT    **COURT OF**    MONTGOMERY    **COUNTY**

**Plaintiff**    MICHAEL R. BUSH    **v. Defendant**    DONAL CAMPBELL,    et al.

*D2*

**NOTICE TO**    DONAL CAMPBELL & PAUL WHALEY, ALABAMA DEPARTMENT OF CORRECTIONS
1400 LLOYD STREET, MONTGOMERY, ALABAMA 36104

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF OR PLAINTIFF'S ATTORNEY    MICHAEL R. BUSH    WHOSE

ADDRESS IS    28779 NICK DAVIS ROAD, HARVEST, ALABAMA 35749

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN    30    DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED by the Alabama Rules of Civil Procedure:**

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant.

☐ Service by certified mail of this summons is initiated upon the written request of
pursuant to the *Alabama Rules of Civil Procedure*.

Date  6-14-04    By:

Clerk/Register

☐ Certified Mail is hereby requested.

Plaintiff's/Attorney's Signature

**RETURN ON SERVICE:**

☐ Return receipt of certified mail received in this office on

(Date)

☐ I certify that I personally delivered a copy of the Summons and Complaint to
in    County,
Alabama on

(Date)

Date    Server's Signature

Address of Server    Type of Process Server

April 28, 2004

Mr. Michael R. Bush
AIS 149363
28779 Nick Davis Rd
Harvest, Alabama   35749

Mr. Bush:

This letter is to let you know the complaint received by our office from you against State of Alabama cannot be processed at this time.  You must submit either a filing fee of $149.00 or a hardship affidavit for the judge's approval.  Your complaint must have a cover sheet & prepared summons including an address so that the defendant may be served with the complaint.

I am returning your paperwork and have enclosed some forms to help you with this.

Sincerely,

Becky Waits,
Deputy Clerk,
Montgomery County, Alabama

*CV04-1268*
*CNP*

Michael R. Bush #149363
Limestone C.F. Dorm 15
28779 Nick Davis Road
Harvest, Alabama 35749-7009

Melissa Rittenour, Clerk
251 South Lawrence Street
Montgomery, Alabama 35749-7009

RE: WRIT OF MANDAMUS ENTITLED BUSH V DONAL CAMPBELL, et al.

                    May 6, 2004

Dear Mrs./Ms. Rittenour,

    I am in receipt of your letter wherein you returned my
mandamus petition stating my writ could not be proceesed because
I failed to pay a filing fee and that I needed to fill out a
summons for service.

    I am enclosing my petition along with a notarized affidavit
of hardship. In regard to the service, I have already properly
served the Respodnents pursuant to Rule 21 (a), which states:

        "Application for a writ of mandamus or of prohibition directed
        to a judge or judges shall be made by filing a petition therefor
        with the clerk of the appellate court having jurisdiction
        thereof with certificate of service on the respondent judge or
        judges on all parties to the action in the trial court."

    Because a mandamus is in effect an appellate proceeding, my
mandamus was properly served by me on all parties to the action.
If for some reason, you will not process my petition under the
above rule, I am including one more copy for servive upon all
parties, which can be effected as one at the address on the
summons. I have no means of making photocpies of documents and
the ADOC charges fifty cents (¢.50) per page to copy papers.

    Therefore I ask that you review the above cited rule and my
notarized statement of service and filing and properly file the
mandamus and present it to the Judge for an order for a response
from the Respodnents.

    I am sorry to have burdened you with this situation, but the
ADOC is ignoring the law on this and myself and other inmates
eligible for relief under the law are being denied access to the
said law.

    Please reply with the disposition of this matter as soon as
you can in order that I may prepare my remedies.

                    Respectfully submitted,

                    Michael R. Bush
                    Michael R. Bush

MICHAEL R. BUSH - AIS# 149363
LIMESTONE CORRECTIONAL - 15 DORM
28779 NICK DAVIS ROAD
HARVEST, ALABAMA, 35749

"This correspondence is forwarded from
an Alabama State Prison. The contents
have not been evaluated, and the Alabama
Department of Corrections is not
responsible for the substance or content
of the enclosed communication."

MELISSA RITTENOUR, CLERK
251 SOUTH LAWRENCE STREET
MONTGOMERY, ALABAMA, 36104

MAY 2004
Filed
Melissa Rittenour
Circuit Clerk



AVS0702

ALABAMA JUDICIAL DATA CENTER
MONTGOMERY    COUNTY
SERVICE NOTICE

CV 2004 001268.00
CHARLES PRICE

```
------------------------------------------------------------------
|                IN THE CIRCUIT  COURT OF MONTGOMERY    COUNTY    |
|                                                                 |
|  MICHAEL R BUSH VS DONAL CAMPBELL COMMISSIONER & PAUL WHALEY DIRECTOR    D001
|                                                                 |
|                                                                 |
|       BUSH MICHAEL R                     CASE NUMBER: CV 2004 001268 00
|       LIMESTONE C F DORM 14              PARTY NUMBER:C001       |
|       28779 NICK DAVIS ROAD                                     |
|       HARVEST        ,AL  35749-7009                            |
|                                                                 |
|                                                                 |
|                                                                 |
|  THE SUMMONS AND COMPLAINT            WAS SERVED ON CAMPBELL DONAL COMMISS
|  ON 06/15/2004 BY: PERSONAL SERVICE.                            |
|                                                                 |
|       CONCERNING: CAMPBELL DONAL COMMISSIONER                    |
|                   DEPARTMENT OF CORRECTIONS                      |
|                   1400 LLOYD STREET                             |
|                   MONTGOMERY      ,AL  36104-0000              |
|                                                                 |
|                                                                 |
|                                                                 |
|                                                                 |
|                                                                 |
|                                                                 |
|                                                                 |
|              DATE:06/23/2004  CLERK:MELISSA RITTENOUR          |
|                               P O BOX 1667                      |
|                               MONTGOMERY  AL  36102-1667       |
|                               (334)832-1266                    |
------------------------------------------------------------------
```

OPERATOR: RED
PREPARED: 06/23/2004

State of Alabama
Unified Judicial System

**SUMMONS**

**- CIVIL -**

Case Number

! CV04-1268

Form C-34    Rev 6/88

IN THE    CIRCUIT    COURT OF    MONTGOMERY    COUNTY

Plaintiff    MICHAEL R. BUSH    v. Defendant    DONAL CAMPBELL,    et al.

NOTICE TO    DONAL CAMPBELL & PAUL WHALEY, ALABAMA DEPARTMENT OF CORRECTIONS
1400 LLOYD STREET, MONTGOMERY, ALABAMA 36104

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF OR PLAINTIFF'S ATTORNEY    MICHAEL R. BUSH    WHOSE

ADDRESS IS    28779 NICK DAVIS ROAD, HARVEST, ALABAMA 35749

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN    30    DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

TO ANY SHERIFF OR ANY PERSON AUTHORIZED by the Alabama Rules of Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant.

☐ Service by certified mail of this summons is initiated upon the written request of pursuant to the Alabama Rules of Civil Procedure.

Date  6-14-04

_Melissa Patterson_
Clerk/Register    By:

☐ Certified Mail is hereby requested.

Plaintiff's/Attorney's Signature

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on

☒ I certify that I personally delivered a copy of the Summons and Complaint to
_Betty Schell Legal agt_ in _Montgomery_    County,
Alabama on  6-15-04
(Date)

6-15-04
Date

_Glenn Brannich_
Server's Signature    030

Address of Server

Type of Process Server

AVS0702

ALABAMA JUDICIAL DATA CENTER
MONTGOMERY   COUNTY
SERVICE NOTICE

CV 2004 001268.00
CHARLES PRICE

```
|--------------------------------------------------------------------------|
|                                                                          |
|            IN THE CIRCUIT  COURT OF MONTGOMERY     COUNTY                 |
|                                                                          |
|   MICHAEL R BUSH VS DONAL CAMPBELL COMMISSIONER & PAUL WHALEY DIRECTOR  D001|
|                                                                          |
|                                                                          |
|       BUSH MICHAEL R                       CASE NUMBER: CV 2004 001268 00 |
|       LIMESTONE C F DORM 14                PARTY NUMBER:C001              |
|       28779 NICK DAVIS ROAD                                              |
|       HARVEST          ,AL  35749-7009                                   |
|                                                                          |
|                                                                          |
|                                                                          |
|   THE SUMMONS AND COMPLAINT          WAS SERVED ON CAMPBELL DONAL COMMISS|
|   ON 06/15/2004 BY: PERSONAL SERVICE.                                    |
|                                                                          |
|       CONCERNING: CAMPBELL DONAL COMMISSIONER                            |
|                   DEPARTMENT OF CORRECTIONS                              |
|                   1400 LLOYD STREET                                      |
|                   MONTGOMERY      ,AL  36104-0000                        |
|                                                                          |
|                                                                          |
|                                                                          |
|                                                                          |
|                                                                          |
|                                                                          |
|                                                                          |
|                                                                          |
|                                                                          |
|            DATE:06/23/2004   CLERK:MELISSA RITTENOUR                     |
|                             P O BOX 1667                                 |
|                             MONTGOMERY  AL  36102-1667                   |
|                             (334)832-1266                               |
|                                                                          |
|--------------------------------------------------------------------------|
```

OPERATOR: RED
PREPARED: 06/23/2004

State of Alabama
Unified Judicial System

**SUMMONS**
**- CIVIL -**

Case Number

Form C-34    Rev 6/88

*CV04-1268*

IN THE    CIRCUIT    COURT OF    MONTGOMERY    COUNTY

Plaintiff    MICHAEL R. BUSH    v. Defendant    ~~DONAL CAMPBELL~~, et al.
                                                *PAUL WHALEY*

NOTICE TO    ~~DONAL CAMPBELL~~ & PAUL WHALEY, ALABAMA DEPARTMENT OF CORRECTIONS
1400 LLOYD STREET, MONTGOMERY, ALABAMA 36104
THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION
TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN
ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A
COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF OR
PLAINTIFF'S ATTORNEY    MICHAEL R. BUSH    WHOSE

ADDRESS IS    28779 NICK DAVIS ROAD, HARVEST, ALABAMA 35749

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN    30    DAYS AFTER THIS SUMMONS AND COMPLAINT
WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER
THINGS DEMANDED IN THE COMPLAINT.

TO ANY SHERIFF OR ANY PERSON AUTHORIZED by the Alabama Rules of Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action
upon the defendant.

☐ Service by certified mail of this summons is initiated upon the written request of
pursuant to the Alabama Rules of Civil Procedure.

Date    6-14-04    *Melissa Rittenhouse*    By:
                    Clerk/Register

☐ Certified Mail is hereby requested.

                    Plaintiff's/Attorney's Signature

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on

                                                        (Date)
☒ I certify that I personally delivered a copy of the Summons and Complaint to
*Betty Garfield legal agent* in *Montgomery*    County,
Alabama on *6-15-04*
        (Date)

*6-15-04*    ———    *Glenn Brannick*
Date                        Server's Signature
                                *b30*

Address of Server    ———

                    Type of Process Server

                                        *9:00am*

Michael R. Bush #149363
Limestone C.F. Dorm 15
28779 Nick Davis Road
Harvest, Alabama 35749-7009

**Melissa Rittenour, Clerk**
Circuit Court of Montgomery County
251 South Lawrence Street
Montgomery, Alabama 36104

RE: CV-04-1268 (MANDAMUS) (BUSH v Campbell, et al.)

August 31, 2004

Dear Mrs./Ms. Rittenour,

I am writing to obtain information about the above referenced writ of mandamus I filed in this case. My records reflect that the complaint was served on 6/15/04.

Please send to me a complete case action summary and copies of any pleadings filed since service if there are any. I certainly have not received anything since notification of service.

Thank you for taking the time to read my letter and for any assistance rendered on my behalf.

Sincerely,

Michael R. Bush

(CC) FILE

9-14-04 No new actions have been taken on this case since 6/15/04. You can file a motion with Judge Price.

MICHAEL R. BUSH #149363
LIMESTONE C.F. DORM 15
28779 NICK DAVIS ROAD
HARVEST, ALABAMA 35749-7009

"This correspondence is forwarded from
an Alabama State Prison. The contents
have not been evaluated, and the Alabama
Department of Corrections is not
responsible for the substance or content
of the enclosed communication."

SEP 2006
FILED
Melissa Rittenour
Circuit Clerk



361044232

Melissa Rittenour, Clerk
Circuit Court of Montgomery County
251 South Lawrence Street
Montgomery, Alabama 36104



**State of Alabama**
**Alabama Department of Corrections**
101 South Union Street
P. O. Box 301501
Montgomery, AL 36130



BOB RILEY
GOVERNOR

DONAL CAMPBELL
COMMISSIONER

December 15, 2004

Hon. Melissa Rittenour
Circuit Court Clerk
Montgomery County Circuit Court
P.O. Box 1667
Montgomery, AL 36102-1667

Re: <u>Michael R. Bush, AIS #149363 v. Donal Campbell, et al.</u>
CV-2004-1268

Dear Ms. Rittenour:

The above-referenced Petition for Writ of Mandamus is being returned to you. The petition appears to address an issue for the sentencing court rather than for the Alabama Department of Corrections.

Sincerely,

Albert S. Butler
Assistant General Counsel

ASB/elu
Enclosure

Telephone (334) 353-3883          Fax (334) 353-3967