IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION 2006 AUG 14 A 9: 44

|  |  |  |
|---|---|---|
| MICHAEL R. BUSH, | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | | CIVIL ACTION No. |
| | ) | |
| | | **2:06-CV-292-MHT-SRW** |
| PAUL WHALEY, et. al., | ) | |
| Respondents. | ) | |

## NOTICE OF NON-COMPLIANCE WITH COURT'S ORDER

**COMES NOW** Your Plaintiff, Michael R. Bush, in the above styled cause and presents his notice to this Honorable Court of Kim Thomas, of the Alabama Department of Corrections, non-compliance to this Honorable Court's directive and order to show cause (see Doc. 53). Your Plaintiff would show as follows:

1. Your Plaintiff sought intervention and relief from this Honorable Court, including claims that that Kim Thomas ("Thomas") has intentionally and willfully refused to provide legal materials, which has effectively hindered Your Plaintiff's ability to present his claims and objections to this Honorable Court (see Doc. 52).

2. This Honorable Court Ordered the Clerk to serve Thomas with a copy of its Order and that Thomas show cause why its Plaintiff's motion should not be granted (see Doc. 53).

3. As of the date of this filing, August 11, 2006, Thomas has intentionally and willing refused to either provide Your Plaintiff with previous requests, or to show cause as Ordered by the Honorable Court.

4. It is Your Plaintiff's contention that Thomas' actions are an actual denial of meaning access to the courts as guaranteed by the Fourteenth Amendment to the United States Constitution. See *Bounds v. Smith*, 430 U.S. 817.

5. Thomas' actions mirror the defendants actions in Your Plaintiff's state court proceeding, where they have ignored court orders, refused to plead answer or otherwise defend in excess of 32 months. All which has gone unsanctioned by the state court.

## RELIEF REQUESTED

Your Plaintiff respectfully request that this Honorable Court grant him by:

a). ordering Kim Thomas to forthwith produce the legal materials requested (Alaska Community Notification Act);

b). ordering Kim Thomas to provide Your Plaintiff with legal material(s) that maybe needed in the future without undue delay and that any non-compliance could result in sanctions;

c). order that the time in which Your Plaintiff objections are due be suspended until the resolution of the present; and

d). any other and further relief this Honorable Court deems fit and justice.

Respectfully submitted this 11th day of August, 2006.

_____
Michael R. Bush, Plaintiff

## CERTIFICATE OF SERVICE

I, Michael R. Bush, certify that I have served a true copy of the foregoing upon counsel for the Defendants on this 11th day of August, 2006, by placing the same in the hands of prison officials to be mailed via the United States Mail, postage prepaid and properly addressed as follows:

J. Matt Bledsoe
Office of the Attorney General
11 South Union Street
Montgomery, Alabama 36130-0152

Michael W. Robinson
Attorney for the Al. Department of Public Safety
P.O. Box 1511
Montgomery, Alabama 36102-1511

Kim Thomas, Esq.
Legal Division
Alabama Department of Corrections
P.O. Box 301501
Montgomery, Alabama 36130-1501

Michael R. Bush  #149363
L.C.F  12 Dorm
28779 Nick Davis Road
Harvest, Alabama 35749-7009