IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MICHAEL R. BUSH, #149363, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  CIVIL ACTION NO. 2:06-CV-292-MHT |
| | ) |
| PAUL WHALEY, et al., | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

Upon review of the pleadings filed in this case, and for good cause, it is

ORDERED that on or before August 30, 2006 the parties shall advise the court of:

1.  The status of plaintiff's state civil action, *Bush v. Whaley, et al.*, CV-2004-018 (Montgomery County Circuit Court), in which he presents similar claims for relief.

2.  Show cause why disposition of this case should not be stayed pending resolution of the aforementioned state case.

Done, this 18th day of August, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE