IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MICHAEL R. BUSH, #149363, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:06-CV-292-MHT |
| | ) | |
| PAUL WHALEY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ON MOTION**

Upon review of the document filed by the plaintiff on August 14, 2006 (Court Doc. No. 63), which the court construes to contain a motion to compel, and for good cause, it is

ORDERED that this motion be and is hereby GRANTED.  It is further

ORDERED that:

1.  On or before August 29, 2006, Kim Thomas, General Counsel for the Alabama Department of Corrections, shall file a response in compliance with the order entered on July 17, 2006.

2.  On or before August 29, 2006, counsel for the defendants shall show cause why the motion for order of production of legal materials filed by the plaintiff on July 14, 2006 (Court Doc. No. 52) should not be granted.

Done, this 18th day of August, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE