IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MICHAEL BUSH, #149363 | ) |
| | ) |
| Plaintiff, | ) Civil Action No. |
| | ) 2:06-CV-292-MHT |
| V. | ) |
| | ) |
| PAUL WHALEY, et al.; | ) |
| | ) |
| Defendant. | ) |

**MOTION TO FILE RESPONSE OUT OF TIME**

Come now the undersigned counsel, in the above-styled cause, and files this Motion to File a Response Out of Time, stating as follows:

1. On the 17th of July 2006 (Doc. 53), the Honorable Court issued an Order directing the undersigned to Show Cause why the Plaintiff's motion for certain legal publications should not be granted.

2. The undersigned counsel drafted a Response to Show Cause Order and was under the understanding this response was timely filed.

3. That on this date, it was brought to the attention of the undersigned counsel that the Response to Show Cause was not electronically filed with this Honorable Court.

4. That due to the excusable neglect of the undersigned counsel, the response was not timely filed.

5. That contemporaneously filed along with this motion, and attached as "EXHIBIT A", is the Response to Show Cause as previously ordered by this Court.

6. The granting of this Motion would not unduly prejudice the Plaintiff.

Respectfully submitted,

/s/KIM THOMAS (THO115)
KIM T. THOMAS (THO115)
GENERAL COUNSEL
DEPUTY ATTORNEY GENERAL

**ADDRESS OF COUNSEL:**
Alabama Department of Corrections
Legal Division
Post Office Box 301501
Montgomery, Alabama 36130
(334) 353-3885

**CERTIFICATE OF SERVICE**

I hereby certify that on the 18th day of August 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following (or by U.S. Mail to the non-CM-ECF participants):

Inmate Michael R. Bush
AIS #149363
Limestone Correctional Facility
28779 Nick Davis Road
Harvest, Alabama 35749-7009

J. Matt Bledsoe, Esquire
Office of the Attorney General
11 South Union Street
Montgomery, Alabama 36130-0152

Michael W. Robinson, Esquire
Department of Public Safety
Post Office Box 1511
Montgomery, Alabama 36102-1511

by placing copy of same in the United States Mail, first class postage prepaid, and properly addressed this 18th day of August 2006.

/s/KIM THOMAS (THO115)
KIM T. THOMAS
GENERAL COUNSEL