IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MICHAEL R. BUSH, # 149363, | ) |
| Plaintiff, | ) |
| vs. | ) CIVIL ACTION NO. 2:06-CV-292-MHT |
| PAUL WHALEY, et al., | ) |
| Defendants. | ) |

**RESPONSE TO SHOW CAUSE ORDER**

Come now the undersigned counsel, in the above-styled cause, and in accordance with this Honorable Court's Order entered on the 17th day of July 2006 (Doc. 53), state as follows:

1. The Plaintiff alleges he made "repeated requests" for a copy of the Alaska Community Notification Act and these requests were ignored. (Doc. 52, paragraph 1-2)

2. The undersigned counsel receives volumes of mail from inmates regarding a large variety of topics, including requests for legal materials. If the requests for legal materials are reasonably specific and do not require legal research, the legal materials are provided to the Law Library Supervisor at the specific correctional facility. Specific instructions are given to allow the inmate to have access to the materials.

3. The undersigned recalls receiving a request from an inmate for the Alaska

1

EXHIBIT A

Community Notification Act and/or a copy of the case, Smith v. Doe, 538 U.S. 84 (2003). Not knowing how frequently the Alaskan statute was amended, which portion of the statute the inmate wanted, or the particulars of the litigation the inmate was involved in, I did not send the Alaskan statutes. After reading the case Smith v. Doe, 538 U.S. 84 (2003), it was clear the case summarized the pertinent portions of the Alaskan statute to enable a comparison to the Alabama Sex Offender Notification law. I immediately sent a copy of the case, Smith v. Doe, 538 U.S. 84 (2003), to the Law Library Supervisor at the requesting facility. I do not recall receiving another request for this case or the Alaska Community Notification Act.

4. As the Plaintiff has been provided access to Smith v. Doe, 538 U.S. 84 (2003), his Request for Order for Production of Legal Materials (Doc. 52) should be denied.

Respectfully submitted,

/s/KIM THOMAS (THO115)

KIM T. THOMAS (THO115)
GENERAL COUNSEL
DEPUTY ATTORNEY GENERAL

**ADDRESS OF COUNSEL:**
Alabama Department of Corrections
Legal Division
Post Office Box 301501
Montgomery, Alabama 36130
(334) 353-3885

## **CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing pleading upon:

    Inmate Michael R. Bush
    AIS #149363
    Limestone Correctional Facility
    28779 Nick Davis Road
    Harvest, Alabama 35749-7009

    J. Matt Bledsoe, Esquire
    Office of the Attorney General
    11 South union Street
    Montgomery, Alabama 36130-0152

    Michael W. Robinson, Esquire
    Department of Public Safety
    Post Office Box 1511
    Montgomery, Alabama 36102-1511

by placing copy of same in the United States Mail, first class postage prepaid, and properly addressed this 28th day of July 2006.

                                  /s/KIM THOMAS (THO115)

                                  KIM T. THOMAS
                                  GENERAL COUNSEL