IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MICHAEL R. BUSH, #149363, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06-CV-292-MHT |
| | ) |
| PAUL WHALEY, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion for production of legal materials filed by the plaintiff on July 14, 2006 (Court Doc. No. 52), and as the plaintiff has been provided a copy of *Smith v. Doe*, 538 U.S. 84, 123 S.Ct. 1140 (2003), which contains those portions of the Alaska Community Notification Act pertinent to resolution of the issues in this case, it is

ORDERED that the motion for production be and is hereby DENIED.

Done, this 18th day of August, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE