IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MICHAEL R. BUSH, #149363 | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| VS. | ) | CASE NO.: 2:06-CV-292-MHT |
| | ) | |
| PAUL WHALEY, et al. | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS' JOINT RESPONSE TO ORDER TO SHOW CAUSE WHY PLAINTIFF'S MOTION TO COMPEL SHOULD NOT BE GRANTED

**COME NOW** the Defendants, **Paul Whaley, Col. Mike Coppage, Richard Allen, and Troy King,** by and through undersigned counsel, and respond to this Court's Order, dated August 18, 2006, to show cause why Plaintiff's Motion to Compel should not be granted, and in support thereof offer as follows:

1.      Defendants adopt Kim Thomas's Response to Show Cause Order filed as an attachment to Court Doc. No. 68.


Respectfully submitted,


TROY KING
Attorney General


 /s/  J. MATT BLEDSOE
J. MATT BLEDSOE (BLE006)
Assistant Attorney General
Counsel for Defendants King, Allen
 and Whaley

_/s/_ JOSHUA BEARDEN
JOSHUA BEARDEN (BEA070)
Assistant Attorney General
Counsel for Defendants King, Allen
  and Whaley


OF COUNSEL:

OFFICE OF THE ATTORNEY GENERAL
11 South Union Street
Montgomery, AL 36130
(334) 242-7300
(334) 242-2433 (fax)


_/s/_ MICHAEL W. ROBINSON
Michael W. Robinson (ROB123)
Counsel for Defendant Coppage


OF COUNSEL:

ALABAMA DEPARTMENT OF
  PUBLIC SAFETY-LEGAL UNIT
PO Box 1511
Montgomery, AL 36102-1511
(334) 242-4392


## CERTIFICATE OF SERVICE

I hereby certify that I have, this 29th day of August, 2006, served a copy of the foregoing on the plaintiff, by placing same in the United States Mail, postage prepaid and properly addressed as follows:

Michael Bush, #149363
Limestone Correctional Facility
28779 Nick Davis Road
Harvest, AL 35749-7009


_/s/_ J. MATT BLEDSOE
OF COUNSEL