IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MICHAEL R. BUSH, #149363 )<br>)<br>Plaintiff, )<br>)<br>VS. )<br>)<br>PAUL WHALEY, et al. )<br>)<br>Defendants. ) | CASE NO.: 2:06-CV-292-MHT |

**DEFENDANTS' JOINT RESPONSE TO ORDER TO SHOW CAUSE
WHY THIS CASE SHOULD NOT BE STAYED**

**COME NOW** the Defendants, **Paul Whaley, Col. Mike Coppage, Richard Allen, and Troy King,** by and through undersigned counsel, and respond to this Court's Order, dated August 18, 2006, to show cause why this case should not be stayed pending resolution of Bush v. Whaley, et al., CV-2004-018 (Montgomery County Circuit Court) as follows:

1. Defendants' counsel has reviewed the case file for plaintiff's state civil action, Bush v. Whaley, et al., CV-2004-018 (Montgomery County Circuit Court), and has determined to the best of his ability that Judge Price has yet to rule on Plaintiff's Motion for Summary Judgment. See also Ex. B and C attached to Court Doc. No. 6.

2. Defendants have no objection to staying the disposition of this case pending resolution of the aforementioned case.

Respectfully submitted,

TROY KING
Attorney General


 /s/  J. MATT BLEDSOE
J. MATT BLEDSOE (BLE006)
Assistant Attorney General
Counsel for Defendants King, Allen
  and Whaley


 /s/  JOSHUA BEARDEN
JOSHUA BEARDEN (BEA070)
Assistant Attorney General
Counsel for Defendants King, Allen
  and Whaley


OF COUNSEL:

OFFICE OF THE ATTORNEY GENERAL
11 South Union Street
Montgomery, AL  36130
(334) 242-7300
(334) 242-2433 (fax)




 /s/  MICHAEL W. ROBINSON
Michael W. Robinson  (ROB123)
Counsel for Defendant Coppage


OF COUNSEL:

ALABAMA DEPARTMENT OF
  PUBLIC SAFETY-LEGAL UNIT
PO Box 1511

Montgomery, AL  36102-1511
(334) 242-4392

## CERTIFICATE OF SERVICE

       I hereby certify that I have, this 29th day of August, 2006, served a copy of the foregoing on the plaintiff, by placing same in the United States Mail, postage prepaid and properly addressed as follows:

    Michael Bush, #149363
    Limestone Correctional Facility
    28779 Nick Davis Road
    Harvest, AL  35749-7009


                                      /s/  J. MATT BLEDSOE
                                      OF COUNSEL