IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MICHAEL R. BUSH, #149363, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:06cv292-MHT |
| | ) | |
| PAUL WHALEY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

There being no objections filed to the Recommendation of the Magistrate Judge filed herein on June 13, 2006 (Doc. No. 41), said Recommendation is hereby adopted, and it is the

ORDER, JUDGMENT and DECREE of the court that:

1. The motion for preliminary injunction (Doc. No. 3) filed by the plaintiff is DENIED.

2. This case is referred back to the Magistrate Judge for additional proceedings

DONE, this the 6th day of September, 2006.

　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE