IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MICHAEL R. BUSH, ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | CIVIL ACTION No. |
| ) | **2:06-CV-292-MHT-SRW** |
| PAUL WHALEY, et. al., ) | |
| Respondents. ) | |

**MOTION TO FILE OUT-OF-TIME RESPONSE**

**COMES NOW** your Plaintiff, Michael R. Bush, pro se, in the above styled cause and moves this Honorable Court for permission to file his response to this Honorable Court's Order (Doc. 64) to show cause why this cause should not be stayed pending the resolution of its Plaintiff's state court action. In support thereof, your Plaintiff presents and shows as follows:

1. Your Plaintiff has institutional job obligation that have hindered his ability and time to access the prison law library.

1

2. The institutional law library has been closed on numerous occasions because of "lock-down" conditions at the institution. Thus, hindering and limiting the time in which your Plaintiff had access.

3. Because of the aforementioned, your Plaintiff was unable able to meet the date in which this Honorable Court has set for the filing of his answer.

4. Your Plaintiff will have his answer filed with this Honorable Court no later than September 6, 2006.

## PRAYER

Wherefore, premises and circumstance considered herein, your Plaintiff prays that this Honorable Court allow him to present his out-of-time answer on or before the date shown above.

Respectfully submitted this 29th day of August, 2006.

_____
Michael R. Bush, Plaintiff

## CERTIFICATE OF SERVICE

I, Michael R. Bush, certify that I have served a true of the foregoing upon counsel for the Defendants on this 29th day of August, 2006, by placing the same in the United States Mail, postage prepaid and properly addressed as follows:

Joshua Bearden (BEA 070)
Office of the Attorney General
11 South Union Street
Montgomery, Alabama 36130-0152

Michael R. Bush #149363
L.C.F.   12 Dorm
28779 Nick Davis Road
Harvest, Alabama 35749-7009