IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MICHAEL R. BUSH, | ) | |
| Plaintiff, | ) | |
| Vs. | ) | CIVIL ACTION No. |
| | ) | 2:06-CV-292-MHT-SRW |
| PAUL WHALEY, et. al., | ) | |
| Respondents. | ) | |

**PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE
WHY THIS ACTION SHOULD NOT BE STAYED**

**COMES NOW** your Plaintiff, Michael R. Bush, pro se, pursuant to this Honorable Court's Order (See Doc. 64) to show cause why this Honorable should not be stayed pending the resolution of the Plaintiff's state court action, <u>Bush v. Whaley, et al.</u>, CV-2004-018 (Montgomery County). In support thereof, your Plaintiff presents and shows as follows:

1. Your Plaintiff objects to the transfer of this action, or any issues presented therein, to the referred to state action.

2. It is your Plaintiff's contention that the state court action has remained pending in excess of 31 months with little if any action on part of the trial court or the defendants. As to the defendants, they have willing refused to answer, plead or otherwise defend the

1

action in the state court. These are not mere assertion, but are undisputable facts. (See Doc. 17, Exhibit 2). It was not until the filing of the instant 42 U.S.C §1983 action that the defendants offered any type of responsive pleading. Thus, staying the instant action until the resolution of the state action would be futile, whereas, there no adequate state court relief exist.

3. This Honorable Court has exclusive and original subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331, and 1343. Therefore, the jurisdiction is proper.

4. The instant suit is one under 42 U.S.C. §1983 seeking declaratory and injunctive relief against a state statute on the ground that the statute is invalid and contrary to the United States Constitution. See *Dennis v. Higgins*, 498 U.S. 439 (1991); *National Private Truck Council v. Oklahoma Tax Comm'n*, 515 U.S. 582 (1995). "When federal claims are premised on 42 U.S.C. § 1983 . . . we have not required exhaustion of state judicial or administrative remedies." *Steffel v. Thompson*, 415 U.S. 452 (1974). See also *Self-Ins. Inst. of America, Inc. v. Korioth*, 993 F.2d 479, 482 (5th Cir. 1993). Your Plaintiff does not present any claims of "state law," only claims that the Act is in direct conflict and imposes upon rights secured him by the Constitution of the United States. The case and controversy is properly before this Honorable Court.

Respectfully submitted this 5th day of September, 2006.

_____
Michael R. Bush, Plaintiff

2

## CERTIFICATE OF SERVICE

I, Michael R. Bush, certify that I have served a true of the foregoing upon counsel for the Defendants on this 5th day of September, 2006, by placing the same in the United States Mail, postage prepaid and properly addressed as follows:

Joshua Bearden (BEA 070)
Office of the Attorney General
11 South Union Street
Montgomery, Alabama 36130-0152

Michael R. Bush  #149363
L.C.F. / 12 Dorm
28779 Nick Davis Road
Harvest, Alabama 35749-7009