IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MICHAEL R. BUSH, | ) | |
| Plaintiff, | ) | |
| Vs. | ) | CIVIL ACTION No. |
| | ) | 2:06-CV-292-MHT-SRW |
| PAUL WHALEY, et. al., | ) | |
| Defendants. | ) | |

## PLAINTIFF'S MOTION FOR RECONSIDERATION OF COURT'S DENYING MOTION FOR PRODUCTION OF LEGAL DOCUMENTS

**COMES** your Plaintiff and presents his objections to this Honorable Court's Order (See Doc. 70) denying its Plaintiff's request for pertinent legal materials. In support, your Plaintiff presents and shows as follows:

1. First, your Plaintiff objects to the fact that Kim Thomas has *not* served him with copies of any requests, motions, or other documents filed with this Honorable Court concerning his requests for production of legal materials. The *only* notice received is that

1

of this Honorable Court's Order denying its Plaintiff's request.[1] Kim Thomas is a seasoned attorney and knows that any pleadings filed with the court are to be served upon all parties. Your Plaintiff contends that Mr. Thomas' actions were intentional to avoid a rebuttal and/or objections by your Plaintiff.

2. While it is unknown by your Plaintiff the exact nature of Mr. Thomas' answer it is anticipated by your Plaintiff that Mr. Thomas suggested to this Honorable Court that the Alaska statute is unneeded because it is referred to in the *Smith v. Doe*, 538 US 84 (2003). Although the requested may be referred in *Smith*, *supra*, the Supreme Court's references are incomplete and do not cite any of the Alaska statute in its entirety. Thus, it is your Plaintiff's contention that forcing him to litigate his cause without being provided the Alaska statute, when it is available to all defendants, is in effect a denial of meaningful access to the courts as guaranteed by the First and Fourteenth Amendments to the United States Constitution.

3. Kim Thomas' objections and contentions, not to provide your Plaintiff with a copy of the requested are offered in bad faith. Mr. Thomas would not be prejudiced, other than affording your Plaintiff meaningful access and ability to present his claims to the court. The fact is, Mr. Thomas' fight not to provide the requested is much more

---

[1] Your Plaintiff has attempted to obtain legal mail records from institutional officials to show that no pleadings have been received from Kim Thomas but is meeting hurdles and delays, thus he attaches an affidavit as sworn testimony that no pleadings have been received by Mr. Thomas (See Attachment #1).

costly than it would be to simply forward the materials needed. Thus, any contention Mr. Thomas may have had are unfounded and without merit.[2]

4. Your Plaintiff avers that Mr. Thomas' refusal; coupled with his contentions, show his ability and willingness to deny your Plaintiff due process of law and other constitutional protections.

5. Your Plaintiff respectfully request that this Honorable Court not take lightly the fact the Mr. Thomas is not only counsel for ADOC, but is in fact an assistant attorney general for the State of Alabama. This, you Plaintiff avers is evidence of why he is unwilling to provide and fulfill your Plaintiff's requests. He is simply advocating for the parties to this action whom employs him, i.e. the Attorney General and ADOC.

*Wherefore* circumstances and premises considered herein, your Plaintiff prays that this Honorable Court reconsider its previous Order denying its Plaintiff's request for Kim Thomas to provide his with a copy of the Alaska Community Notification Act in its entirety.

Respectfully submitted this 5th day of September, 2006.

_____
Michael R. Bush, Plaintiff

---

[2] Your Plaintiff submits sworn testimony - via affidavit - of other inmates whom have requested in-state and out-of-state statutes, case law and other materials which were provided without contention (See Exhibits #2-3).

3

## CERTIFICATE OF SERVICE

I, Michael R. Bush, certify that I have served a true of the foregoing upon counsel for the Defendants on this 5th day of September, 2006, by placing the same in the United States Mail, postage prepaid and properly addressed as follows:

Joshua Bearden (BEA 070)
Office of the Attorney General
11 South Union Street
Montgomery, Alabama 36130-0152

Kim Thomas, General Counsel
Alabama Department of Corrections
Legal Division
P.O. Box 301501
Montgomery, Alabama

_____
Michael R. Bush  #149363
L.C.F.   12 Dorm
28779 Nick Davis Road
Harvest, Alabama 35749-7009

4