# AFFIDAVIT OF MICHAEL RUSSELL BUSH

STATE OF ALABAMA    )

COUNTY OF LIMESTONE )

Before the undersigned authority, a NOTARY PUBLIC, in and for said county and State personally appears Michael Russell Bush, who after first being duly sworn deposes and says as follows:

I am over the age or 21 years and competent to make this affidavit. The information herein is based on personal knowledge.

I motioned the Court for an order to issue upon Kim Thomas, legal counsel for the ADOC, to provide me with a copy of the Alaska Community Notification statute. Thereafter, the Magistrate ordered Kim Thomas to show cause why she should not grant my request.

Later, after Mr. Thomas failed to respond, I sought relief with the Court. I never received any answer from Mr. Thomas. I was informed that Mr. Thomas had filed a response when I received an order from the Court denying my motion.

I have inquired into records here at the institution to prove that I have received no mail from Mr. Thomas or any other person from his office (all legal

#1

mail is signed by the inmate when received and the officer who has inspected the mail).

It is my sworn testimony that I have never received any documentation from Mr. Thomas or his office concerning my motion for production of legal materials. I maintain that I cannot effectively present my claims to the Court without the requested statute.

SWORN TO AND SUBSCRIBED THIS 5th DAY OF SEPTEMBER, 2006.

_____
NOTARY PUBLIC

_____
MICHAEL R. BUSH, AFFIANT

COMMISSION EXPIRES 9-25-07