# AFFIDAVIT OF DENVER HOLLOWAY

STATE OF ALABAMA §
COUNTY OF LIMESTONE §

Before the undersigned authority, a NOTARY PUBLIC, in and for said county and State, personally appears Denver Holloway, who after first being duly sworn, deposes and says as follows:

I, Denver Holloway, am over the age of 21 years and competent to make this affidavit; this affidavit is based on personal knowledge and is submitted in good faith.

I am an inmate confined at Limestone Correctional facility. I work as an institutional law library clerk. I have assisted and helped prepare Michael Bush's litigation regarding the Community Notification Act in both his state and federal court actions. During the period since the filing of the state court action, I have personal knowledge that the legal division of the Alabama Department of Corrections has consistently failed to send Mr. Bush case law, statutes and other legal material he has requested through the institutional law library officer and U.S. Mail. Mr. Bush requested a copy of the newly amended version of the Community Notification Act but it was never sent. I then submitted the same request and received the material within 10 days.

Based on personal knowledge in my job as a law clerk, inmates requesting legal material unavailable on the LEXIS NEXIS database are provided the material without question. I have personally witnessed Mr. Bush prepare and submit requests to Kim Thomas of the Alabama Department of Corrections requesting various cases, statutes and rules which went unfilled. The legal division promptly supplies out-of-state statutes, cases and rules from other states and circuits at inmates' requests. However, Mr. Bush's requests for out-of-state statutes and case decisions regarding sex offender registration have been ignored. I have submitted other inmates' requests to the institutional law library officer seeking the same material and these requests were filled while Mr. Bush's were not.

FURTHER AFFIANT SAITH NOT.

SWORN AND SUBSCRIBED BEFORE ME THIS 5 DAY OF AUGUST, 2006.

_____
NOTARY PUBLIC

_____
DENVER HOLLOWAY, AFFIANT

COMMISSION EXPIRES 9-26-07

#2