# *AFFIDAVIT OF PATRICK CHAREST*

**STATE OF ALABAMA** :

**LIMESTONE COUNTY** :

**BEFORE ME** the undersigned authority, in and for said same county, State, did appear one Patrick J. Charest AIS# 182262, whom stated under penalty of perjury to the best of his knowledge, information and belief the following:

1. My name is Patrick J. Charest, I am over the age of nineteen and competent to execute this Affidavit, which is based upon first hand knowledge of matter before this Honorable Court concerning the receipt of legal materials from the Alabama Department of Corrections concerning multiple out-of-state cases.

2. I am an inmate presently confined, housed within the Alabama Department of Corrections (ADOC), specifically at Limestone Correctional facility; on numerous occasions I personally have requested from the legal officer over the ADOC for out-of-state cases, and two (2) times while housed at Atmore, Alabama in Escambia County, for out-of-state statutes dealing with a child custody dispute, in Pensacola, Florida, all of which the ADOC has furnished said documents to their assigned localities, for my purview, for accessing legal information in accord with due process.

#3

3. I maintain that the documents I'm referring too, out-of-state case law, and statutes have not been denied me by the ADOC, and when requested, concerning with my child custody case, minor child, first in Pensacola, Florida, then a year later, in Colorado Springs, Colorado, such out-of-state cases, statutes have been promptly forwarded to both localities, first in Atmore, Alabama, and thereinafter at Limestone County, in Athens, Alabama.

4. I affirm, attest to the best of my knowledge, information, that the above statements are true and correct, and that I remain readily willing, able to testify competently in behalf of this Affidavit, as drawn from personal first-hand knowledge of the review of out-of-state cases, statutes for defending my Constitutional Rights.

**SWORN TO** and **SUBSCRIBED** before me this _5_ day of _Sep_, 2006.

_____
PATRICK J. CHAREST #182262

_Mark Reeve_
**NOTARY PUBLIC AT LARGE:**

_9-26-07_
**COMMISSION EXPIRES:**

ii