IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED

2006 SEP -8 A 10: 16

| | | |
|---|---|---|
| MICHAEL R. BUSH, | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | CIVIL ACTION No. |
| | ) | 2:06-CV-292-MHT-SRW |
| PAUL WHALEY, et. al., | ) | |
| Defendants. | ) | |

PLAINTIFF'S REQUEST FOR SERVICE OF MOTIONS,
REQUESTS AND PLEADINGS PREVIOUSLY FILED

Your Plaintiff respectfully moves this Honorable Court for an order to issue upon Kim Thomas of the Alabama Department of Corrections to comply with Rule 5 of the *Federal Rule of Civil Procedure*. In support thereof, your Plaintiff presents and shows as follows:

1. Your Plaintiff previously motioned this Honorable Court for an order to issue upon Kim Thomas of the Alabama Department of Corrections to supply him with a complete copy of the Alaska Community Notification *as addressed* by the United States Supreme Court in Smith v Doe, 538 US 84 (2003).

1

2. This Honorable Court Ordered Mr. Thomas to show cause as to why it should not grant its Plaintiff request.

3. Kim Thomas failed to comply with this Honorable Court's directive and order, therefore, your Plaintiff filed a motion notifying the Honorable Court of Mr. Thomas' non-compliance.

4. Apparently, Mr. Thomas, proceeding *ex parte*, filed a motion with this Honorable Court seeking permission to respond out-of-time; your Plaintiff never received a copy of this request.

5. Thereafter, it seems as though Mr. Thomas filed a response, *ex parte*, but <u>did not</u> serve your Plaintiff a copy. (See Pl. Motion for Recon., Exhibit #1). This, your Plaintiff contends, is improper and unprofessional of Mr. Thomas. Mr. Thomas is a seasoned attorney who knows well the requirements of service of pleadings.

6. Your Plaintiff avers that on of the purposes of Rule 5 is to afford all parties to an action notice and opportunity of an opposing parties position. This purpose has not been provided in the instant.

7. Your Plaintiff would further aver that he cannot maintain a compete record of all pleadings that may be required to prepare future oppositions without be provided copies of all of Mr. Thomas' filings.

2

## RELIEF REQUESTED

Your Plaintiff respectfully moves this Honorable Court to issue an order upon Kim Thomas of the Alabama Department of Corrections to serve its Plaintiff with copies of *all* motion, requests and/or pleadings filed with this Honorable Court concerning his request for legal materials.

## PRAYER

Wherefore, circumstances and premises considered herein, your Plaintiff prays that this Honorable Court grant him the relief requested herein.

Respectfully submitted this 5th day of September, 2006.

_____
Michael R. Bush, Plaintiff

## CERTIFICATE OF SERVICE

I, Michael R. Bush, certify that I have served a true of the foregoing upon counsel for the Defendants on this 5th day of September, 2006, by placing the same in the United States Mail, postage prepaid and properly addressed as follows:

Joshua Bearden (BEA 070)
Office of the Attorney General
11 South Union Street
Montgomery, Alabama 36130-0152


Kim Thomas, General Counsel
Alabama Department of Corrections
Legal Division
P.O. Box 301501
Montgomery, Alabama

　　　　　　　　　　　　　　　　／s／ Michael R. Bush
　　　　　　　　　　　　　　　　Michael R. Bush #149363
　　　　　　　　　　　　　　　　L.C.F. / 12 Dorm
　　　　　　　　　　　　　　　　28779 Nick Davis Road
　　　　　　　　　　　　　　　　Harvest, Alabama 35749-7009

4