IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 SEP 11  A 9:34

| | |
|---|---|
| MICHAEL R. BUSH, ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | CIVIL ACTION No. |
| ) | 2:06-CV-292-MHT-SRW |
| PAUL WHALEY, et. al., ) | |
| Respondents. ) | |

## MOTION FOR ENLARGEMENT OF TIME

**COMES NOW** Your Plaintiff pursuant to Rule 6(b)(1), *Fed.R.Civ.P.*, and moves this Honorable Court for an enlargement of time in which to file his response to the respondents' special report. In support thereof, Your Plaintiff presents and shows as follows:

1. Your Plaintiff is unlearned in the science of law and his litigation and research is largely dependant upon the assistance of other inmates. Thus, his dependency on others hinders his ability to meet the date in which this Honorable Court has set.

1

2. The institutional law library is limited in its materials (see Pl. Objections to Legal Material, 9/5/06), space and hours, thereby, hindering your Plaintiff's ability to meet the current date.

3. The because of your Plaintiff's inexperience in litigation (being dependant upon others) combined with the complexities and novelties of the issues raised, by both the respondents and himself, additional time is needed to insure a proper response. Moreover, due to this Honorable Court's cautioning that a failure to respond properly could result in the dismissal his complaint and/or waiver claims.

4. Your Plaintiff's request for an enlargement of time will not prejudice the respondents and is not sought for any improper purpose.


WHEREFORE, base on the foregoing, Your Plaintiff respectfully requests an additional 45 days, allowing him until October 21, 2006, to file his response to the respondents' special report.


Respectfully submitted this 5th day of September, 2006.


_____
Michael R. Bush, Plaintiff

2

## CERTIFICATE OF SERVICE

I, Michael R. Bush, certify that I have served a true copy of the foregoing upon counsel for the Defendants on this 5th day of September, 2006, by placing the same in the hands of prison officials to be mailed via the United States Mail, postage prepaid and properly addressed as follows:

Joshua Bearden (BEA 070)
Office of the Attorney General
11 South Union Street
Montgomery, Alabama 36130-0152

Michael R. Bush  #149363
L.C.F.  12 Dorm
28779 Nick Davis Road
Harvest, Alabama 35749-7009