IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MICHAEL R. BUSH, #149363, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06-CV-292-MHT |
| | ) |
| PAUL WHALEY, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion for reconsideration filed by the plaintiff on September 8, 2006 (Court Doc. No. 77), and as those portions of the Alaska Community Notification Act relevant to the ex post facto and due process claims now before this court are contained in *Smith v. Doe*, 538 U.S. 84, 123 S.Ct. 1140 (2003) and quoted in the Recommendation entered on June 13, 2006 (Court Doc. No. 41), copies of which have been made available to the plaintiff, it is

ORDERED that the motion for reconsideration be and is hereby DENIED.

DONE, this 11th day of September, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE