IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MICHAEL R. BUSH, #149363, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06-CV-292-MHT |
| | ) |
| PAUL WHALEY, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion for service of documents filed by the plaintiff on September 8, 2006 (Court Doc. No. 79), and for good cause shown, it is

ORDERED that this motion be and is hereby GRANTED. It is further

ORDERED that on or before September 18, 2006 Kim Thomas shall furnish to the plaintiff a copy of his motion to file response out of time and attached response (Court Doc. No. 68) filed on August 18, 2006.

DONE, this 11th day of September, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE