IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MICHAEL R. BUSH, #149363, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06-CV-292-MHT |
| | ) |
| PAUL WHALEY, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion for enlargement of time filed by the plaintiff on September 11, 2006 (Court Doc. No. 80), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED to the extent allowed by this order.  The plaintiff is GRANTED an extension from September 6, 2006 to and including October 6, 2006 to file a response to the defendants' special reports in compliance with the order entered on August 18, 2006 (Court Doc. No. 65).

DONE, this 11th day of September, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE