IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

2006 SEP 13 A 10: 17

| | | |
|---|---|---|
| MICHAEL R. BUSH, | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | CIVIL ACTION No. |
| | ) | 2:06-CV-292-MHT-SRW |
| PAUL WHALEY, et. al., | ) | |
| Respondents. | ) | |

## MOTION CONTINUANCE OR STAY OF JUDGMENT OR OTHER ACTION

**COMES NOW** you Plaintiff, Michael R. Bush, pro se, pursuant to Rule 56(f) of the *Federal Rule of Civil Procedure* and respectfully requests a stay of any further action by this Honorable Court and parties to this cause pending affidavits, interrogatories, discovery and other pertinent documents. In support thereof, your Plaintiff declares and presents as his testimony in support as follows:

1. The defendants have submitted their special report, which they also title and pray to be acknowledged as their joint motion for summary judgment.

2. Your Plaintiff - a layman in the law - has read and begun a study of the arguments and authorities cited within defendants' special report/motion for summary

1

judgment and is unable to effectively present a response that could defeat the heightened burden of pleading and proof of summary judgment.

3. It is your Plaintiff's declaration and sworn testimony that granting the instant request, thereafter ordering affidavits, interrogatories, discovery and other pertinent documents to be answered, provided and/or produced will enable him to meet his burden of pleading and proof (showing a material issue of fact) as directed by this Honorable Court. (See Doc.65)

3. Your Plaintiff is requesting the following:

*Defendants Whaley and Allen:*

**a.** ADOC policies, procedures and regulations concerning the classification of inmates and their duty under the law to apply the Act (to include materials pertinent to your Plaintiff's classification).

**b.** Defendants Whaley's obligations, duties and responsibilities as the Director of Classification.

**c.** Defendants Allen's obligations, duties and responsibilities as the Commissioner of the ADOC.

*Defendant Coppage:*

**d.** Obligations, duties and responsibilities as the Director of the DPS.

**e.** DPS policies, procedures and regulations concerning the Act, their duty under the law to apply the Act and to whom and when is the Act applicable.

2

f. Listing of all sex offenders whom are currently under the provisions of the Act (§15-20-20 et seq.) and the dates of conviction.

g. Listing of all sex offenders whom are currently under the provisions of §13A-11-200 et seq. and the dates of conviction.

h. Listing of all sex offenders whom are currently under the provisions of §§15-20-1 through 15-20-5 and the dates of conviction.

*Defendant King:*

i. Any opinions, memorandums or the like (heretofore) which have been written by himself or any agent or employee of his office concerning the Act and its application.

j. Copy of the Act in its current state. This is to include <u>all</u> amendments whether currently published or not.

k. Listing of all person (male/female) convicted of any crime listed in §15-20-21(4), from 1970 through 1995.

l. Listing of all court actions (state and federal) and their disposition, include name of party(s), action or docket number, and name of court.

m. Your Plaintiff reasserts his need for a copy of the entire Alaska Act (Megan's Law) as was in effect when addressed by the United States Supreme Court in <u>Smith v. Doe</u>, 538 U.S. 84 (2003).

4. Your Plaintiff declares, and it is his sworn testimony, that none of the requested is for any improper purpose, but material to the issues presented and are necessary in order for him to meet his burden of pleading and proof (showing a material issue of fact) as directed by this Honorable Court. (See Doc.65). Your Plaintiff's sworn testimony is that foregoing will show that:

    **a.** Defendants Whaley, Allen, Coppage, and King are not, as a matter of law and fact, entitled to immunity.

    **b.** Defendants Whaley and Allen, King and Coppage are acting outside of and contrary to their policies, procedures and regulations in their denial of your Plaintiff's constitutional right to substantive and procedural due process.

    **c.** Contrary to their assertions, Defendants Whaley and Allen are the responsible agency for implementing the Act upon you Plaintiff, as defined by their policies, procedures and regulations, as well as state law.

    **d.** Materials, admissions and interrogatories related to Defendant Coppage are expected to show that the Act is being applied unequally and unconstitutionally.

    **e.** Materials, admissions and interrogatories related to Defendant King are expected to show further disparity in the implementation and application of the Act and will factually support the materials received from Defendant Coppage.

    **f.** In addition, materials, admissions and interrogatories relating to Mr. King will show that his opinion and the opinions of his office are that the Act is a

4

"deterrent" (which historically represents punishment for ex post facto purposes) and that he along with law enforcement officials drafted "a law based upon behavior [they] want to curb and actions [they] want to punish."[1] Thus, the materials, is designed to punish despite the defendants' special report/summary judgment.

5. The defendants' special report/summary judgment motion is the fist time Plaintiff's claims have been addressed by the respondents, therefore, until the present any requests for discovery or the like would have been untimely and improper.

Wherefore, circumstance and premises considered herein, your Plaintiff prays that this Honorable Court will grant a stay or continuance of the proceedings until evidentiary material as listed above (but not limit to) are provided.

Due to the unavailability of a Notary Public at the time of mailing, I, Michael R. Bush, pursuant to 28 U.S.C. §1746, declare and certify under the penalty of perjury under the laws of the United States that the foregoing is true and correct and present the foregoing as my sworn testimony. Executed on this 5th day of September, 2006.

_____
Michael R. Bush, Plaintiff

---

[1] Quoting Defendant Troy King addressing the Alabama Community Notification Act. (See Tuscaloosa News, September 1, 2006, p. 9A.)

5

## CERTIFICATE OF SERVICE

I, Michael R. Bush, certify that I have served a true of the foregoing upon counsel for the Defendants on this 5th day of September, 2006, by placing the same in the United States Mail, postage prepaid and properly addressed as follows:

Joshua Bearden (BEA 070)
Office of the Attorney General
11 South Union Street
Montgomery, Alabama 36130-0152


_____
Michael R. Bush  #149363
L.C.F.   12 Dorm
28779 Nick Davis Road
Harvest, Alabama 35749-7009

6