IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MICHAEL R. BUSH, ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | CIVIL ACTION No. |
| ) | 2:06-CV-292-MHT-SRW |
| PAUL WHALEY, et. al., ) | |
| Respondents. ) | |

## PLAINTIFF'S REQUEST FOR LEAVE TO PROPOUND INTERROGATORIES

**COMES NOW** your Plaintiff, Michael R. Bush, pro se, pursuant to Rule 26 and Rule 33 of the *Federal Rules of Civil Procedure,* and request leave from this Honorable Court to propound interrogatories upon Defendants Paul Whaley, Richard Allen, Colonel Coppage, and Troy King. In support thereof, your Plaintiff presents and shows as follows:

1. The defendants' have presented their special report, which they purport and pray to be accepted by this Honorable Court as their motion for summary judgment.

2. This Honorable ordered its Plaintiff to submit a response addressing each claim and defense presented by the defendants.

1

3. Your Plaintiff sought an extension in order to review the pleading carefully.

4. The same day (9/5/06), your Plaintiff filed his sworn testimony in a Motion for Continuance or Stay of Judgment showing this Honorable Court reasons why discovery is needed.

5. Your Plaintiff - a layman in the law - has read and begun a study of the arguments, authorities and exhibits presented in the defendants' special report/motion for summary judgment and is unable to effectively present a response that could defeat the heightened burden of pleading and proof of summary judgment (showing material issues of fact).

6. Your Plaintiff further states that all interrogatories are relevant to the claims presented and are not sought for any improper purpose.

7. Your Plaintiff would further state that allowing him to propound his interrogatories upon the defendants will enable him to narrow his discovery (requests for documents) needs, allowing him the opportunity to show issues of material fact do exist.

Wherefore, premises considered herein, your Plaintiff prays this Honorable Court will issue an order upon the named respondents to answer the interrogatories presented. Respectfully submitted this 11th day of September, 2006.

_____
Michael R. Bush, Plaintiff

## CERTIFICATE OF SERVICE

I, Michael R. Bush, certify that I have served a true copy of the foregoing upon counsel for the Defendants on this 11th day of September, 2006, by placing the same in the hands of prison officials to be mailed via the United States Mail, postage prepaid and properly addressed as follows:

Joshua Bearden (BEA 070)
Office of the Attorney General
11 South Union Street
Montgomery, Alabama 36130-0152

_/s/ Michael R. Bush_
Michael R. Bush  #149363
L.C.F.  12 Dorm
28779 Nick Davis Road
Harvest, Alabama 35749-7009