IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MICHAEL R. BUSH, | ) |
| Plaintiff, | ) |
| | ) |
| Vs. | ) CIVIL ACTION No. |
| | ) 2:06-CV-292-MHT-SRW |
| PAUL WHALEY, et. al., | ) |
| Respondents. | ) |

**PLAINTIFF'S FIRST REQUEST FOR INTERROGATORIES
TO DEFENDANT TROY KING**

Pursuant to Rule 26 and Rule 33 of the *Federal Rules of Civil Procedure*, Plaintiff requests that Defendant Troy King to answer the following interrogatories:

1. Please describe in as much detail as possible your responsibilities, duties, and as the Attorney General for the State of Alabama.

2. Please provide a listing of any supervisors and/or superiors to whom delegate or define your duties and responsibilities.

3. Please provide a complete listing, i.e. name, number, title, and/or section, of all statutes, manuals, rules, regulations, and policies in which define your duties.

1

4. Is the Alabama Community Notification Act ("Act") applied to persons convicted prior to its enactment?

5. If the Act is applied to a person convicted prior to its enactment what provision of the Act allows or mandates it is to be applied in such a manner? Be specific as possible.

6. If the Act is applied to a person convicted prior to its enactment provide the procedure (citing name, number, title, and/or section of all statutes, manuals, rules, regulations, and policies) currently being used to apply the Act to persons convicted before its enactment.

7. Is the Alabama Department of Corrections ("ADOC") the "responsible agency" to implement and/or apply the Act upon a person being released from their custody?

8. If the ADOC is the "responsible agency", under what authority, i.e. statute, regulation, policy) do you rely upon?

9. Are there any type of hearings and due process protections for persons contesting the implementation and application of the Act?

10. If any hearings and due process protections are in place, what are those protections?

11. If any hearings and due process protections are in place, how are would a contestant obtain a hearing or be provided due process protections?

12. Please describe in as much detail as possible what action have you taken to resolve that pending State action <u>Bush v. Whaley et al.</u>, CV-04-018 (Montgomery County).

13. Have you complied with all lawful court orders in the State action <u>Bush v. Whaley et al.</u>, CV-04-018 (Montgomery County)? In your answer, please provide as much detail as possible concerning your compliance.

14. Do §§13A-11-200 et seq., 15-20-1 through 15-20-5 (Article I), and 15-20-20 et seq. (Article II) continue to have a field of operation?

15. Are you currently a party to any litigation, whether federal or state, concerning any sex offender registering statute of Alabama?

16. Have you or anyone under your supervision written or issued any opinions, memorandums, or the like concerning the Act?

17. Have you had any part in the drafting of the Act in its current state?

18. If so, what part did you have in the drafting of the Act or any part therein?

19. In your opinion, is that the Act designed to deter or prevent persons either convicted or not from committing future acts of sexual deviate behavior?

Respectfully submitted this 11th day of September, 2006.

_/s/ Michael R. Bush_
Michael R. Bush, Plaintiff

## CERTIFICATE OF SERVICE

I, Michael R. Bush, certify that I have served a true copy of the foregoing upon counsel for the Defendants on this 11th day of September, 2006, by placing the same in the hands of prison officials to be mailed via the United States Mail, postage prepaid and properly addressed as follows:

Joshua Bearden (BEA 070)
Office of the Attorney General
11 South Union Street
Montgomery, Alabama 36130-0152

Michael R. Bush  #149363
L.C.F. 12 Dorm
28779 Nick Davis Road
Harvest, Alabama 35749-7009

4