IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MICHAEL R. BUSH, | ) |
| Plaintiff, | ) |
| | ) |
| Vs. | )   CIVIL ACTION No. |
| | ) |
| | 2:06-CV-292-MHT-SRW |
| PAUL WHALEY, et. al., | ) |
| Respondents. | ) |

**PLAINTIFF'S FIRST REQUEST FOR INTERROGATORIES
TO DEFENDANT PAUL WHALEY**

Pursuant to Rule 26 and Rule 33 of the *Federal Rules of Civil Procedure*, Plaintiff requests that Defendant Paul Whaley answer the following interrogatories:

1. Please describe in as much detail as possible your responsibilities, duties, and as the Director of Classification.

2. Please provide a listing of all supervisors and/or superiors to whom delegate or define your duties and responsibilities.

3. Please provide a listing, i.e. name, number, title, and/or section, of all manuals, rules, regulations and policies of the ADOC concerning your duties.

1

4. Please provide a listing, i.e. name, number, title, and/or section, of all manuals, rules, regulations and policies of the ADOC concerning the classification of its inmates.

5. Please describe in as much detail as possible the types of information or documentation the ADOC relies upon in classifying inmates.

6. Please provide a listing of the agencies that provide the information or documentation relied upon in the classification of inmates.

7. Please describe the how documentation (see #3, 4) is received by the ADOC and does the ADOC require proof of the document(s) validity and authenticity.

8. Is there an appellate process for decisions made by either you or classification specialists under your supervision? If so, please describe in as much detail as possible the process.

9. Is there any written manuals, policy, rule, or regulation, and/or S.O.P. used by the ADOC to determine who will be classified a sex offender? Please provide name, number, title, and/or section, of all manuals, policy, rule, or regulation, and/or S.O.P.

10. If a person is classified a "sex offender" is the ADOC required to notify any other state of federal agency for registering purposes? If so, please list the name of the agency, address, and phone number, and name of the person who forwards the information and name of the person receiving the information.

11. If the ADOC is required to notify any other state or federal agency of a person having a sex offense incarcerated in its prison system, when is this notification done, i.e. time of intake, progress review, release from prison.

12. What is the purpose of an "S" being placed at the end of persons AIS#? Provide as much detail as to this purpose as possible.

13. Please describe in as much detail as possible what action have you taken to resolve that pending State action <u>Bush v. Whaley et al.</u>, CV-04-018 (Montgomery County).

14. Have you complied with all lawful court orders in the State action <u>Bush v. Whaley et al.</u>, CV-04-018 (Montgomery County)? In your answer, please provide as much detail as possible concerning your compliance.

Respectfully submitted this 11th day of September, 2006.

Michael R. Bush, Plaintiff

3

## CERTIFICATE OF SERVICE

I, Michael R. Bush, certify that I have served a true copy of the foregoing upon counsel for the Defendants on this 11th day of September, 2006, by placing the same in the hands of prison officials to be mailed via the United States Mail, postage prepaid and properly addressed as follows:

Joshua Bearden (BEA 070)
Office of the Attorney General
11 South Union Street
Montgomery, Alabama 36130-0152

*(signature)*
Michael R. Bush  #149363
L.C.F. 12 Dorm
28779 Nick Davis Road
Harvest, Alabama 35749-7009