IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MICHAEL R. BUSH, | ) |
| Plaintiff, | ) |
| | ) |
| Vs. | ) CIVIL ACTION No. |
| | ) |
| | ) 2:06-CV-292-MHT-SRW |
| PAUL WHALEY, et. al., | ) |
| Respondents. | ) |

PLAINTIFF'S FIRST REQUEST FOR INTERROGATORIES
TO DEFENDANT COLONEL COPPAGE

Pursuant to Rule 26 and Rule 33 of the *Federal Rules of Civil Procedure*, Plaintiff requests that Defendant Colonel Coppage to answer the following interrogatories:

1. Please describe in as much detail as possible your responsibilities, duties, and as the Director of the DPS.

2. Please provide a listing of any supervisors and/or superiors to whom delegate or define your duties and responsibilities.

3. Please provide a complete listing, i.e. name, number, title, and/or section, of all statutes, manuals, rules, regulations, and policies in which define your duties.

1

4. If a person is considered a "sex offender", whom is currently within the State of Alabama, whether confined or not, is the DPS required to notify any other state of federal agency?

5. If the DPS is required to notify any other state or federal agency, is that limited to those free citizens or does it include those confined as well?

6. If the DPS is required to notified any other agency, federal or state, please list the name of the agency, address, and phone number, and name of the person who forwards the information and name of the person receiving the information.

7. Is the Alabama Community Notification Act ("Act") applied to persons convicted prior to its enactment?

8. If the Act is applied to persons convicted prior to its enactment, what provision of the Act states it is to be applied in such a manner? Be specific as possible.

9. If the Act is applied to persons convicted prior to its enactment, provide the manner or method (citing name, number, title, and/or section of all statutes, manuals, rules, regulations, and policies) used to apply the Act to persons convicted before its enactment.

10. Please provide a complete listing, i.e. name, number, title, and/or section, of all statutes, manuals, rules, regulations, and policies of the DPS relating to the Act and its implementation, application and enforcement.

11. Is the Alabama Department of Corrections ("ADOC") the "responsible agency" to implement and/or apply the Act upon a person being released from their custody?

12. If the ADOC is the "responsible agency", under what authority, i.e. statute, regulation, policy) do you rely upon?

13. Are there any type of hearings and due process protections for persons contesting the implementation and application of the Act?

14. If any, what are those protections? (See #11).

15. If any, how are the performed or sought by the contestant? (See 11, 12).

16. Please describe in as much detail as possible what action have you taken to resolve that pending State action <u>Bush v. Whaley et al.</u>, CV-04-018 (Montgomery County).

17. Have you complied with all lawful court orders in the State action <u>Bush v. Whaley et al.</u>, CV-04-018 (Montgomery County)? In your answer, please provide as much detail as possible concerning your compliance.

18. Do §§13A-11-200 et seq., 15-20-1 through 15-20-5 (Article I), and 15-20-20 et seq. (Article II) continue to have a field of operation?

19. What duties does the DPS have under each; §§13A-11-200 et seq., 15-20-1 through 15-20-5 (Article I), and 15-20-20 et seq.?

20. Are you currently a party to any litigation, whether federal or state, concerning any sex offender registering statute of Alabama?

Respectfully submitted this 11th day of September, 2006.

_____
Michael R. Bush, Plaintiff

## CERTIFICATE OF SERVICE

I, Michael R. Bush, certify that I have served a true copy of the foregoing upon counsel for the Defendants on this 11th day of September, 2006, by placing the same in the hands of prison officials to be mailed via the United States Mail, postage prepaid and properly addressed as follows:

Joshua Bearden (BEA 070)
Office of the Attorney General
11 South Union Street
Montgomery, Alabama 36130-0152

_____
Michael R. Bush  #149363
L.C.F. 12 Dorm
28779 Nick Davis Road
Harvest, Alabama 35749-7009

4