IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MICHAEL BUSH, #149363 | ) |
| Plaintiff, | ) Civil Action No. |
| V. | ) 2:06-CV-292-MHT |
| PAUL WHALEY, et al.; | ) |
| Defendant. | ) |

### RESPONSE TO ORDER ON MOTION

Come now the Defendants, in the above-styled cause, and in accordance with this Honorable Court's Order entered on the 11th day of September, 2006 files the following:

1. Motion to File Response Out of Time

2. Response to Show Cause Order

Respectfully submitted,

/s/KIM THOMAS (THO115)
KIM T. THOMAS (THO115)
GENERAL COUNSEL
DEPUTY ATTORNEY GENERAL

**ADDRESS OF COUNSEL:**
Alabama Department of Corrections
Legal Division
Post Office Box 301501
Montgomery, Alabama 36130
(334) 353-3885

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of September 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following (or by U.S. Mail to the non-CM-ECF participants):

> Inmate Michael R. Bush
> AIS #149363
> Limestone Correctional Facility
> 28779 Nick Davis Road
> Harvest, Alabama 35749-7009
>
> J. Matt Bledsoe, Esquire
> Office of the Attorney General
> 11 South Union Street
> Montgomery, Alabama 36130-0152
>
> Michael W. Robinson, Esquire
> Department of Public Safety
> Post Office Box 1511
> Montgomery, Alabama 36102-1511

by placing copy of same in the United States Mail, first class postage prepaid, and properly addressed this 14th day of September 2006.

/s/KIM THOMAS (THO115)
KIM T. THOMAS
GENERAL COUNSEL

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MICHAEL BUSH, #149363 | ) |
| | ) |
| Plaintiff, | ) Civil Action No. |
| | ) 2:06-CV-292-MHT |
| V. | ) |
| | ) |
| PAUL WHALEY, et al.; | ) |
| | ) |
| Defendant. | ) |

### MOTION TO FILE RESPONSE OUT OF TIME

Come now the undersigned counsel, in the above-styled cause, and files this Motion to File a Response Out of Time, stating as follows:

1. On the 17th of July 2006 (Doc. 53), the Honorable Court issued an Order directing the undersigned to Show Cause why the Plaintiff's motion for certain legal publications should not be granted.

2. The undersigned counsel drafted a Response to Show Cause Order and was under the understanding this response was timely filed.

3. That on this date, it was brought to the attention of the undersigned counsel that the Response to Show Cause was not electronically filed with this Honorable Court.

4. That due to the excusable neglect of the undersigned counsel, the response was not timely filed.

5. That contemporaneously filed along with this motion, and attached as "EXHIBIT A", is the Response to Show Cause as previously ordered by this Court.

6. The granting of this Motion would not unduly prejudice the Plaintiff.

Respectfully submitted,

/s/KIM THOMAS (THO115)
KIM T. THOMAS (THO115)
GENERAL COUNSEL
DEPUTY ATTORNEY GENERAL

**ADDRESS OF COUNSEL:**
Alabama Department of Corrections
Legal Division
Post Office Box 301501
Montgomery, Alabama 36130
(334) 353-3885

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of August 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following (or by U.S. Mail to the non-CM-ECF participants):

> Inmate Michael R. Bush
> AIS #149363
> Limestone Correctional Facility
> 28779 Nick Davis Road
> Harvest, Alabama 35749-7009
>
> J. Matt Bledsoe, Esquire
> Office of the Attorney General
> 11 South Union Street
> Montgomery, Alabama 36130-0152
>
> Michael W. Robinson, Esquire
> Department of Public Safety
> Post Office Box 1511
> Montgomery, Alabama 36102-1511

by placing copy of same in the United States Mail, first class postage prepaid, and properly addressed this 18th day of August 2006.

/s/KIM THOMAS (THO115)
KIM T. THOMAS
GENERAL COUNSEL

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MICHAEL R. BUSH, # 149363, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CIVIL ACTION NO. 2:06-CV-292-MHT ) |
| PAUL WHALEY, et al., | ) ) |
| Defendants. | ) ) ) |

### RESPONSE TO SHOW CAUSE ORDER

Come now the undersigned counsel, in the above-styled cause, and in accordance with this Honorable Court's Order entered on the 17th day of July 2006 (Doc. 53), state as follows:

1. The Plaintiff alleges he made "repeated requests" for a copy of the Alaska Community Notification Act and these requests were ignored. (Doc. 52, paragraph 1-2)

2. The undersigned counsel receives volumes of mail from inmates regarding a large variety of topics, including requests for legal materials. If the requests for legal materials are reasonably specific and do not require legal research, the legal materials are provided to the Law Library Supervisor at the specific correctional facility. Specific instructions are given to allow the inmate to have access to the materials.

3. The undersigned recalls receiving a request from an inmate for the Alaska

1

EXHIBIT A

Community Notification Act and/or a copy of the case, Smith v. Doe, 538 U.S. 84 (2003). Not knowing how frequently the Alaskan statute was amended, which portion of the statute the inmate wanted, or the particulars of the litigation the inmate was involved in, I did not send the Alaskan statutes. After reading the case Smith v. Doe, 538 U.S. 84 (2003), it was clear the case summarized the pertinent portions of the Alaskan statute to enable a comparison to the Alabama Sex Offender Notification law. I immediately sent a copy of the case, Smith v. Doe, 538 U.S. 84 (2003), to the Law Library Supervisor at the requesting facility. I do not recall receiving another request for this case or the Alaska Community Notification Act.

4. As the Plaintiff has been provided access to Smith v. Doe, 538 U.S. 84 (2003), his Request for Order for Production of Legal Materials (Doc. 52) should be denied.

Respectfully submitted,

/s/KIM THOMAS (THO115)

KIM T. THOMAS (THO115)
GENERAL COUNSEL
DEPUTY ATTORNEY GENERAL

**ADDRESS OF COUNSEL:**
Alabama Department of Corrections
Legal Division
Post Office Box 301501
Montgomery, Alabama 36130
(334) 353-3885

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 18th day of August 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following (or by U.S. Mail to the non-CM-ECF participants):

> Inmate Michael R. Bush
> AIS #149363
> Limestone Correctional Facility
> 28779 Nick Davis Road
> Harvest, Alabama 35749-7009
>
> J. Matt Bledsoe, Esquire
> Office of the Attorney General
> 11 South Union Street
> Montgomery, Alabama 36130-0152
>
> Michael W. Robinson, Esquire
> Department of Public Safety
> Post Office Box 1511
> Montgomery, Alabama 36102-1511

by placing copy of same in the United States Mail, first class postage prepaid, and properly addressed this 18th day of August 2006.

> /s/KIM THOMAS (THO115)
> KIM T. THOMAS
> GENERAL COUNSEL