IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MICHAEL R. BUSH, #149363, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06-CV-292-MHT |
| | ) |
| PAUL WHALEY, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon review of the request for leave to propound interrogatories filed by the plaintiff on September 13, 2006 (Court Doc. No. 86), which the court construes as a motion for leave to conduct discovery, and for good cause, it is

ORDERED that:

1. This motion be and is hereby GRANTED.

2. On or before October 13, 2006, the defendants shall object or otherwise respond to the interrogatories propounded by the plaintiff.

3. All further requests for discovery shall be accompanied by a motion for leave to file.

4. Any request for discovery must be filed with the court and served upon the proper party on or before October 13, 2006.

5. Responses to such requests for discovery shall be filed within thirty (30) days of the date the motion/request is filed with this court.

6. Any requests for discovery filed after October 13, 2006 will **not** be considered by the court unless the party seeking the discovery establishes the existence of exceptional circumstances.

DONE, this 15th day of September, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE