IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MICHAEL R. BUSH, | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | CIVIL ACTION No. |
| | ) | 2:06-CV-292-MHT-SRW |
| PAUL WHALEY, et. al., | ) | |
| Respondents. | ) | |

**PLAINTIFF'S FIRST REQUEST FOR INTERROGATORIES
TO DEFENDANT RICHARD ALLEN**

Pursuant to Rule 26 and Rule 33 of the *Federal Rules of Civil Procedure*, Plaintiff requests that Defendant Richard Allen answer the following interrogatories:

1. Please describe in as much detail as possible your responsibilities, duties, and as the Commissioner of the ADOC.

2. Please provide a listing of any supervisors and/or superiors to whom delegate or define your duties and responsibilities.

1

3. Please provide a complete listing, i.e. name, number, title, and/or section, of all statutes, manuals, rules, regulations and policies concerning in which define your duties.

4. If a person is classified a "sex offender" is the ADOC required to notify any other state of federal agency for registering purposes? If so, please list the name of the agency, address, and phone number, and name of the person who forwards the information and name of the person receiving the information.

5. If the ADOC is required to notify any other state or federal agency of a person having a sex offense incarcerated in its prison system, when is this notification done, i.e. time of intake, progress review, release from prison.

6. Please describe in as much detail as possible what action have you taken to resolve that pending State action <u>Bush v. Whaley et al.</u>, CV-04-018 (Montgomery County).

7. Have you complied with all lawful court orders in the State action <u>Bush v. Whaley et al.</u>, CV-04-018 (Montgomery County)? In your answer, please provide as much detail as possible concerning your compliance.

8. Whose duty is it to insure that the Classification Division of the ADOC follows the policies, rules and regulations of the ADOC?

9. Who assigns these positions? (See #8).

Respectfully submitted this 11th day of September, 2006.

*Michael R. Bush*
Michael R. Bush, Plaintiff

## CERTIFICATE OF SERVICE

I, Michael R. Bush, certify that I have served a true copy of the foregoing upon counsel for the Defendants on this 11th day of September, 2006, by placing the same in the hands of prison officials to be mailed via the United States Mail, postage prepaid and properly addressed as follows:

Joshua Bearden (BEA 070)
Office of the Attorney General
11 South Union Street
Montgomery, Alabama 36130-0152

*Michael R. Bush*
Michael R. Bush #149363
L.C.F. 12 Dorm
28779 Nick Davis Road
Harvest, Alabama 35749-7009