IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MICHAEL R. BUSH, #149363, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. 2:06-CV-292-MHT ) |
| PAUL WHALEY, et al., | ) ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion for continuance or stay of judgment filed by the plaintiff on September 13, 2006 (Court Doc. No. 85), and for good cause, it is

ORDERED that:

1. This motion be and is hereby GRANTED to the extent that the plaintiff seeks an extension of time to file a response to the defendants' written report.

2. This motion be and is hereby DENIED in all other respects.

3. The plaintiff be GRANTED an extension from October 6, 2006 to and including October 30, 2006 to file a response to the defendants' special reports in compliance with the order entered on August 18, 2006 (Court Doc. No. 65).

DONE, this 15th day of September, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE