IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MICHAEL R. BUSH, #149363,    )
        )
    Plaintiff,    )
        )
v.    )   CIVIL ACTION NO. 2:06-CV-292-MHT
        )
PAUL WHALEY, et al.,    )
        )
    Defendants.    )

**ORDER**

Upon review of the pleadings filed in this case, the proposal of settlement submitted by the plaintiff on June 15, 2006 (Court Doc. No. 46), and the response thereto filed by the defendants on June 29, 2006 (Court Doc. No. 50), it is

ORDERED that on or before September 28, 2006 the defendants shall file a supplemental response which advises the court of their specific reasons for determining that "settlement is not possible" under the terms proposed by the plaintiff.

DONE, this 15th day of September, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE