IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MICHAEL R. BUSH, ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | CIVIL ACTION No. |
| ) | 2:06-CV-292-MHT-SRW |
| PAUL WHALEY, et. al., ) | |
| Respondents. ) | |

**PLAINTIFF'S REQUEST FOR ENLARGEMENT OF
TIME TO CONDUCT DISCOVERY**

**COMES NOW** Your Plaintiff pursuant to Rule 6(b)(1), *Fed.R.Civ.P.*, and moves this Honorable Court for an enlargement of time in which to conduct discovery. In support thereof, Your Plaintiff presents and shows as follows:

1. Your Plaintiff has sought and been granted leave by this Honorable Court to propound his request for interrogatories upon Defendants Paul Whaley, Richard Allen, Colonel Coppage, and Troy King. (See Doc. 86 & 88 respectively).

2. Your Plaintiff is preceding pro se in this action. Your Plaintiff is uneducated in the science of law, court rules and procedures (largely reliant upon assistance of other

1

inmates), and such disadvantages him when trained and seasoned counsel represents the defendants. Thus, with judicial economy and expediency in mind, your Plaintiff is carefully tailoring and propounding interrogatories upon defendants which, upon completion of interrogatories, will enable him to seek other and further detailed discovery without requesting broad and irrelevant materials. Simply stated, the scope of your Plaintiff's discovery requests is dependent upon the defendants' answers to interrogatories.

3. Your Plaintiff's desire is to complete his interrogatories upon defendants and provided answers thereto. Thereafter, proceeding with his requests for other evidentiary materials as provided for in Rule 26 and Rule 33 of the *Federal Rules of Civil Procedure.*

4. Your Plaintiff only seeks the opportunity to seek discovery as provided for by Rule 26 and Rule 33 of the *Federal Rules of Civil Procedure* that would allow him the opportunity to overcome the burden of pleading and proof that is before him.

5. The requested relief will not cause any undue prejudice to any party to this action.

**RELIEF REQUESTED**

Your Plaintiff respectfully requests that this Honorable Court amend its previous Order (Doc. 88) by:

a. Allowing your Plaintiff twenty-one (21) days (November 3, 2006) after defendants answer to interrogatories are received to review and conduct research on the

2

defendants objections and/or answers to the propounded further interrogatories, admissions, and/or discovery materials (if needed) as allowed by Rule 26 and Rule 33 and other applicable Rules of the *Federal Rules of Civil Procedure.*

b. After any further requests are presented, setting a reasonable time for each party to either object or answer to the requested.

c. Any other and further relief this Honorable Court deems appropriate that would afford the party's to this action due process of law.

Wherefore, circumstances and premises considered herein, your Plaintiff prays for relief as stated herein be granted. Thus, allowing him the opportunity to effectively present his claims to this Honorable Court.

Respectfully submitted this 21st day of September, 2006.

*/s/ Michael R. Bush*
Michael R. Bush, Plaintiff

3

## CERTIFICATE OF SERVICE

I, Michael R. Bush, certify that I have served a true copy of the foregoing upon counsel for the Defendants on this 21st day of September, 2006, by placing the same in the hands of prison officials to be mailed via the United States Mail, postage prepaid and properly addressed as follows:

Joshua Bearden (BEA 070)
Office of the Attorney General
11 South Union Street
Montgomery, Alabama 36130-0152

Michael R. Bush #149363
L.C.F. 12 Dorm
28779 Nick Davis Road
Harvest, Alabama 35749-7009