IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MICHAEL R. BUSH, #149363, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06-CV-292-MHT |
| | ) |
| PAUL WHALEY, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion for enlargement of time to conduct discovery filed by the plaintiff on September 25, 2006 (Court Doc. No. 97), and for good cause, it is

ORDERED that:

1. This motion be and is hereby GRANTED to the extent allowed by this order.

2. The date for filing discovery requests be extended from October 13, 2006 to and including November 2, 2006.

3. Any request for discovery must be (i) accompanied by a motion for leave to file the request, and (ii) filed with the court and served upon the proper party on or before November 2, 2006.

4. Responses to requests for discovery shall be filed within thirty (30) days of the date the motion/request is filed with this court.

5. Any requests for discovery filed after November 2, 2006 will **not** be considered by the court unless the party seeking the discovery establishes the existence of exceptional

circumstances.

      DONE, this 26th day of September, 2006.


                                        /s/ Susan Russ Walker
                                        SUSAN RUSS WALKER
                                        UNITED STATES MAGISTRATE JUDGE