IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MICHAEL R. BUSH, #149363 | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| VS. | ) CASE NO.: 2:06-CV-292-MHT |
| | ) |
| PAUL WHALEY, et al. | ) |
| | ) |
| Defendants. | ) |

**DEFENDANTS' JOINT RESPONSE TO ORDER TO SUPPLEMENT RESPONSE TO THE PROPOSAL OF SETTLEMENT SUBMITTED BY THE PLAINTIFF**

**COME NOW** the Defendants, **Paul Whaley, Col. Mike Coppage, Richard Allen, and Troy King,** by and through undersigned counsel, and respond to this Court's Order, dated September 15, 2006, to file a supplemental response which advises the court of their specific reasons for determining that "settlement is not possible" under terms proposed by the plaintiff as follows:

1.  Plaintiff was accused of sexually molesting a seven-year-old child in January of 1984.

2.  According to the information listed under "probable cause" for the issuance of a warrant for Michael Russell Bush's arrest, that seven-year-old child told Pat Howells that on four (4) occasions during December 1983 and January 1984… Bush remove[d] her clothes and lay on top of her moving up and down… [and] on one occasion Michael Bush told her to perform oral sex and she complied.

3. As a result of the issuance of the warrant above, Mr. Bush was arrested in 1992, brought before the Circuit Court of Escambia County, Florida, and pleaded *nolo contendre* to charges of attempted sexual battery/use of force.

4. Ala. Code § 15-20-21 defines an adult criminal sex offender as:

> " A person convicted of a criminal sex offense, including a person who has pleaded nolo contendre to a criminal sex offense, regardless of whether adjudication was withheld."

and defines criminal sex offense as:

> "Any of the following offenses: …
>
> d. Sexual abuse in the first or second degree as proscribed by Section 13A- 6-66 or 13A-6-67…
>
> k. Any solicitation, attempt, or conspiracy to commit any of the offenses listed in paragraphs a. to j., inclusive…
>
> l. Any crime committed in any state or a federal, military, Indian, or a foreign country jurisdiction which, if it had been committed in this state under the current provisions of law, would constitute an offense listed in paragraphs a. to k., inclusive."

5. Mr. Bush is an adult criminal sex offender residing in the State of Alabama, and subject to the Community Notification Act.

6. Mr. Bush proposes as settlement that the Defendants agree that "Michael Russell Bush will not be subject as a result of the former plea of *nolo*

*contendere* to any provision of Section 15-20-20 et seq., known and cited as the 'Community Notification Act,' in the State of Alabama, present or in the future." See (Court Doc. No. 46) (emphasis in the original)

7. Mr. Bush's settlement proposal is unacceptable to the Defendants, because it does not follow legislative intent. See Ala. Code § 15-20-20.1.

8. Furthermore, Defendants do not believe that they have the authority to enter into an agreement that would preclude the application of the Community Notification Act, as no such exclusion is defined by statute.

Respectfully submitted,

TROY KING
Attorney General

 /s/ J. MATT BLEDSOE
J. MATT BLEDSOE (BLE006)
Assistant Attorney General
Counsel for Defendants King, Allen
 and Whaley

 /s/ JOSHUA BEARDEN
JOSHUA BEARDEN (BEA070)
Assistant Attorney General
Counsel for Defendants King, Allen
 and Whaley

OF COUNSEL:

OFFICE OF THE ATTORNEY GENERAL
11 South Union Street
Montgomery, AL 36130
(334) 242-7300
(334) 242-2433 (fax)

      /s/ MICHAEL W. ROBINSON
Michael W. Robinson (ROB123)
Counsel for Defendant Coppage

OF COUNSEL:

ALABAMA DEPARTMENT OF
PUBLIC SAFETY-LEGAL UNIT
PO Box 1511
Montgomery, AL 36102-1511
(334) 242-4392

## CERTIFICATE OF SERVICE

I hereby certify that I have, this 26th day of September, 2006, served a copy of the foregoing on the plaintiff, by placing same in the United States Mail, postage prepaid and properly addressed as follows:

Michael Bush, #149363
Limestone Correctional Facility
28779 Nick Davis Road
Harvest, AL 35749-7009

      /s/ J. MATT BLEDSOE
OF COUNSEL