IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MICHAEL R. BUSH, #149363 ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| VS. ) | CASE NO.: 2:06-CV-292-MHT |
| ) | |
| PAUL WHALEY, et al. ) | |
| ) | |
| Defendants. ) | |

## MOTION FOR ENLARGEMENT OF TIME

COMES NOW the Defendant, **Richard Allen**, and, pursuant to Rule 6(b)(1) Fed.R.Civ.P., moves for an enlargement of time in which to file his Answer to Plaintiff's Interrogatories. In support of the foregoing, Defendant shows as follows:

1. Counsel for the ADOC has informed the undersigned that Commissioner Allen is leaving for Europe in the next few days, and will not return until October 23, 2006.

2. Commissioner Allen's response to Plaintiff's Interrogatories in this cause is due October 13, 2006.

3. Undersigned counsel will not be able to get the Commissioner's response or signature until after October 23, 2006.

5. This enlargement is not requested for any improper purpose and should not prejudice or disadvantage the Plaintiff.

WHEREFORE, based on the foregoing, Defendant respectfully requests an enlargement of time to answer Plaintiff's Interrogatories to Richard Allen.

RESPECTFULLY SUBMITTED,

TROY KING
ATTORNEY GENERAL
KIN047


s/ *J. Matt Bledsoe*_____
J. Matt Bledsoe (BLE 006)
ASSISTANT ATTORNEY GENERAL



OF COUNSEL:


OFFICE OF THE ATTORNEY GENERAL
11 South Union Street
Montgomery, AL  36130
(334) 242-7443
(334) 242-2433 (fax)

**CERTIFICATE OF SERVICE**

I hereby certify that I have, this 28th day of September, 2006, served a copy of the foregoing on the following persons, by placing same in the United States Mail, postage prepaid and properly addressed as follows:

Michael Bush, #149363
Limestone Correctional Facility
28779 Nick Davis Road
Harvest, AL  35749-7009

Kim Thomas, Esq.
Department of Corrections
State of Alabama
301 South Ripley Street
Montgomery, AL  36130

Joshua Bearden, Esq.
Assistant Attorney General
11 South Union Street
Montgomery, AL  36130

Michael W. Robinson, Esq.
Alabama Dept. of Public Safety
Legal Unit
PO Box 1511
Montgomery, AL  36102-1511

/s/ *J. MATT BLEDSOE*
OF COUNSEL