IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MICHAEL R. BUSH, | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | CIVIL ACTION No. |
| | ) | 2:06-CV-292-MHT-SRW |
| PAUL WHALEY, et. al., | ) | |
| Respondents. | ) | |

### PLAINTIFF'S NOTICE OF CHANGE OF ADDRESS

COMES NOW your Plaintiff, Michael R. Bush, pro se, in the above styled cause and hereby gives his notice to this Honorable Court and the parties to this action of his change of address. Any and all matters related this the above action should be forwarded to the Plaintiff, Michael R. Bush, at 4662 Hermitage Rd., Mobile, Alabama 36619. All parties are notified that this change takes effect immediately.

Respectfully submitted this 25th day of September, 2006.

_____
Michael R. Bush, Plaintiff

## CERTIFICATE OF SERVICE

I, Michael R. Bush, certify that I have served a true copy of the foregoing upon counsel for the Defendants on this 25th day of September, 2006, by placing the same in United States Mail, postage prepaid and properly addressed as follows:

Joshua Bearden (BEA 070)
Office of the Attorney General
11 South Union Street
Montgomery, Alabama 36130-0152


Michael R. Bush
4662 Hermitage Rd.
Mobile, Alabama 36619