IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MICHAEL R. BUSH, | ) |
| Plaintiff, | ) ) ) |
| VS. | ) CASE NO.: 2:06-CV-292-MHT |
| PAUL WHALEY, et al. | ) ) ) |
| Defendants. | ) |

## SUPPLEMENTAL SPECIAL REPORT

**COME NOW**, the Defendants, **Paul Whaley and Richard Allen,** by and through Troy King, Attorney General for the State of Alabama, via undersigned counsel, and do hereby submit the following Supplemental Special Report.

## PARTIES

1. The Plaintiff, Michael Bush, ("Mr. Bush") was an Alabama Department of Corrections ("ADOC") inmate, who now resides in Mobile, Alabama.

2. Mr. Bush has named the following Defendants:

    a. Paul Whaley ("Director Whaley"), Director, Classification Division of the ADOC.

    b. Richard Allen ("Commissioner Allen"), Commissioner of the ADOC.

    c. Troy King ("Attorney General King"), Attorney General of the State of Alabama.

    d. Colonel Mike Coppage ("Colonel Coppage"), Director of the Alabama Department of Public Safety ("ADPS").

### PLAINTIFF'S ALLEGATIONS AND DEMANDS

Mr. Bush seeks declaratory relief, a temporary restraining order and damages. Mr. Bush alleges in his complaint that Defendants have violated his constitutional rights. Specifically, Mr. Bush alleges:

1. Ala. Code § 15-20-20, et seq. (1975), otherwise known as "The Community Notification Act" ("the Act"), violates Mr. Bush's due process rights because application of the Act would deprive Mr. Bush of life, liberty, property, and reputation.

2. The Act violates Mr. Bush's right to Equal Protection under the law.

3. The Act violates the "*Ex Post Facto* clause of Article 1, § 10 of the United States Constitution," because he would have pled "not guilty" to the charge of sexual battery had he known that years later he would be classified as a sex offender based on the *nolo contendere* plea he entered.

4. The Act violates the "Bill of Attainder Clause of 1, § 10 of the United States Constitution."

5. The Act violates Mr. Bush's right to Equal Protection under the law, because he is being treated as an adult sex offender when he should be treated as a juvenile sex offender.

6. The Act as applied to him violates his Eighth Amendment rights to be free from cruel and unusual punishment.

7. The Act denies Mr. Bush of his Substantive and Procedural Due Process rights.

8. The Act violates Mr. Bush's Fourteenth Amendment right to seek employment.

9. The Act violates Mr. Bush's First Amendment right to freely associate with his family.

## DEFENDANTS' EXHIBITS

1. Exhibit A – Affidavit of Dianne Sisk, Administrative Support Assistant for the Alabama Department of Corrections (ADOC).

2. Exhibit B – Screen from ADOC mainframe showing Mr. Bush is no longer in custody.

## DEFENDANTS' RESPONSE

1. Mr. Bush is no longer in the custody of the ADOC.

2. Defendants Commissioner Allen and Director Whaley cannot provide the injunctive relief sought by Mr. Bush.

## SUMMARY JUDGMENT STANDARD

Summary judgment is proper if the pleadings, affidavits and documents submitted to the court show that there is no genuine issue of material fact. Anderson v. Liberty Lobby, Inc., 477 U.S. 242, 249-250 (1986). Once the movant has established that there is no genuine issue, then the burden shifts to the non-movant to rebut the movant's prima facie showing. Celotex Corp. v. Catrett, 477 U.S. 323 (1986). Unless the non-movant can submit substantial evidence that a genuine issue of material fact does exist, the movant is entitled to summary judgment. Id. Merely submitting restated allegations of the complaint is not sufficient to meet the non-movant's burden. Morisky v. Broward County, 80 F.3d. 445, 448-449 (11th Cir. 1996). This case is ripe for summary judgment because there is no genuine issue of fact to Mr. Bush's claims and the Defendants are entitled to judgment as a matter of law.

## STATEMENT OF UNDISPUTED FACTS

Mr. Bush is no longer in the custody of the ADOC. (Ex. A & B.)

## ARGUMENT OF FACT AND LAW

**I.  Claims against Director Whaley**

Mr. Bush is no longer in the custody of the ADOC, and therefore, Director Whaley cannot provide the injunctive relief sought by Mr. Bush. (Ex. A & B.) Mr. Bush cannot maintain a claim against Director Whaley

4

for classifying Mr. Bush as a sex offender for purposes of prisoner classification. As this Court stated in <u>Black v. McDonnell</u>, 2006 WL 1180795, *2 (M.D. Ala.), a prisoner "has no constitutional right to a specific classification and/or security status, correctional officials may change his classification for a good reason, a bad reason, or no reason at all."

### II. Claims against Richard Allen.

Mr. Bush is no longer in the custody of the ADOC, and therefore, Commissioner Allen cannot provide the injunctive relief sought by Mr. Bush. (Ex. A & B.) Mr. Bush cannot maintain a claim against Commissioner Allen for classifying Mr. Bush as a sex offender for purposes of prisoner classification. See <u>Black</u>, above.

### CONCLUSION

Based on the foregoing, Defendants **Paul Whaley and Richard Allen** respectfully request that this court consider treating this Supplemental Special Report as a Motion for Summary Judgment, and enter judgment in favor of the Defendants.

***DEFENDANTS REQUEST A HEARING ON THIS ISSUE***

RESPECTFULLY SUBMITTED,

TROY KING
ATTORNEY GENERAL
KIN047


/s/ *J. Matt Bledsoe*_____
J. Matt Bledsoe (BLE 006)
ASSISTANT ATTORNEY GENERAL
Counsel for Defendants, Troy King,
 Richard Allen and Paul Whaley


OF COUNSEL:

OFFICE OF THE ATTORNEY GENERAL
11 South Union Street
Montgomery, AL  36130
(334) 242-7300
(334) 242-2433 (fax)

**CERTIFICATE OF SERVICE**

      I hereby certify that I have, this 29th day of September, 2006, served a copy of the foregoing on the plaintiff, by placing same in the United States Mail, postage prepaid and properly addressed as follows:

Michael Bush
4662 Hermitage Road
Mobile, AL  36619

Kim Thomas, Esq.
Department of Corrections
State of Alabama
301 South Ripley Street
Montgomery, AL  36130

Joshua Bearden, Esq.
Assistant Attorney General
11 South Union Street
Montgomery, AL  36130

Michael W. Robinson, Esq.
Alabama Dept. of Public Safety
Legal Unit
PO Box 1511
Montgomery, AL  36102-1511

                          /s/ *J. Matt Bledsoe*
                          OF COUNSEL