MICHAEL BUSH

## AFFIDAVIT

Before me, the undersigned authority, a Notary Public in and for said County and State of Alabama at large, personally appeared one Dianne R. Sisk, who being known to me and being by me first duly sworn, deposes and says on oath as follows:

My name is Dianne R. Sisk, and I am presently employed as an Administrative Support Assistant, with the Alabama Department of Corrections, Limestone Correctional Facility, Harvest, Alabama. I am over nineteen (19) years of age.

Inmate Michael Bush, 149363, was released from Limestone Correctional Facility on Monday, September 25, 2006.

_____
DIANNE R. SISK

STATE OF ALABAMA )
LIMESTONE COUNTY )

SWORN TO AND SUBSCRIBED BEFORE ME AND GIVEN UNDER MY HAND AND OFFICIAL SEAL THIS THE 28th DAY OF September, 2006.

_____
NOTARY PUBLIC

My commission expires 2-16-2010



EXHIBIT A