```
Document Name: DOC Mainframe L613
_____
                         CDINC    INMATE DISPLAY    28/SEP/2006   ** PRODUCTION
**
   AIS: 00149363S    BUSH, MICHAEL RUSSELL           R/S: WM    DOB: 01/15/19
66
   INST: 000 - UNASSIGNED                     DORM: 00
   OFF: 825C - ATT TO COMMIT CONT SUB/INVOLVE                   NCIC OFF: 35
00

  1. ADMIT     DT: 07/08/2003 10 COMMIT CNTY : 49 MBLE     MENTAL HEALTH: MH
-2
  2. RELEASE   DT: 09/25/2006 20-PAROLE                    JAIL CREDIT  : 00
77
  3. SENTENCE  DT: 07/08/2003                              STAT CODE    : 20

  4. LONG RLS  DT: 04/20/2019 TIME SERVED : 003Y05M04D     YOUTH OFF    : A
  5. MIN RLS   DT: 12/21/2008 DEAD TIME   : 000Y00M00D     PR INC LOC   : 00

  6.                          TOT GT REC'D: 000Y08M29D     PRIM JURIS   : 0
  7. RECAPTURE DT:            TOT GT RVK'D: 000Y00M00D     SECURITY LVL : 4
  8. READMIT   DT:            GT BALANCE  : 000Y08M29D     446 SENT/SERV: Y
Y
  9. RETRO CIT DT:            TOTAL TERM  : 016Y00M00D     TRANSFER CNT : 8
 10. GEN PROG  DT: 09/09/2006                              DISCIP   CNT : 0
 11. TOLL      DT:            SERVING CASE: 2003 002064    DET/WAR  CNT : 0
 12. 446 CLASS DT: 02/21/2004 S I D   NBR : 00967953       ENEMY    CNT : 0
 13. COMP      DT: 09/26/2006 R E D   NBR : 000000         DENY SIR     : D
 14. LST TRAN  DT: 09/26/2006 S S N   NBR *: 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   DENY PDL     :

 15. CURR CUST DT: 09/03/2003 CUST CODE   : 00 NONE        CUST RETAIN  :
 16. PRES  HRG DT: 04/26/2006 PRES  PRL DT: 04/2006        PRES  HRG DEC: 04

 17. PRIOR HRG DT: 04/26/2006 PRIOR PRL DT: 12/2005        PRIOR HRG DEC: 00

  COMMENTS: COMPLETE SAP                                   *PAGE* ARCH: N
```

Date: 9/28/2006 Time: 4:25:22 PM

EXHIBIT B

```
Document Name: DOC Mainframe L613
```

```
                          DISPLAY INMATE SUMMARY DATA        ** PRODUCTION
 **
   28/SEP/2006      16:26:15      CDSUM       515       L-KIM        CDSUM01    60
4
----------------------------------------------------------------------------------
--
AIS: 00149363S  INMATE: BUSH, MICHAEL RUSSELL            RACE: W  SEX:  M

INST: 000-UNASSIGNED                     JAIL CR: 0077D  DOB: 01/15/1966
SSN: 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 PAR CONS DT: 04/2006   CURR CUST: NONE   CURR CUST DT:09/03/20
03
ALIAS: BUSH, M RUSSELL                ALIAS: BUSH, MICHAEL R
ADM TP: NEW COMIT FROM CRT W/REV OF P  STATUS: PAROLE
INIT SENT DT:07/08/2003 ADM DT: 07/08/2003 DEAD TIME: 00Y 00M 00D
                               N                                              T
Y
 COUNTY       SENT DT    CASE    L CRIME                          TERM        P
E
 MOBILE      07/08/2003 001916  Y ATT TO COMMIT CONT SUB/INVOLVE  15Y00M00D   C
S
 MOBILE      07/08/2003 002064  Y POSS CONTROL SUBSTANCE          01Y00M00D   C
S




                          NO MORE RCDS THIS TYPE AVAIL
 INMATE HAS 000DISCIPLINARIES RESULTING IN LOSS OF 000Y00M00D OF GOOD TIME.
 INMATE HAS 008TRANSFER RECORDS ON FILE.
 INMATE HAS 00 DETAINER/WARRANT RECORDS ON FILE.
  TOTAL  TERM   REV GOOD TIME  MIN REL DT   TOT GOOD TIME   SHORT DATE  LONG DATE

 016Y 00M 00D   000Y 00M 00D   12/21/2008   000Y 08M 29D    12/21/2008  04/20/201
9
```

```
Date: 9/28/2006 Time: 4:25:37 PM
```