IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MICHAEL R. BUSH | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO.:  2:06-CV-292-MHT-SRW |
| | ) |
| PAUL WHALEY, et al | ) |
| | ) |
| Defendants. | ) |

### DEFENDANT PAUL WHALEY'S NOTICE OF FILING DISCOVERY

COMES NOW Defendant **Paul Whaley**, by and through the undersigned, and files herein his Notice of Filing the following discovery documents:

1. Response to Plaintiff's Interrogatories.

Respectfully submitted on this 4th day of October, 2006.

/s/  J. MATT BLEDSOE
J. MATT BLEDSOE  (BLE006)
Assistant Attorney General
Counsel for Defendant Paul Whaley

OF COUNSEL:

OFFICE OF THE ATTORNEY GENERAL
11 South Union Street
Montgomery, AL  36130
(334) 242-7443
(334) 242-2433 (fax)

**CERTIFICATE OF SERVICE**

I hereby certify that on this, the 4th day of October, 2006, I did serve a copy of the foregoing on the following parties, by placing the same in the United States Mail, postage prepaid and addressed as follows:

Joshua Bearden, Esq.
Assistant Attorney General
11 South Union Street
Montgomery, AL  36130

Michael W. Robinson, Esq.
Alabama Department of Public Safety
PO Box 1511
Montgomery, AL  36102-1511

Michael Bush
4622 Hermitage Road
Mobile, AL 36619


      /s/  J. MATT BLEDSOE
      OF COUNSEL