IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MICHAEL R. BUSH, | * |
| | * |
| Plaintiff, | * |
| | * |
| vs. | * Civil Action No. : |
| | * 2:06-CV-292-MHT-SRW |
| PAUL WHALEY, et al., | * |
| | * |
| Respondents. | * |

RESPONDENT COLONEL W. M.
COPPAGE'S RESPONSE TO PLAINTIFF'S
FIRST SET OF INTERROGATORIES

Respondent Colonel W. M. Coppage hereby responds to Plaintiff's First Set of Interrogatories to Colonel W. M. Coppage:

1. Please describe in as much detail as possible your responsibilities, duties, and as the Director of the DPS.

ANSWER: As the Director of the Department of Public Safety I have been appointed by the Governor and serve at the Governor's pleasure in accord with §32-2-1 Code of Alabama. As the Director of the Department of Public Safety I am responsible for supervising divisions within the Department of Public Safety and they include an Administrative Division, a Highway Patrol Division, a Driver's License Division, a Service Division and an investigative division, to be named the Alabama Bureau of Investigation created under authority of §32-2-3 Code of Alabama. I also appoint and supervise the chiefs of said divisions and all other employees subject to the provisions of the Merit System act. As the Director of Public Safety and with the approval of the Governor, I may establish and promulgate reasonable rules and regulations not to conflict with the laws of this state

concerning operation of motor vehicles and concerning the enforcement. §32-2-9 <u>Code of Alabama</u>. I have the duty and the power to do all that is necessary to administer and enforce the laws and all other laws relating or pertaining to the operation or movement of vehicles on the public highways. §32-2-5 <u>Code of Alabama</u>. As the Director of Public Safety I promulgate rules establishing administrative hearings for individuals subject to the Community Notification Act. §15-20-38 <u>Code of Alabama</u>.

2. Please provide a listing of any supervisors and/or superiors to whom delegate or define your duties and responsibilities.

    **ANSWER**:    Lt. Colonel Glenda Deese
    Major Ken Hallford
    Major Patrick Manning
    Major Charles Andrews
    Major Roscoe Howell
    Major Cary Sutton
    Major F.A. Bingham
    All persons employed by the Alabama Department of Public Safety

3. Please provide a complete listing, i.e. name, number, title, and/or section, of all statutes, manuals, rules, regulations, and policies in which define your duties.

    **ANSWER**: <u>Code of Alabama</u> §§32-2-1, 32-2-3, 32-2-9, 32-2-5, 15-20-38

4. If a person is considered a "sex offender", whom is currently within the State of Alabama, whether confined or not, is the DPS required to notify any other state or federal agency?

    **ANSWER**: State and Federal law require the Department to maintain a database of convicted sex offenders.

5. If the DPS is required to notify any other state or federal agency, is that limited to those free citizens or does it include those confined as well?

    **ANSWER**: We object to this interrogatory as it is unclear what the petitioner is asking and it can not be answered in the form it is propounded.

2

6. If the DPS is required to notify any other agency, federal or state, please list the name of the agency, address, and phone number, and name of the person who forwards the information and name of the person receiving the information.

**ANSWER:** Sandra Johnson, Alabama Bureau of Investigation.

7. Is the Alabama Community Notification Act ("Act") applied to persons convicted prior to its enactment?

**ANSWER:** Yes, if they act to trigger the provisions of the act.

8. If the Act is applied to persons convicted prior to its enactment, what provision of the Act states it is to be applied in such a manner? Be specific as possible.

**ANSWER:** Code of Alabama §15-20-21 (1), which states a person convicted of a criminal sexual offense is subject to Alabama's Community Notification Act.

9. If the Act is applied to persons convicted prior to its enactment, provide the manner or method (citing name, number, title, and/or section of all statutes, manuals, rules, regulations, and policies) used to apply the Act to persons convicted before its enactment.

**ANSWER:** Establishment of residence. §15-20-23 Code of Alabama.

10. Please provide a complete listing, i.e. name, number, title, and/or section, of all statutes, manuals, rules, regulations, and policies of the DPS relating to the Act and its implementation, application and enforcement.

**ANSWER:** Code of Alabama §§15-20-20 through 38 and Promulgated Rule.

11. Is the Alabama Department of Corrections ("ADOC) the "responsible agency" to implement and/or apply the Act upon a person being released from their custody?

**ANSWER:** Yes.

12. If the ADOC is the "responsible agency", under what authority, i.e. statute, regulation, policy) do you rely upon?

3

ANSWER: Code of Alabama §15-20-21 (11).

13. Are there any type of hearings and due process protections for persons contesting the implementation and application of the Act?

ANSWER: See Promulgated Rule 760-X-1-.21.

14. If any, what are those protections?

ANSWER: See Promulgated Rule 760-X-1-.21.

15. If any, how are they performed or sought by the contestant?

ANSWER: See Promulgated Rule 760-X-1-.21.

16. Please describe in as much detail as possible what action have you taken to resolve that pending State action Bush v. Whaley et. Al., CV-04-018 (Montgomery County).

ANSWER: DPS has never been served.

17. Have you complied with all lawful court orders in the State action Bush v. Whaley et. Al., CV-04-018 (Montgomery County)? In your answer, please provide as much detail as possible concerning your compliance.

ANSWER: DPS has never been served.

18. Do §§13A-11-200 et seq., 15-20-1 through 15-20-5 (Article I), and 15-20-20 et seq. (Article II) continue to have a field of operation?

ANSWER: Yes.

19. What duties does the DPS have under each; §§13A-11-200 et seq., 15-20-1 through 15-20-5 (Article I), and 15-20-20 et seq.

ANSWER: The duties of the Department of Public Safety are outlined in the Statutes.

20. Are you currently a party to any litigation, whether federal or state, concerning any sex offender registering statute of Alabama?

4

**ANSWER**: Yes.

Respectfully submitted as to Interrogatories,

_____
Colonel W.M. Coppage, Respondent

Interrogatory answers by Respondent sworn to and subscribed before me this the 13th day of October, 2006.

_____
Notary Public
My Commission Expires: 01/20/08

_____
Michael W. Robinson
ASB-1170-I71M

**ADDRESS OF COUNSEL:**
Department of Public Safety
Legal Unit
P.O. Box 1511
Montgomery, Alabama 36102-1511
(334) 242-4392
(334) 242-0894 Fax

5

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon the below listed individuals by U.S. Mail, postage prepaid, this the 13th day of October, 2006.

Joshua Bearden, Esq.
Assistant Attorney General
11 S Union Street
Montgomery, AL 36130

J. Matt Bledsoe
Assistant Attorney General
11 S Union Street
Montgomery, AL 36130

Michael Bush
4622 Hermitage Road
Mobile, Alabama 36619

_____
Michael W. Robinson