IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTER DIVISION

| | |
|---|---|
| MICHAEL R. BUSH, #149363, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:06-CV-292-MHT |
| | ) [WO] |
| | ) |
| PAUL WHALEY, et al., | ) |
| | ) |
| Defendants. | ) |

**RECOMMENDATION OF THE MAGISTRATE JUDGE**

Michael R. Bush ["Bush"], a former state inmate, filed this 42 U.S.C. § 1983 action on April 3, 2006. Upon review of the file in this case, the court entered an order requiring that Bush "advise the court of whether he seeks to proceed in this cause of action." *Order of July 24, 2007 - Court Doc. No. 108*. The court specifically cautioned Bush that his "fail[ure] to file a response to this order" would result in entry of "a Recommendation that this case be dismissed." *Id*. The time allowed Bush for filing a response to this order expired on August 3, 2007. As of the present date, Bush has failed nothing in response to the July 24, 2007 order. Based on the foregoing, it is clear Bush does not wish to proceed on the claims raised in his complaint. The court therefore concludes that this case is due to be dismissed.

Accordingly, it is the RECOMMENDATION of the Magistrate Judge that this case be dismissed for failure of the plaintiff to comply with the orders of this court and his

failure to properly prosecute this action.

It is further

ORDERED that on or before August 26, 2007 the parties may file objections to the Recommendation. Any objection must specifically identify the findings in the Recommendation objected to. Frivolous, conclusive or general objections will not be considered by the District Court. The parties are advised that this Recommendation is not a final order of the court and, therefore, it is not appealable.

Failure to file written objections to the proposed findings in the Recommendation shall bar the party from a de novo determination by the District Court of issues covered in the report and shall bar the party from attacking on appeal factual findings in the report accepted or adopted by the District Court except upon grounds of plain error or manifest injustice. *Nettles v. Wainwright*, 677 F.2d 404 (5th Cir. 1982). *See Stein v. Reynolds Securities, Inc.*, 667 F.2d 33 (11th Cir. 1982). *See also Bonner v. City of Prichard*, 661 F.2d 1206 (11th Cir. 1981, en banc), adopting as binding precedent all decisions of the former Fifth Circuit issued prior to September 30, 1981.

DONE, this 10th day of August, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE